IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES E. CROUCH                                            PLAINTIFF

VERSUS                                                    CAUSE NO. 2:05CV45KSJMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                              DEFENDANTS

## NOTICE OF REMOVAL

       Defendant AmSouth Bank, ("AmSouth") removes this case to the United States District Court for the Southern District of Mississippi, Hattiesburg Division and, as grounds, states as follows:

       1.       On September 25, 2002, Plaintiff filed a Complaint for Discovery in Civil Action Number 02-0672-GN-W in the Chancery Court of Forrest County, Mississippi. Said Complaint sought as relief the production of certain documents, books and records related to a life insurance contract believed to be in the possession of AmSouth Bank. It did not state that it sought damages in any certain amount or sought any specific equitable relief.

       2. On January 13, 2005, Plaintiff filed an Amended Complaint for enforcement of a settlement agreement, specific performance, breach of fiduciary duty, negligence, breach of contract, and tortuous interference with contract seeking money damages arising out of an insurance contract with a value of at least $250,000. The Amended Complaint also named Ina Sue Crouch as an additional Defendant. A copy of the aforesaid Amended Complaint was not served upon the Defendant until January 25, 2005. It is believed that the co-Defendant was served with process on January 29, 2005, but has not filed a responsive pleading.

3. The Amended Complaint seeks to produce documents relating to an insurance contract, recover damages for enforcement of an alleged settlement agreement, for specific performance, for an alleged breach of fiduciary duty, for claims of negligence, for an alleged breach of contract, and for alleged tortuous interference with contract in an amount in excess of $75,000.00.

4. This Notice of Removal is filed in the United States District Court for the Southern District of Mississippi, Hattiesburg Division, within the time allowed by law for the removal of civil actions. The documents attached hereto as Exhibit "A" constitute all of the pleadings and process and other papers served upon Defendants in this action to date.

5. This Court has original jurisdiction over the claims asserted against Defendants pursuant to 28 U.S.C. §1332. Both AmSouth Bank and Ina Sue Crouch are resident citizens of the State of Alabama and the amount in controversy exceeds $75,000 exclusive of interest and costs.

6. This action is removable to this Court pursuant to 28 U.S.C. § 1441(b), because the claims against the Defendants involve a dispute between citizens of difference states and the amount in controversy exceeds $75,000.00, exclusive of interests and costs.

7. A true and correct copy of this Notice of Removal has been filed with the Clerk of the Chancery Court of Forrest County, Mississippi as required by 28 U.S.C. § 1446(d).

RESPECTFULLY SUBMITTED, this the 7th day of February, 2005.

AMSOUTH BANK

BY: BALCH & BINGHAM, LLP

BY: _____
Paul J. Delcambre, Jr.
Mississippi Bar No. 6034

## CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr., do hereby certify that I have this day hand delivered a true and correct copy of the above and foregoing pleading to:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi 39465

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi 39465

THIS, the 7th day of February, 2005.

_____
Paul J. Delcambre, Jr.

BALCH & BINGHAM LLP
Post Office Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
Telephone:   (228) 864-9900
Facsimile:    (228) 864-8221