IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES E. CROUCH                                                                                          PLAINTIFF

VERSUS                                                                  CAUSE NO. 2:05-cv-0045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                                                 DEFENDANTS

## AMENDED CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr., do hereby certify that on the 7th day of February, 2005 I delivered a true and correct copy of the Notice of Removal to:

    Glenn L. White, Esquire
    Holmes & White, PLLC
    601 Highway 42 E
    Petal, Mississippi 39465

    Sheila Smallwood, Esquire
    849 Highway 42, Suite B
    Petal, Mississippi 39465

and on February 11, 2005, I mailed by United States Mail a true and correct copy of the Notice of Removal to:

    Sue Crouch
    % Glenda Hughes
    Attorney at Law
    103B Commerce Street
    Wetumtka, Alabama  36092

THIS, the 11th day of February, 2005.

                                                           <u>s:/Paul J. Delcambre, Jr.</u>
                                                           Paul J. Delcambre, Jr.

BALCH & BINGHAM LLP
Post Office Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
Telephone:   (228) 864-9900
Facsimile:   (228) 864-8221