IN THE UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



JAMES R. CROUCH                                                                          PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 2:05-CV-0045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
AND JOHN AND JANE DOES 1-10                                                              DEFENDANT

### ENTRY OF APPEARANCE

COMES NOW Carol Ann Estes Bustin of Bustin Law Firm and enters appearance in the above-styled and numbered cause on behalf of Defendant INA SUE CROUCH.

Respectfully submitted,

*Carol Ann Bustin*
CAROL ANN ESTES BUSTIN

Carol Ann Estes Bustin
MS Bar No. 9074
BUSTIN LAW FIRM
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402
Telephone: 601-268-6551
Fax: 601-268-6771

## CERTIFICATE OF SERVICE

I, Carol Ann Estes Bustin, of counsel for Ina Sue Crouch, do hereby certify that I have this day served via first-class U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Entry of Appearance to:

Glen L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi   39465

Paul J. Delcambre, Esquire
Balch & Bingham, LLP
PO Drawer 130
Gulfport, Mississippi 39502

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi   39465

THIS, the 24th day of February, 2005.

*Carol Ann Bustin*
CAROL ANN ESTES BUSTIN