IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



JAMES R. CROUCH      PLAINTIFF

VERSUS      CIVIL ACTION NO. 2:05-CV-0045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
AND JOHN AND JANE DOES 1-10      DEFENDANT

### JOINDER IN NOTICE OF REMOVAL

COMES NOW, Carol Ann Bustin, of counsel to Defendant Ina Sue Crouch in the above styled and numbered cause, and joins, Defendant AmSouth Bank's Notice of Removal filed herein. In support thereof, Defendant, Ina Sue Crouch, would say that she is an adult resident citizen of Elmore county Alabama, and that this matter involves more than the minimum jurisdictional amount, exclusive of interest and costs, set for the in 28 U.S.C. Section 1332. Further, she hereby adopts and incorporates herein the statements set forth in the Notice of Removal previously submitted therein by AmSouth Bank.

RESPECTFULLY SUBMITTED, this the 24th day of February, 2005

INA SUE CROUCH

BY: _Carol Ann Bustin_
OF COUNSEL

Prepared by:
Carol Ann Bustin, *Attorney for Ina Sue Crouch*
MS Bar No. 9074
Bustin Law Firm
109 Fairfield Dr., Suite 109
Hattiesburg, MS 39402
Telephone (601)268-6551
Fax: (601) 268-6771

## CERTIFICATE OF SERVICE

I, Carol Ann Bustin, do hereby certify that have this day mailed a true and correct copy of the above and forgoing pleading, postage prepaid to:

Glen L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi   39465

Paul J. Delcambre, Esquire
Balch & Bingham, LLP
PO Drawer 130
Gulfport, Mississippi 39502

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi   39465

THIS, the 24th day of February, 2005.

_____
CAROL ANN BUSTIN