✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date | Signature |
| | Print Name                                   Bar Number |
| | Address |
| | City                State                Zip Code |
| | Phone Number                              Fax Number |

<u>**CERTIFICATE OF SERVICE**</u>

 I do hereby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

 Carol Ann Estes Bustin
 <u>acbynum@netdoor.com</u>
 <u>bustinlf@netdoor.com</u>
 Attorney for Ina Sue Crouch

 Paul J. Delcambre, Jr.
 <u>pdelcambre@balch.com</u>
 <u>lhale@balch.com</u>
 Attorney for AmSouth Bank

           s/ Samuel S. McHard
           Samuel S. McHard