IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES E. CROUCH                                                                PLAINTIFF

VS                                                             CAUSE NO. 2:05CV45 KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                                    DEFENDANTS

### AGREED ORDER OF EXTENSION OF TIME

THIS DAY this cause came on to be heard upon request *ore tenus* of the Defendant Ina Sue Crouch for additional time to respond to the Complaint on file herein against her, having shown to the Court that counsel has just been retained and has not yet had an opportunity to discuss the facts of the case with her client nor to review any materials, and the Court having duly considered the same finds that the motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Ina Sue Crouch be, and she is hereby granted an additional ten (10) days from the date of this order within which to answer the Complaint against her.

SO ORDERED AND ADJUDGED, this the 29th day of April, 2005

_____
U.S. Magistrate JUDGE

AGREED:

*Sheila Smallwood*
Attorney for Plaintiff

*Carol Ann Bustin*
CAROL ANN BUSTIN, Attorney for Ina Sue Crouch

Page 1