**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**HATTIESBURG DIVISION**

JAMES E. CROUCH                                                                PLAINTIFF

VERSUS                              CIVIL ACTION NO. .2:05-CV-00045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                              DEFENDANTS

## NOTICE OF SERVICE OF PRE-DISCOVERY DISCLOSURE

COMES NOW, Paul J. Delcambre, Jr., attorney for Defendant, AmSouth Bank, and does hereby give notice to the Court that the following pleading has been sent to all counsel of record at their usual mailing address:

1.   Defendant, AmSouth Bank's Pre-Discovery Disclosure.

The undersigned retains the original of the above document as custodian thereof.

Respectfully submitted this the 3rd day of May, 2005.

                              AMSOUTH BANK

                              BY:   BALCH & BINGHAM LLP

                              BY:   S/Paul J. Delcambre, Jr.
                                    Of Counsel

Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

## CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr. do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi 39465

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi 39465

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, MS  39404

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS  39402

This the 3rd day of May, 2005.

                                                                  S/Paul J. Delcambre, Jr.
                                                                  Of Counsel