IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JAMES E. CROUCH**                                                                                       **PLAINTIFF**

v.                                                                                             **NO.:2:05cv45ksJMR**

**AMSOUTH BANK, INA SUE CROUCH,**                                **DEFENDANTS**
**and JOHN and JANE DOES 1-10**

<u>**MOTION TO REMAND**</u>

Comes now the Plaintiff, James Edward Crouch, by and through counsel, and files this his Motion for Remand of this civil case, and would show unto this honorable Court the following:

1.

This case was commenced with the filing of a Complaint for Discovery in Forrest County Chancery Court in Mississippi on September 25, 2002, which named the Defendant, AmSouth Bank, alleged a fraudulent change of beneficiary in the Annuity Contract, and demanded all documents in the possession of AmSouth Bank related to the Annuity Contract purchased by James Earl Crouch, in order to allow the Plaintiff to properly seek a claim to the proceeds of the Annuity Contract.

2.

The Defendant, AmSouth Bank, refused repeatedly to provide any documents to the Plaintiff, including internal files and documents retained by Defendant, AmSouth Bank, which contained documents bearing the signatures of James Earl Crouch and Ina Sue Crouch, and which also bore the signature of the Defendant's, AmSouth Bank, employee and agent Rhonda Sue Robinson.

3.

The documents sought by the Plaintiff were critical and necessary to allow the Plaintiff to pursue his rightful claim to the proceeds of the Annuity Contract.

4.

That despite two years of litigation in Mississippi state court, including repeated requests for the documents, through the original complaint, multiple interrogatories, and a motion to compel an answer to those interrogatories, the Defendant, AmSouth Bank, willfully refused to provide such documentation and attempted to frustrate the efforts of the Plaintiff and prevent the Plaintiff's pursuit of his rightful claim to the proceeds of the Annuity Contract.

5.

Eventually, a settlement agreement was reached between the Plaintiff and Defendant, AmSouth Bank, in November of 2003, whereby attorney Paul J. Delcambre agreed, on behalf of AmSouth Bank, to produce the documents related to the Annuity Contract. After a several month delay, Attorney Delcambre reneged on the settlement agreement and refused to provide the documents until May of 2005, when so ordered by Judge Roper of the District Court. The supplied documents show a clear forgery of the change of beneficiary form submitted for the Annuity Contract.

6.

The Plaintiff, despite the willful refusal by the Defendant, AmSouth Bank, to provide the documents related to the Contract Annuity, gathered enough information to amend his complaint and particularly specify the claims against the Defendant, AmSouth Bank, in an Amended Complaint

filed in the civil courts in Mississippi on January 11, 2005, more than two years after the initial complaint was filed.

7.

The Defendant, AmSouth Bank, again failed to provide the documents demanded in the original complaint, interrogatories, the motion to compel, and the amended complaint, but removed this civil action to this Court pursuant to 28 U.S.C. § 1446, citing diversity of citizenship under 28 U.S.C. § 1332 and responding to the amended complaint filed by the plaintiff, which specified the theories of recovery against the Defendant, AmSouth Bank.

8.

The Defendant, AmSouth Bank, only removed this action in order to inconvenience the Plaintiff and attempt to transfer this action to the District Court in Alabama, despite having refused for two years to provide any documentation related to the Annuity Contract in the civil action while pending in Mississippi state court.

9.

The Defendant, AmSouth Bank, is the only party or witness relevant to this civil action, whose convenience may arguably be served by transferring venue to Alabama, since the other parties and witnesses are in Indiana, Tennessee, and Mississippi, except that Defendant, Ina Sue Crouch, is a resident of Alabama.  However, Ina Sue Crouch has affirmatively stated through counsel that she is physically or mentally unable to participate personally in this action, thereby reducing or eliminating the consideration of her convenience in this action

10.

The Defendant, AmSouth Bank, removed this action more than two years after the commencement of the action in the civil courts in Mississippi, in violation of 28 U.S.C. § 1446(b), and did willfully refuse to provide documentation to the Plaintiff for more than two years, and more than three months following removal of this action to federal court, depriving the Plaintiff of a reasonable opportunity to gather enough information with which to determine if opposition to removal of this action was in good faith.

13.

The actions by the Defendant, AmSouth Bank, justify remand of this civil action to state court, by virtue of the failure to comply with the one year limitation on diversity actions stated in 28 U.S.C. § 1446, the failure of the Defendant, AmSouth Bank, to provide to the Plaintiff the required information necessary to oppose removal of this action until more than three months after removal of this action, as well as equitable grounds stemming from the Defendant's, AmSouth Bank, willful refusal to submit to the properly commenced action in state court for more than two years and unfair manipulation of the removal procedure.

14.

Wherefore, the Plaintiff, James Edward Crouch, does pray that this Court remand this civil action to the Chancery Court in Forrest County, Mississippi, for further proceedings.

Respectfully submitted,

/s Samuel S. McHard
Samuel S. McHard, Esq., MSB#100295
BRYAN NELSON PA
Attorneys at Law
Post Office Box 18109
Hattiesburg, MS 39404-8109
Phone: (601) 261-4100
Fax: (601) 261-4106

Glenn White, Esq.
Post Office Box 672
Petal, MS 39465
Phone: (601) 544-8855
Fax: (601) 544-8889

**CERTIFICATE OF SERVICE**

      I do hereby certify that on June 2, 2005, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Carol Ann Estes Bustin
acbynum@netdoor.com
bustinlf@netdoor.com
Attorney for Ina Sue Crouch

Paul J. Delcambre, Jr.
pdelcambre@balch.com
lhale@balch.com
Attorney for AmSouth Bank

                                    /s Samuel S. McHard