**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium Deferred Fixed Annuity Application

Product Name: **Investors Choice**

MARKET: ☒ Non-Qualified  ☐ New IRA (Year ____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: ____

**ANNUITANT INFORMATION** (Please Print)
Full Name: James E. Crouch
Sex: ☒ M  ☐ F  Birthdate: 4/12/28
Soc. Sec. #: 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  Maturity: AGE 100
Primary Beneficiary: James Edward Crouch
Relationship: Son
Contingent Beneficiary: ____
Relationship: ____

**MAILING ADDRESS** (All policy correspondence will be sent to this address).
Name: James E. or Sue Crouch
Address: 360 Old 231 N.
Wetumpka, AL 36092
Phone #: (334) 567-0183

Replacement: Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No  If "Yes", give details in "Remarks" section.

Initial Premium Deposit  $250,000.00
Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual  $____
☐ Quarterly  ☐ Semi-Annual

Signed at: Wetumpka    State: AL    Date: 5/7/98
City

X James E. Crouch
Signature of Owner

**OWNER INFORMATION**
Contract Owner: ____
Birthdate: __/__/__  Tax ID #: ___-__-____
Relationship to Annuitant: ____

**JOINT OWNER INFORMATION**
Joint Owner (if any): Sue Crouch
Birthdate: 10/13/23  Tax ID #: 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
Relationship to Owner: Wife

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

**OWNER BENEFICIARY INFORMATION**
Owner's Beneficiary: ____
Relationship: ____
Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Remarks:
Principal Approved
Signature ____
Date MAY 12 1998

AMSOUTH INVESTMENTS
98 MAY 12 AM 8:24

X Sue Crouch
Signature of Joint Owner (If applicable)

**AGENT'S REPORT**
Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been lapsed, decreased in premium amount, placed on paid-up, or surrendered?
☐ Yes  ☒ No   If "yes", list company, plan, year issued.

X Ronda Robinson
Agent's Signature

Ronda Robinson #1069
Print Agent Name & Number

CHECK RECEIVED
5/12/98
250,000.00

Home Office Endorsement

EXHIBIT 1

Form LN-1799 (12/90)   Administrative Office: 1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095   IIB3.0

**AmSouth Investment Services, Inc.**
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title: James E. or Sue Crouch
Account Number: _____
Occupation(s): Retired
Date(s) of Birth: 4/12/28 – 10/13/23

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [✓] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [✓] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth** (Excluding home & personal property)
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [✓] over $250,000

**Estimated Cash Equivalents** (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [✓] over $25,000

**Investment Objective for this Purchase:**
- [✓] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [✓] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other _____

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [✓] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [✓] Conservative
- [ ] Moderate
- [ ] Aggressive

## PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company: Lincoln National   Annuity Product: Investor's Choice
Amount: 250,000.00   Surrender charge of 8 % declining over 6 years.
[✓] Initial Investment   [ ] Additional Investment   Source of Funds: CD, MM   [✓] inside   [ ] outside

**Rate Disclosures**
1) The initial rate is 6 %, offered for one full year and includes a bonus rate of 1 %.
2) The base rate is 5 %. The minimum rate guaranteed is 3 %.
3) Renewal rates may be higher or lower and will not include the bonus rate.   [✓] Contract # 256308

## IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.
2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

James E. Crouch   5/7/98
CLIENT SIGNATURE   DATE

Sue Crouch   5/7/98
CLIENT SIGNATURE   DATE

Ronda Robinson #1069   5/7/98
AGENT SIGNATURE/AGENT NUMBER   DATE

PRINCIPAL SIGNATURE   MAY 12 1998   DATE

(AmSouth Investments stamp: 98 MAY 12 AM 8:44)

Form #501815
SF-rm (9-96)

ORIGINAL – ISR   YELLOW – OSI   PINK – CUSTOMER

# LINCOLN NATIONAL LIFE INSURANCE CO.
A part of LINCOLN NATIONAL CORPORATION

## ANNUITY SERVICE REQUEST
### Contract Changes

Annuitant's Name: **James E. Crouch**
Institution/Agency: **AmSouth Bank**
Contract #: **774944**
Tax I.D.#: _____

### SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:   ☒ Annuitant's Beneficiary   ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

### SECTION B - NAME CHANGES

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other: _____

Print new name: _____
Old signature: _____
New signature: _____

### SECTION C - ADD/CHANGE OWNER

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: _____

The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

### SECTION D - ADDRESS CHANGE

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

### SECTION E - DUPLICATE CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: _____
Address: _____
City, State, Zip: _____

If the original contract is found, it should be returned to Lincoln National immediately.

### SECTION F - OTHER REQUESTS

### SECTION G - SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at **Wetumpka, AL** on the **4** day of **April**, 19 **2000**
Owner: **James E. Crouch**   Agent/Witness: **Ronda Robinson**
Joint Owner: **Sue Crouch**   Agent/Witness: **Robinson**

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095   LN-3110 (8/95)


EXHIBIT 2