FILED
18/06/2001 09:23AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

PROBAT P2001   3177
Recorded in Above Book and Page
10/24/2001 08:42:51 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

# PETITION FOR LETTERS OF ADMINISTRATION

STATE OF ALABAMA                    IN THE PROBATE COURT
ELMORE COUNTY                       CASE NO. 2001-272

Recording Fee        69.00
TOTAL                69.00

## IN RE: THE ESTATE OF JAMES EARL CROUCH, DECEASED.

To the Honorable Jimmy Stubbs, Judge of Probate Court, Elmore County:

The petition of the undersigned Barbara Middleton respectfully represents unto your Honor that James Earl Crouch, deceased, departed this life on or about the 14th day of February, 2001, leaving no Last Will and Testament; so far as your petitioner knows or believes; and that the said decedent was at the time of his death an inhabitant of Elmore County, and died seized and possessed of real and personal estate in this State consisted chiefly of:

REAL ESTATE (description and location): None

Estimated value $0          Amount of yearly rental income $ None

PERSONAL ESTATE (itemize with approximate value): Unknown

Estimated value of personal estate $250,000.00

The name, address and condition of widower is: Ina Sue Crouch, 360 Old 231 North, Wetumpka, AL 36092. The condition of the widow is adversarial with the children of the deceased because she refused to tender the Will for probate.

Name, age, address and condition of each heir and distributee of the estate of the said decedent, so far as your petitioner knows or believes, are as follows, to-wit:

| NAME | RELATIONSHIP | ADDRESS |
| --- | --- | --- |
| Brenda Cobb | daughter | 2005 Yancey Avenue, Montgomery, AL 36107 |
| Carlton Wayne Crouch | son | 3113 Durham Drive, Montgomery, AL 36109 |
| Barbara Dale Middleton | daughter | 30310 Foxbranch Road, Loxley, AL 36551 |
| James Edward Crouch | son | 46 Bob Graham Road, Sumrall, MS 39482 |

That your petitioner, being the daughter of said decedent, is an inhabitant of this State, above the age of nineteen years, and in no respect disqualified under the law from serving as an administratrix, and believing that the said estate should be immediately administered, to the end that the said property may be collected and preserved for those who shall appear to have a legal right or interest therein, does, therefore, by virtue of their right under the statute pray that your Honor will grant Letters of Administration on said estate to them upon them entering into bond in such sum is required by law, and with security as shall be approved by your Honor.

PROBAT P2901   3178

Address: 30310 Fox Branch Rd.          *Barbara Middleton*
Loxley, AL 36551                        Barbara Middleton
334/964-7472                            (SS# 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)

The State of Alabama

Montgomery County

    **BARBARA MIDDLETON** being duly sworn deposes and says that the facts averred in the above petition are true, according to the best of my knowledge, information and belief.

    Subscribed and sworn before me, this the __5__ day of __October_____, 2001.

(SEAL)                                  _____
                                        Notary Public
                                        My Commission Expires: 9/13/04 _____

Attorney for Petitioner: Jobe T. Ott and Evans H. Marshall

Address: 631 South Perry Street
Montgomery, AL 36104
Phone: 334/834-8100 and 269-0852

# ALABAMA
## Center for Health Statistics

FILED
10/11/2001 03:15PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

PROBAT P2001  2179

# ALABAMA
## CERTIFICATE OF DEATH

0001-005264

101

February 14, 2001    Montgomery

Montgomery, Alabama 36106

Jackson Hospital

April 12, 1928

72

12

Married    Joe Forrest

Alabama    Alabama

Prison Assistant

380 001 231 Highway

State of Alabama Corrections Center

Burial    Feb. 17, 2001    Pine View Memorial Gardens    Wetumpka, Alabama 36092

Ellison Funeral Home
P.O. Box 436    Wetumpka, Alabama 36092    Feb. 19, 2001

1735 Rice Street    Montgomery AL. 36106    AL 2773

Feb. 22, 2001

Brenda Davis

### MEDICAL CERTIFICATION

respiratory failure

lung cancer

NPH

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2001-675-242-7

September 28, 2001

Dorothy S. Harshbarger, State Registrar

FILED
10/05/2001 02:14PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

### IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001    3180
Recorded In Above Book and Page
10/24/2001 08:57:06 AM
JIMMY STUBBS
PROBATE JUDGE
of Elmore County, AL

Recording Fee        34.00
TOTAL                34.00

IN RE THE ESTATE OF:
JAMES EARL CROUCH,
Deceased.

CASE NO. 01-577

### MOTION TO INTERVENE

**COMES NOW** Sue Crouch and responds to the Petition for Letters of Administration filed by Barbara Middleton, and shows grounds for her motion as follows:

1. Sue Crouch is the surviving spouse of James Earl Couch.

2. The Will, which was executed in the 1970s, cannot be located. When a Will cannot be located after a person's death, the presumption arises that the testator destroyed it for the general purposes of revocation according to Section 43-8-136 of the *Alabama Code*. The Code is supported by case law as follows: Weeks v. McBeth, 14 Ala. 474 (1848); Allen v. Scruggs, 190 Ala. 654, 67 So. 301 (1914).

3. When there is no Will under Alabama law, and according to Section 43-8-41, "The intestate share of the surviving spouse is as follows:...If there are surviving issue one or more of whom are not issue of the surviving spouse, one-half of the intestate estate..." That law is applicable provided there is property available to distribute. In the present case, all the property was established as Joint Tenancy with Right of Survivorship, i.e., Ms Sue Crouch is the rightful owner of real estate and funds in the bank, and there are no funds available to distribute to the issue of James Earl Crouch. Additionally, the exemptions apply, and this would further deplete any funds to be distributed to the issue.

4. There are no funds to distribute to heirs, but the surviving spouse is fit, willing, and desires to serve as Administrator of the Estate.

PROBAT  P2001   3131

**WHEREFORE THE PREMISES CONSIDERED**, Sue Crouch would like to intervene

and be appointed as the Administrator of the Estate of James Earl Crouch.

Respectfully Submitted,

Glenda W. Hughes HUG042
Attorney for Sue Crouch

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe T. Ott, and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on this the 5 th day of October 2001.

OF COUNSEL

FILED
10/06/2001 02:14PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001    JR82

IN RE THE ESTATE OF:
JAMES EARL CROUCH,                                CASE NO. 2001-272
Deceased.

### ANSWER TO PETITION AND
### MOTION TO SET A HEARING

COMES NOW Sue Crouch and responds to the Petition for Letters of Administration

filed by Barbara Middleton, and shows grounds for her motion as follows:

1. As the surviving spouse, Sue Crouch, would respectfully request this Honorable Court

to set a hearing to determine the need for an administrator for the estate of James Earl Crouch,

and if one is needed, the person fit to serve as administrator.

2. Denies any and all allegation in the Petition.

WHEREFORE THE PREMISES CONSIDERED, Sue Crouch requests the following:

A: That a hearing be set regarding the administration of the Estate of James Earl Crouch;

B. That attorney fees and any other costs associated with this action be paid by the

Petitioner, Barbara Middleton.

Respectfully Submitted,

Glenda W. Hughes HUG042
Attorney for Sue Crouch

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon.Jobe T.
Ott, and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by depositing
a copy of same in the United States Mail Receptacle, First Class, postage prepaid on this the 3 7
day of October 2001.

OF COUNSEL

PROBAT P2001  3383

# IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF:
JAMES EARL CROUCH,
   Deceased.

CASE NO. 01-272

## ORDER

Upon consideration on the Motion to Set a Hearing filed by Sue Crouch, this Court finds

it is due to be granted, and the Court sets a hearing for the _30th_ day of October 2001, at _9:00_

_a_. m. at the Elmore County Probate Office located on Commerce Street, Wetumpka, Alabama.

DONE this day of _5_ day of October 2001.

_[signature]_
JUDGE OF PROBATE COURT

Cc:  Hon. Glenda W. Hughes
    Hon. Jobe T. Ott
    Hon. Evans H. Marshall

FILED
10/12/2001 01:08PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001   3184

IN RE: THE ESTATE OF
JAMES EARL CROUCH,
    Deceased.

CASE NO. 01-272

## NOTICE

**TO:** Ina Sue Crouch,
360 Old U. S. Hwy 231,
Wetumpka, AL 36092

Notice is hereby given that on October 30, 2001, at 9:00 a.m. in the Probate Judge's

chambers a status hearing will be held regarding the Estate of James Earl Crouch.

Dated this 12th day of October 2001.

Glenn W. Hughes HUG042
Attorney for Ina Sue Crouch

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. John T. Ott and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on this the 12th day of October 2001.

OF COUNSEL

FILED
10/12/2001 01:46PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001    3185

IN RE: THE ESTATE OF
JAMES EARL CROUCH,
   Deceased.

CASE NO. 01-272

### NOTICE

TO:  Barbara Dale Middleton
      30310 Fox Branch Road
      Loxley, AL 36551

Notice is hereby given that on October 30, 2001, at 9:00 a.m. in the Probate Judge's

chambers a status hearing will be held regarding the Estate of James Earl Crouch.

Dated this 12th day of October 2001.

_____
Glenda W. Hughes HUG042
Attorney for Ina Sue Crouch

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe
T. Ott and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by
depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on
this the 12th day of October 2001.

_____
OF COUNSEL

FILED
16/12/2001 01:08PM
JENNY HUGHES
PROBATE JUDGE
Elmore County AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBATE P2001   3184

IN RE:  THE ESTATE OF
JAMES EARL CROUCH,                                    CASE NO. 01-272
        Deceased.

### NOTICE

TO:    Carlton Wayne Crouch
       3113 Durham Drive
       Montgomery, AL 36109

Notice is hereby given that on October 30, 2001, at 9:00 a.m. in the Probate Judge's

chambers a status hearing will be held regarding the Estate of James Earl Crouch.

Dated this 12th day of October 2001.

_____
Glenda W. Hughes HUG042
Attorney for Ina Sue Crouch

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe
T. Ott and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by
depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on
this the 12th day of October 2001.

_____
OF COUNSEL

FILED
10/12/2001 01:03PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001    317

IN RE:  THE ESTATE OF
JAMES EARL CROUCH,                          CASE NO. 01-272
    Deceased.

## NOTICE

TO:  Brenda Cobb
     2005 Yancey Avenue
     Montgomery, AL  36107

Notice is hereby given that on October 30, 2001, at 9:00 a.m. in the Probate Judge's

chambers a status hearing will be held regarding the Estate of James Earl Crouch.

Dated this 12th day of October 2001.

Glenda W. Hughes HUG042
Attorney for Ina Sue Crouch

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe
T. Ott and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by
depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on
this the 12th day of October 2001.

OF COUNSEL

FILED
10/12/2001 01:09PM
JERRY STRENGS
PROBATE JUDGE
Elmore County AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

PROBAT P2001   3189

IN RE: THE ESTATE OF
JAMES EARL CROUCH,
Deceased.

CASE NO. 01-272

### NOTICE

TO:   James Edward Crouch
      46 Bob Graham Road
      Sumrall, MS  39482

Notice is hereby given that on October 30, 2001, at 9:00 a.m. in the Probate Judge's

chambers a status hearing will be held regarding the Estate of James Earl Crouch.

Dated this 12th day of October 2001.

Glenda W. Hughes HUG042
Attorney for Ina Sue Crouch

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe
T. Ott and Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by
depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on
this the 12th day of October 2001.

OF COUNSEL

PROBAT P2001 3189

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BARBARA DALE MIDDLETON
30310 FOX BRANCH ROAD
LOXLEY AL 36551

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
Lola Middleton  10-30-

C. Signature
X Lola Middleton  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0016 3302 2759

PS Form 3811, July 1999  Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARLTON WAYNE CROUCH
3113 DURHAM DRIVE
MONTGOMERY AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  B. Date of Delivery
10/13/01

C. Signature
X Virginia Crouch  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☒ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7099 3400 0016 3302 2742

PS Form 3811, July 1999  Domestic Return Receipt

PROBAT P2001  3190

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BRENDA COBB
2005 YANCEY AVENUE
MONTGOMERY AL 36107

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
                                         10/15

C. Signature
X  Brenda Cobb          ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 3302 2735

PS Form 3811, July 1999        Domestic Return Receipt

---

**SENDER:** COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James E. Crouch
46 Bob Graham Rd
Sumrall, MS 39482

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)   B. Date of Delivery
   James C. Crouch                      10/15/01

C. Signature
                        ☐ Agent
                        ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
   7099 3400 0016 3302 2773

PS Form 3811, July 1999        Domestic Return Receipt

FILED
10/24/2001 09:11AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF:
JAMES EARL CROUCH,
Deceased.

PROBAT P2001    3191
Recorded In Above Book and Place
10/24/2001 09:16:161 AM
JIMMY STUBBS
Elmore County, AL

CASE NO. 01-272

### OBJECTION TO MOTION TO INTERVENE

Recording Fee    3.00
TOTAL    3.00

COMES NOW Barbara Middleton, by and through her attorneys of record to object to the Motion to Intervene filed on behalf of Sue Crouch October 5th 2001. As grounds your Petitioner shows as follows:

1.   The Petitioner is the natural child and an heir of James Earl Crouch, deceased.

2.   Petitioner has requested to be appointed as Administrator of the Estate of James Earl Crouch.

3.   The widow of James Earl Crouch, Sue Crouch, is an inappropriate alternative to your petitioner.

4.   Sue Crouch was the last known possessor of the Will of James Earl Crouch.

5.   The Will has disappeared under mysterious and suspicious circumstances.

6.   There has been a great deal of activity concerning the assets of James Earl Crouch subsequent to his death, which may be contributed to the widow Sue Crouch.

7.   The widow Sue Crouch in her Motion to Intervene does not come before the Court with "clean hands".

WHEREFORE THE PREMISES CONSIDERED, an alternate family member will be more appropriate at this time to handle the affairs of the estate, which include investigation in the "disappearance" of the Will.

Respectfully submitted 23 day of _October_, 2001.

JOBE T. OTT
Attorney for Petitioner

EVANS H. MARSHALL
Attorney for Petitioner

## CERTIFICATE OF SERVICE

PROBAT P2001    3t92

I do hereby certify that I have served a copy of the foregoing document upon Honorable Glenda W. Hughes by depositing a copy of same in the United States Mail Receptacle, First Class, postage prepaid on this the _25_ day of October 2001.

OF COUNSEL

FILED
11/28/2001 10:13AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

PROBAT P2001    3518
Recorded In Above Book and Page
11/28/2001 10:15:29 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

Recording Fee     3.00
TOTAL             3.00

**IN THE PROBATE COURT OF**
**ELMORE COUNTY, ALABAMA**

IN RE THE ESTATE OF                  *
                                      *
JAMES EARL CROUCH, deceased           *        CV-01-272
                                      *

## NOTICE OF DEPOSITION

TO:    Honorable Glenda W. Hughes
       103B E Commerce Street #B
       Wetumpka, Alabama 36092-2702

Please take notice that Jobe T. Ott and Evans H. Marshall, as counsel for
the Petitioner of the Estate of James Earl Crouch, Deceased, will take the
deposition of Mrs. Sue Crouch, at 9:00 a.m. on the 18th of December,
2001, at the law office of Jobe T. Ott, 631 South Perry Street,
Montgomery, Alabama 36104, whose telephone number is (334) 834-
8100.    You are cordially invited to attend said deposition and duly
question the deponent. Said deposition shall continue from time to time
thereafter until completed.

                                        Jobe T. Ott (OTT004)
                                        Attorney for Petitioner

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing instrument has been
served upon the following:

Honorable Glenda W. Hughes
103B E Commerce Street #B
Wetumpka, Alabama 36092-2702

By placing a copy of the same in the U.S. mail, postage prepaid, this the
26 day of November, 2001.

                                        OF COUNSEL

Please check website www.jayott.com for directions to office.

FILED
03/25/2002 02:23PM
Jimmy Stubbs
Probate Judge
Elmore County

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF
JAMES EARL CROUCH,
Deceased.

PROBAT P2002    977
Recorded In Above Book and Page
03/25/2002 09:50:12 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

CASE NO. 01-272

### MOTION TO WITHDRAW THE
### MOTION TO INTERVENE

Recording Fee    7.00
Total    7.00

**COMES NOW** Sue Crouch by and through counsel of record and

requests approval to withdraw her Motion to Intervene. There is no money

in the Estate as stated in that Motion. Thus, there is no Estate to probate.

_Glenda W. Hughes, HUG042_

OF COUNSEL:
Glenda W. Hughes, LLC
103-B Commerce Street
Wetumpka, AL 36092
334/514-3038
FAX: 334/514-3039

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing
document upon Hon. Jobe T. Ott and Hon. Evans H. Marshall, 631 South
Perry Street, Montgomery, Alabama 36104 by depositing a copy of same in
the United States Mail Receptacle, First Class, postage prepaid on this the
25th day of March 2002.

_OF COUNSEL_

FILED
03/25/2002 02:12PM
Jim Stubbs
Probate Judge
Elmore County

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF
JAMES EARL CROUCH,
Deceased.

PROBAT P2002    975

CASE NO. 01-272

### MOTION FOR SUMMARY JUDGMENT

COMES NOW Sue Crouch, wife of the deceased, by and through counsel and moves this Court to enter a judgment in her favor as a matter of law on the grounds that there is no genuine issue of any material fact and Sue Crouch is entitled to judgment as a matter of law. In support of said motion, Sue Crouch submits an affidavit dated March 25, 2002.

WHEREFORE, Sue Crouch requests that summary judgment be entered in her favor.

Glenda W. Hughes, HUG042

OF COUNSEL:
Glenda W. Hughes, LLC
103-B Commerce Street
Wetumpka, AL 36092
334/514-3038
FAX: 514-3039

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon Hon. Jobe T. Ott and Hon. Evans H. Marshall, 631 South Perry Street, Montgomery, Alabama 36104 by depositing a copy of same in the United States Mail/Receptacle, First Class, postage prepaid on this the 25 day of March 2002.

OF COUNSEL

FX.53
03/25/2002 02:12PM
Jimm Stubbs
Probate Judge
Elmore County

IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF
JAMES EARL CROUCH,
Deceased.                                    CASE NO. 01-272

PROBAT P2002    999

AFFIDAVIT OF SUE CROUCH

Before me, the undersigned authority, personally appeared Sue Crouch, and who after first being duly sworn according to law, did depose and state:

My name is Sue Crouch and I have personal knowledge of the facts contained in this Affidavit. I married James Earl Crouch in 1966. My husband passed away on February 14, 2001.

We both executed Wills prepared by Attorney John Henig in the 1970's. For a period of time, we kept our Wills in a safety deposit box. However, several years ago James decided he wanted to keep our important papers at home. After some discussion, we decided to keep our Wills and other documents in a briefcase in our bedroom.

After James died, I went to get his Will out of the briefcase, but it was not there. In fact, both of our Wills were missing. Since I had not looked at our Wills for several months, I do not know when our Wills disappeared. The briefcase was not locked, and it would have been easy for someone to take our Wills.

I do not have James' Will in my possession, and I do not know where it is located. Even though there is nothing in his estate to probate, if I had James' Will, I would certainly allow his children to see it.

P00047  P2002  1808

All of our assets were established as Joint Tenancy With Right of Survivorship.

Thus, at James' death, all the assets belonged to me. I have absolutely nothing to gain by

concealing my husband's Will.

Sue Crouch
Sue Crouch

SWORN TO and SUBSCRIBED before me on this the 25th day of March 2002.

Notary Public
My Commission Expires: 11-07-2004

FILED
03/26/2002 09:40AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

# IN THE PROBATE COURT OF
# ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF     *

JAMES EARL CROUCH, Deceased   *    CASE NO.: CV-01-272

PROBAT P2002    1836
Recorded In Above Book and Page
03/26/2002 09:53:29 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

Recording Fee        3.00
TOTAL                3.00

## MOTION TO SET HEARING

COMES NOW the Petitioner, by and through her attorney of record, to request a hearing in the above styled cause of action to determine the issue of an Executor/Executrix to be appointed by the Probate Court for purposes of probate of the Will of the James Earl Crouch, Deceased. As grounds therefore, the Court is shown as follows:

1.   James Earl Crouch died on February 14, 2001.

2.   James Earl Crouch left a Will for the disposal of his estate.

3.   The Deceased's wife has willfully concealed the Will from this Court and from the beneficiaries of the estate.

4.   There is a petition before the Court to appoint an Executrix and to compel the widow of the Deceased to produce the Will.

5.   No further action can be taken pursuant to this estate without an Executor/Executrix.

WHEREFORE, THE PREMISES CONSIDERED, the Petitioner respectfully prays that this Honorable Court set a hearing for determination of the issues in this cause of action.

RESPECTFULLY submitted this the *22* day of March, 2002.

EVANS H. MARSHALL (MAR052)
Attorney for the Petitioner

OF COUNSEL:

458 South Lawrence Street
Montgomery, AL 36104
(334) 269-0852

PROBAT F2002 1002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Glenda W. Hughes, Esq.
103B East Commerce Street
Wetumpka, AL 36092-2702

by placing said copy in the U S mail, postage pre-paid, this the _23_ day of March, 2002.

OF COUNSEL

PROBAT P2002    1053
Recorded In Above Book and Page
03/26/2002 09:55:20 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

Recording Fee        3.00
TOTAL                7.00

# IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF
JAMES EARL CROUCH,
Deceased.                              CASE NO. 01-272

## ORDER

This matter is before the Court on the Motion to Withdraw the Motion to Intervene, and after due consideration of same, it is hereby:

ORDERED, ADJUDGED, AND DECREED that a hearing be set regarding this matter on 26th day of April, 2002 at 9:00 a.m.

DONE and ordered this the 26th day of March 2002.


JIMMY STUBBS
JUDGE OF PROBATE

FILED
12/17/2001 10:37AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

**IN THE PROBATE COURT OF**
**ELMORE COUNTY, ALABAMA**

PROBATE F2002   1004
Recorded in Above Book and Page
01/24/2002 09:55:12 AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

IN RE THE ESTATE OF                    *
                                        *
JAMES EARL CROUCH, deceased            *        CV-01-272
                                        *

## NOTICE OF DEPOSITION

TO:   Honorable Glenda W. Hughes
      103B E Commerce Street #B
      Wetumpka, Alabama 36092-2702

Please take notice that Jobe T. Ott and Evans H. Marshall, as counsel for the Petitioner of the Estate of James Earl Crouch, Deceased, will take the deposition of Mrs. Sue Crouch, at 10:00 a.m. on the 22nd of January, 2002, at the law office of Jobe T. Ott, 631 South Perry Street, Montgomery, Alabama 36104, whose telephone number is (334) 834-8100.   You are cordially invited to attend said deposition and duly question the deponent.  Said deposition shall continue from time to time thereafter until completed.

                                        Jobe T. Ott (OTT004)
                                        Attorney for Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing instrument has been served upon the following:

Honorable Glenda W. Hughes
103B E Commerce Street #B
Wetumpka, Alabama 36092-2702

By placing a copy of the same in the U.S. mail, postage prepaid, this the 14th day of December, 2001.

                                        OF COUNSEL

Please check website www.lawott.com for directions to office.

**IN THE PROBATE COURT OF**
**ELMORE COUNTY, ALABAMA**

FILED
12/18/2001 10:14AM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

IN RE THE ESTATE OF

PROBAT P2002    1095

JAMES EARL COURCH, deceased                    CASE NO. 01-272

## NOTICE OF DEPOSITION

TO:    Honorable Jobe T. Ott
       631 South Perry Street
       Montgomery, AL 36104

Please take notice that Glenda W. Hughes, as counsel for Sue Crouch of the Estate of James Earl
Crouch, Deceased, will take the deposition of Barbara Middleton and Brenda Cobb at
10:00 a.m. on the 22nd of January, 2002, at the law office of Jobe T. Ott, 631 South Perry Street,
Montgomery, Alabama 36104, whose telephone number is (334)834-8100. You are cordially
invited to attend said deposition and duly question the deponents. Said deposition shall continue
from time to time thereafter until completed.

                                        Glenda W. Hughes (HUG042)

### CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing instrument has been served upon the
following:

              Hon. Jobe T. Ott
              631 South Perry Street
              Montgomery, AL  36104

By placing a copy of the same in the U. S. mail, postage prepaid, this the 18th day of December,
2001.

                                        OF COUNSEL

FILED
04/05/2002 03:30PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

IN THE PROBATE COURT OF
ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF     *

                 *

JAMES EARL CROUCH,    *     CASE NO.: 01-272

Deceased.           *

PRBDAT P2902   1571
Recorded In Above Book and Page
05/09/2002 01:46:50 PM
JIMMY STUBBS
PROBATE JUDGE
Elmore County, AL

Recording Fee          15.00
TOTAL                  15.00

## OBJECTION TO MOTION FOR SUMMARY JUDGMENT

COME NOW the Beneficiaries (the natural children of the deceased), by and through counsel, and file this their objection to the Motion For Summary Judgment filed on behalf of the widow of James Earl Crouch on or about March 25, 2002. As grounds, the Beneficiaries would cite the Motion To Withdraw The Motion To Intervene submitted to this Honorable Court on March 25, 2002, in which the widow requested permission to withdraw her Motion To Intervene. As grounds, the Beneficiaries would state as follows:

1.   Sue Crouch, by her own Motion To Withdraw, has no standing to file a Motion For Summary Judgment in the above styled cause.

2.   Therefore, the Motion For Summary Judgment is due to be denied.

3.   The Motion To Withdraw filed by Sue Crouch leaves pending before this Honorable Court a Petition For Letters Of Administration on behalf of Barbara Middleton, daughter of the deceased, James Earl Crouch, pending before this Court since October, 2001.

4.   The Petitioners would request Letters Of Administration requested by Barbara Middleton be hereby granted and that a hearing be immediately set for the purposes of determining the whereabouts of the Will of the deceased, last admitted to be in existence on February 17, 2001 (3 days after the death of James Earl Crouch).

WHEREFORE, the premises considered, the Beneficiaries would respectfully pray that this Honorable Court will deny the Motion For Summary Judgment filed on behalf of the widow, Sue Crouch and that a hearing be set in the above styled cause.

PROBAT P2002   1572

RESPECTFULLY submitted this the 5 day of April, 2002.

JOHN THOMAS OTT (OTT004)
Attorney for the Beneficiaries
631 South Perry Street
Montgomery, AL 36104
(334) 834-8100

EVANS H. MARSHALL (MAR082)
Attorney for the Beneficiaries
458 South Lawrence Street
Montgomery, AL 36104
(334) 269-0852

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, AL 36092

by placing said copy in the U S mail, postage pre-paid, this the 5 day of April, 2002.

OF COUNSEL

FILED
04/30/2002 10:13AM
JERRY STIMER
PROBATE JUDGE
Elmore County AL

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF:
JAMES EARL CROUCH,
    Deceased.

PROBAT P2002   1573

**CASE NO. 01-272**

## MOTION TO WITHDRAW PETITION

**COMES NOW** Barbara Middleton, by and through her attorney of record and hereby

withdraws her petition for Letters of Administration in the above styled case.

Respectfully submitted this the 30th day of April, 2002.

JOBE T. OTT
Attorney for Petitioner

OF COUNSEL:
Jobe Thomas Ott
631 South Perry Street
Montgomery, Alabama 36104
334/834-8100

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing document upon
Honorable Glenda W. Hughes by depositing a copy of same in the United States Mail
Receptacle, First Class, postage prepaid on this the 20 day of April, 2002.

OF COUNSEL

PROBATE 72002   1574

## IN THE PROBATE COURT OF ELMORE COUNTY, ALABAMA

IN RE THE ESTATE OF:
JAMES EARL CROUCH,
    Deceased.

CASE NO. 01-272

### ORDER

This matter is before the Court on the Motion to Withdraw Petition for Letters of

Administration, and after due consideration of same, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the motion is deemed

GRANTED.

DONE and ordered this the _1st_ day of _May_, 2002.

_Jimmy Stubbs_
JIMMY STUBBS
JUDGE OF PROBATE

THE STATE OF ALABAMA

ELMORE COUNTY, ALABAMA                                    PROBATE COURT

I, JIMMY STUBBS, AS JUDGE OF PROBATE IN AND FOR THE SAID COUNTY IN SAID STATE, HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS A FULL, TRUE AND CORRECT COPY OF:

COMPLETE FILE IN THE MATTER OF THE LETTERS OF ADMINISTRATION OF JAMES EARL CROUCH, DECEASED

CASE NO.    2001-272

AS FULLY AND COMPLETELY AS THE SAME APPEARS ON FILE AND OF RECORD IN THIS OFFICE.

GIVEN UNDER MY HAND AND OFFICIAL SEAL THIS 13TH DAY OF JUNE 2005.

JIMMY STUBBS
JUDGE OF PROBATE