IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES E. CROUCH                                                      PLAINTIFF

VERSUS                                      CIVIL ACTION NO. .2:05-CV-00045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                          DEFENDANTS

### DECLARATION OF RONDA ROBINSON IN SUPPORT
### OF THE MOTION TO TRANSFER

My name is Ronda Robinson and I am an adult resident citizen of the state of Alabama and reside in or near the City of Wetumpka, Alabama. I am currently employed by the Peoples Bank and Trust Company in Prattville, Alabama as a Vice-President and Branch Manager. I make this Declaration from personal knowledge.

During 1998 and through 2001, I was employed by AmSouth Bank and AmSouth Investment Services in the Wetumpka, Alabama Branch of AmSouth Bank. The address for that branch is 743 S. Main, Wetumpka Alabama 36092. During that time I was acquainted with and handled banking and other financial transactions for James E. Crouch (DOB 4/12/28) and Ina Sue Crouch, who resided at 360 Old 231N, Wetumpka, Alabama 36092. Mr. and Mrs. Crouch were residents of Wetumpka, Alabama and were long time customers at that branch. As far as I know, all of their banking transactions and all of their business with AmSouth Bank occurred or took place in the Wetumpka, Alabama Branch of AmSouth Bank.

In my capacity as an employee of AmSouth Investment Services, I was the agent for the purchase of an annuity by James E. Crouch and Ina Sue Crouch, more particularly Lincoln National Life Insurance Company "Investors Choice" Annuity

Contract number 774944.  As a part of that transaction, I assisted the Crouchs in completing certain applications and other documentation necessary to purchase the annuity.  I later assisted the Crouchs in completing certain documentation signed by them for the change of beneficiary.  Said contract was at their request.  All of those transactions occurred and were executed in the Wetumpka, Alabama branch of AmSouth Bank and were purchased through AmSouth Investment Services.

The annuity contracts were purchased from Lincoln National Life Insurance Company, 10 North Martingale Road, Schaumburg, Illinois  60173-2268.  After the documentation for the purchase of the annuity and the change of the beneficiary was completed, it was forwarded to the Lincoln National Life Insurance Company.  All communication between the Lincoln National Life Insurance Company and Mr. and Mrs. Crouch or AmSouth Investment Services either originated in or, if it originated somewhere else, were delivered to Wetumpka, Alabama.

Pursuant to 28 U.S.C. Section 1746, I make this declaration under penalty of perjury that the foregoing is true and correct.

RONDA ROBINSON