## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

JAMES E. CROUCH                                                    PLAINTIFF

VERSUS                           CIVIL ACTION NO. .2:05-CV-00045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                      DEFENDANTS

### DEFENDANT'S PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION

The Defendant hereby submits the Pre-Discovery Disclosure Information in the above-styled and numbered civil action pursuant to Local Rule 26.1(A) as follows:

1.  **THE NAME, AND IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO CLAIMS ASSERTED.**

    a)    Co-Defendant, Ina Sue Crouch;

    b)    Ronda Robinson, a former employee of AmSouth Bank who was last known to be residing in Chattanoga, Tennessee.

    c)    Carol Spricht, AmSouth Investment Service, Birmingham, Alabama.

2.  **A COPY OR DESCRIPTION OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THIS DEFENDANT THAT ARE RELEVANT TO THE CLAIMS ASSERTED.**

    a)    Annuity file provided by Lincoln National Life Insurance Company to AmSouth Investment Services (Exhibit "A"); and

    b)    Annuity file maintained by Ronda Robinson of AmSouth Investment Services (Exhibit "B").

3.  **A COMPUTATION OF DAMAGES CLAIMS, AND IDENTITY OF DOCUMENTS RELEVANT TO THE ISSUE OF DAMAGES.**

    None.

Respectfully submitted this the 3rd day of May, 2005.

AMSOUTH BANK

BY:    BALCH & BINGHAM LLP

BY:    _____
       Of Counsel

Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

## CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr. do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

> Glenn L. White, Esquire
> Holmes & White, PLLC
> 601 Highway 42 E
> Petal, Mississippi 39465
>
> Sheila Smallwood, Esquire
> 849 Highway 42, Suite B
> Petal, Mississippi 39465
>
> Samuel S. McHard, Esq.
> Bryan Nelson Randolph PA
> P.O. Box 18109
> Hattiesburg, MS 39404
>
> Carol Ann Estes Bustin
> Bustin Law Firm
> 109 Fairfield Drive, Suite 109
> Hattiesburg, MS 39402

This the 3rd day of May, 2005.

_Paul J Delcambre Jr_
Of Counsel

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium D___red Fixed Annuity Application

Product Name: **Investor's Choice**

**MARKET:** ☒ Non-Qualified  ☐ New IRA (Year _____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: _____

**ANNUITANT INFORMATION** (Please Print)

Full Name: **James E. Crouch**

Sex: ☒ M  ☐ F   Birthdate: **4 / 12 / 28**

Soc. Sec. #: **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** Maturity: **AGE 100**

Primary Beneficiary: **James Edward Crouch**

Relationship: **Son**

Contingent Beneficiary: _____

Relationship: _____

**OWNER INFORMATION**

Contract Owner: _____

Birthdate: ___ / ___ / ___   Tax ID #: ___ - ___ - ___

Relationship to Annuitant: _____

**JOINT OWNER INFORMATION**

Joint Owner (if any): **Sue Crouch**

Birthdate: **10 / 13 / 23**  Tax ID #: **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**

Relationship to Owner: **Wife**

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

**MAILING ADDRESS** (All policy correspondence will be sent to this address).

Name: **James E. or Sue Crouch**

Address: **360 Old 231 N.**
**Wetumpka, AL  36092**

Phone #: **(334) 567-0183**

**OWNER BENEFICIARY INFORMATION**

Owner's Beneficiary: _____

Relationship: _____

Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Replacement:  Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

**Initial Premium Deposit**   $**250,000.00**

Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual   $_____
☐ Quarterly  ☐ Semi-Annual

Remarks:
**Principal Approved**
Signature _____
Date _____ MAY 12 1998

*AMSOUTH INVESTMENTS  98 MAY 12  AM 8:___*

Signed at **Wetumpka**      **AL**    **5/7/98**
City                          State        Date

X **James E. Crouch**          X **Sue Crouch**
Signature of Owner             Signature of Joint Owner (If applicable)

**AGENT'S REPORT**

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been premium amount, placed on paid-up, or surrendered?

☐ Yes  ☒ No   If "yes", list company, plan, year issued.

**CHECK RECEIVED**
**5/13/98  .00**
**250,000 .00**

x **Ronda Robinson**
Agent's Signature

**Ronda Robinson #1069**
Print Agent Name & Number

**EXHIBIT**
**A**

Home Office Endorsement _____

Form LN-1799 (12/90)    Administrative Office:   1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095    IIB3.0

## Contract Data

| | |
|---|---|
| Contract Number | Sent With Confirmation |
| Annuitant | James E. Crouch |
| Age at Issue | 70 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an initial Annual Effective Rate of . . . . . . . . . . . . . . . . . . . . .   6.00 %

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

**AMSOUTH** Investment ervices, Inc.
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

## Complete this form and fax to the PRD at (800) 316-4009

### CLIENT INFORMATION

Account Title **James E. or Sue Crouch**          Account Number _____

Occupation(s) **Retired** _____          Date(s) of Birth **4/12/28 - 10/13/23**

| Estimated Annual Household Income | Estimated Federal Tax Bracket | Estimated Net Worth (Excluding home & personal property) | Estimated Cash Equivalents (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year) |
|---|---|---|---|
| ☐ $0-25,000 | ☐ 15% | ☐ $0-50,000 | ☐ $0-5,000 |
| ☐ $25,001-50,000 | ☑ 28% | ☐ $50,000-100,000 | ☐ $5,001-15,000 |
| ☑ $50,001-100,000 | ☐ 31% | ☐ $100,001-250,000 | ☐ $15,001-25,000 |
| ☐ over $100,000 | ☐ 36% | ☑ over $250,000 | ☑ over $25,000 |
| | ☐ 39.6% | | |

**Investment Objective for this Purchase:**
☑ Tax Savings   ☐ Income   ☐ Growth & Income   ☐ Growth   ☐ Aggressive Growth

**Investment Experience:**
☑ None   ☐ Annuities   ☐ Mutual Funds   ☐ Stocks   ☐ Bonds
☐ Other _____

**Investment Horizon for this Purchase:**
☐ Less than 1 year   ☐ 1 to 4 years   ☑ 5 to 9 years   ☐ 10 to 14 years   ☐ 15 years or longer

**Overall Risk Tolerance:**
☑ Conservative   ☐ Moderate   ☐ Aggressive

*(vertical text in right margin: AMSOUTH INVESTMENTS 98 MAY 12 AM 8:34)*

---

### PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company **Lincoln National**          Annuity Product **Investor's Choice**

Amount **250,000.00**          Surrender charge of **8** % declining over **6** years.

☑ Initial Investment   ☐ Additional Investment          Source of Funds **CD, MM**   ☑ inside   ☐ outside

**Rate Disclosures**
1) The initial rate is **6** %, offered for one full year and includes a bonus rate of **1** %.
2) The base rate is **5** %. The minimum rate guaranteed is **3** %.   ☑ Contract # **256308**
3) Renewal rates may be higher or lower and will not include the bonus rate.

---

### IMPORTANT CLIENT DISCLOSURES -- PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.

2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

---

*James E. Crouch*   5/7/98          *Sue Crouch*   5/7/98
CLIENT SIGNATURE          DATE          CLIENT SIGNATURE          DATE

*Ronda Robinson* #1069   5/7/98          MAY 12 1998
AGENT SIGNATURE/AGENT NUMBER   DATE          PRINCIPAL SIGNATURE          DATE

Form #501815
SForm (9/96)          ORIGINAL - ISR          YELLOW - OSI          PINK - CUSTOMER

# AmSouth
Investment Services, Inc.
Member NASD & SIPC

# Confidential Client Profile

Name(s) _James E. or Sue Crouch_

Address _360 Old 231 N_ City _Wetumpka_ State _AL_ ZIP _3609_

Home Phone (_334_) _567-0183_ Work Phone ( ) _____

What would you like to accomplish with our meeting? _____
_____
_____

What is your overall investment objective?
- [x] Tax Savings
- [ ] Income
- [ ] Income with growth
- [ ] Growth for the future
- [ ] Aggressive Growth

What is your primary objective for the money you are considering investing today?
- [x] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [x] 5 to 9 years
- [ ] 10 to 14 years
- [x] 15 years or longer

Current Banking Relationships:

| Account Type | Financial Institution | Account Balance | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/98 |

Current Investments (Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other):

| Investment | Value | Investment | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| IRA/Pensions/401(k) CD | 13,450.00 | | |

Cash value of life insurance policies? _____ Home Equity, if any _owns home_

Do you have a current will/trust? [ ] No [x] Yes Who is the executor/successor trustee? _____

What is your gross annual income from the previous year?
- [ ] Less than $25,000
- [x] $25,001 - $50,000
- [ ] $50,001 - $100,000
- [ ] over $100,000

What is your marginal tax bracket? _28%_

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
- [ ] Less than $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $250,000
- [x] $250,001 - $500,000
- [ ] $500,001 - $750,000
- [ ] $750,001 - $1 million
- [ ] over $1 million

1. Customer's Age

☐ Minor (6)     ☐ 18 to 40 (10)     ☐ 41 to 50 (8)
☐ 51 to 60 (5)  ☐ 61 to 70 (2)      ☑ over 70 (0)

2. Indicate the importance of current income versus opportunity for growth:

☐ Current income is my primary concern. I am using my investments to provide my income. (0)
☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
☑ Current income is not my primary concern. My primary interest is growth. (8)

3. Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?

☐ Agree (9)
☐ Somewhat agree (6)
☐ Somewhat disagree (3)
☑ Disagree (0)

4. In your current investment portfolio, do you hold any of the following?

☐ Mutual Funds/Variable Annuities (2)
☐ Fixed Annuities (1)
☐ Individual Stocks (2)
☐ Individual Bonds (2)
☐ Very Speculative Investments (2)     *(Specify)* _____
☑ CDs/Deposit Products (0)
☐ U.S. Government Securities (1)

5. The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

After considering the following information, where would you place yourself comfortably on the risk reward chart?
*(Indicate by checking box.)*



Conservative *(Lower Risk)*

**0**
• Need present income
• Need current liquidity
• Conservative, cannot tolerate loss of principal

**2**

**4**
• Growth more important than current income
• Moderate liquidity needs
• Can tolerate moderate to average fluctuation

**6**
• Maximum growth desired, current income not needed
• Low liquidity
• Can tolerate maximum fluctuation

**8**

Aggressive *(Higher Risk)*

Recommended Action: 1. _Lincoln National — Investor's Choice_ Review_____

2. _____

3. _____

4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____

*Customer(s) Initial*

Notes/Comments:

## Investment Products

| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |
|---|---|---|

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James R. Crouch_ _____          5/7/98
Customer Signature                                    Date

_Sue Crouch_ _____                5/7/98
Customer Signature                                    Date

_Ronda Robinson_ _____            5/7/98
ISR Signature                                         Date

**AmSouth**
Investment Services, Inc.
Member NASD & SIPC

Form No. 501602 Rev. 8/96

## LINCOLN NATIONAL LIFE INSURANCE COMPANY

**ANNUITY**

**PREMIUM RECEIPT**

☒ New Application     ☐ Non-Qualified

☐ Addition     ☐ Qualified

1801 South Meyers Road
Oakbrook Terrace, IL 60181-5242

DEPOSIT DATE ___5/7/98___

CONTRACT NUMBER/SS# _LN 256308 / SS 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_

CUSTOMER NAME _James E. or Sue Crouch_

CUSTOMER ADDRESS _360 Old 231 N_

CITY _Wetumpka_   STATE _AL_ ZIP _36092_

AGENT _Ronda Robinson_

2 WHITE COPIES - INSURANCE COMPANY   YELLOW COPY - CUSTOMER   PINK COPY - AGENCY

**AMSOUTH BANK**    **BIRMINGHAM, AL 35288**

Note: All premium receipts must be encoded with teller validation to verify amount being placed into account.

| CASH | | |
|---|---|---|
| CHECKS | 250,000 | 00 |
| | | |
| TOTAL | $250,000 | 00 |

PD05-08-1998 04:01P #00034
AL00124          #03
BA00459593

**00459593**
**Account #**

**437**
**Agency ID**

$250,000.00

## LINCOLN NATIONAL LIFE INSURANCE COMPANY

### ANNUITY

☒ New Application  ☐ Non-Qualified
☐ Addition  ☐ Qualified

**PREMIUM RECEIPT**

1801 South Meyers Road
Oakbrook Terrace, IL 60181-5242

DEPOSIT DATE ___5/7/98___

CONTRACT NUMBER/SS# __LN256308/SS 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__

CUSTOMER NAME __James E. or Sue Crouch__

CUSTOMER ADDRESS __360 Old 231 N__

CITY __Wetumpka__  STATE __AL__ ZIP __36092__

AGENT __Ronda Robinson__

**00459593**

**Account #**

| | | |
|---|---|---|
| CASH | | |
| CHECKS | 250,000 | 00 |
| | | |
| | *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 04:01P #00034 | |
| | AL00124    #03 | |
| | BA00459593 | |
| TOTAL | $250,000 | 00 |

**437**
**Agency ID**

$250,000.00

2 WHITE COPIES - INSURANCE COMPANY   YELLOW COPY - CUSTOMER   PINK COPY - AGENCY

**AMSOUTH BANK**
**BIRMINGHAM, AL 35288**

Note: All premium receipts must be encoded with teller validation to verify amount being placed into account.

**ANNUITY SERVICE REQUEST**

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

**Contract Changes**

Annuitant's Name: James E. Crouch          Contract #: 774944

Institution/Agency: AmSouth Bank           Tax I.D.#:

## SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows
for:   ☒ Annuitant's Beneficiary   ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---------|-----------|------------------|---|--------------|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

## SECTION B - NAME CHANGES          SECTION C - ADD/CHANGE OWNER

| Name change for: | Reason for change: |
|---|---|
| ☐ Annuitant | ☐ Marriage |
| ☐ Primary Owner | ☐ Divorce |
| ☐ Joint/Contingent Owner | ☐ Legally Changed (include copy) |
| | ☐ Other: |

Print new name: _____
Old signature: _____
New signature: _____

| To be added/changed: | Reason for change: |
|---|---|
| ☐ Primary Owner | ☐ Marriage |
| ☐ Joint/Contingent Owner | ☐ Divorce |
| | ☐ Court Ordered (include copy) |
| | ☐ Change to a Trust |

Name: _____
The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

## SECTION D - ADDRESS CHANGE          SECTION E - DUPLICATE CONTRACT

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____
An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:
Name: _____
Address: _____
City, State, Zip: _____
If the original contract is found, it should be returned to Lincoln National immediately.

## SECTION F - OTHER REQUESTS

## SECTION G - SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at Wetumpka, AL        on the 4 day of April   20 2000
Owner: James E. Crouch        Agent/Witness: Ronda Robinson
Joint Owner: Sue Crouch       Agent/Witness: Robinson

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095        LN-3110 (8/95)

**Lincoln**
**Financial Group**
Lincoln Life

MAY 16, 2000

JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092

Re: Contract 774944        Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

This letter is in response to your recent request for service on
the above referenced annuity contract.

We have updated our records to reflect your new beneficiary
designation(s) as shown on the enclosed copy of your request.

If you have any questions regarding this information or need
additional assistance, please contact your local representative
or our Annuity Client Service Department at (800) 248-6301,
extension 7399.  Thank you for the opportunity to be of service.

Sincerely,

General Service Representative

Enclosure

cc:  AMSOUTH INVESTMENT SERVICE                LN437PAB7010

---

# INITIAL ANNUITY CLAIM NOTIFICATION

**CALL TAKEN BY:** _Jenni_   **DATE AND TIME:** _2-20-01_

**NAME OF CALLER:** _Rhonda_   **PHONE #:** _____

**RELATIONSHIP OF CALLER TO DECEASED:** _agent_   RECEIVED 2-20-01

**ANNUITY CONTRACT #'S:** _774944_

**ON SIP? YES ☐ NO ☒   FILE OUT TO:** _Sharon @ Law 9-29-00_

## INFORMATION ON DECEASED

**NAME:** _James Crouch_   (A) ✓ (O) ✓ (JO) _____

**DATE(S) OF DEATH:** _2-14-01_

*The Date(s) of Death is essential to meet State specific requirements.*
*If more than one death has occurred (e.g. - A & JO), both dates are needed.*

## MAILING INSTRUCTIONS

**NAME:** _Rhonda Robinson_ **ADDRESS:** _AmSouth Bank_
_743 S Main St_
_Wetumpka    AL  36092_

**PHONE #:** _334-240-8469_

## SPECIAL INSTRUCTIONS

_____
_____
_____
_____
_____

Claim tips:

*Exceptions to the following items should be referred to Claims for review and a return phone call by the Claims Unit*

1) A certified death certificate (not a photocopy) is required to be maintained in our records.
2) Proper claim forms need to be completed in full.
3) Claim requirements will be provided in writing within approximately three to five business days.

CLMNTFY (8/20/96)

# ∏ Lincoln
**Financial Group**
Lincoln Life

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

March 5, 2001

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE:    Annuity Contract # 774944
       Claim Request For: **James E Crouch**

Dear Ms. Robinson:

We are writing in response to your recent telephone call, advising us of the death of James E Crouch.

As the spouse and beneficiary, Sue Crouch is granted a special option which permits her to convert this contract to her name.  The contract would continue with its original schedule and she would not experience any taxation due to the conversion.  Future withdrawals, which may be taxable, will be free of Surrender Charges.

She also has the option of taking a payout on the contract.  Which ever option she should choose, we would need to receive the following items:

       1)    Completed Claimant's Statement (form enclosed).
       2)    Certified death certificate (not a photocopy).

Please note, if she takes a payout on the contract, we will also need to receive the original contract or Section 1 of the Claimant's Statement completed confirming that the contract is lost.

Once we receive and record the required items, and allowing for mail time, the check and/or confirmation of the settlement option should be received within approximately three weeks.  Please be sure to forward these requirements to prevent any processing delays. A return envelope is enclosed for your convenience.

We look forward to the opportunity to be of service to you.  If you have any questions, I can be reached toll-free at 1-800-248-6301, extension 8370.

Sincerely,

*Patricia Taylor*

Patricia Taylor
Annuity Claims Representative

Confirmation Report — Memory Send

|  |  |
|---|---|
| Time | : Mar-12-2001  12:30pm |
| Tel line | : +8474663105 |
| Name | : |

| | | |
|---|---|---|
| Job number | : | 268 |
| Date | : | Mar-12 12:27pm |
| To | : | 813345675710 |
| Document pages | : | 005 |
| Start time | : | Mar-12 12:27pm |
| End time | : | Mar-12 12:30pm |
| Pages sent | : | 005 |
| Status | : | OK |

Job number    : 268          *** SEND SUCCESSFUL ***



**Lincoln**
Financial Group
Lincoln Life

March 6, 2001

Administrative Office
Lincoln National Life Insurance Company
16 North Martingale Road
Schaumburg, IL 60173-3399
Phone 847 444-4100

RHONDA ROBINSON
AM SOUTH BANK
749 S MAIN ST
WETUMPKA AL 36092

RE:    Annuity Contract # 774944
Claim Request For: James E Crouch

Dear Ms. Robinson;

We are writing in response to your recent telephone call, advising us of the death of James E Crouch.

As the spouse and beneficiary, Sue Crouch is granted a special option which permits her to convert this contract to her name. The contract would continue with its original schedule and she would not experience any taxation due to the conversion. Future withdrawals, which may be taxable, will be free of Surrender Charges.

She also has the option of taking a payout on the contract. Which ever option she should choose, we would need to receive the following items:

1)    Completed Claimant's Statement (form enclosed).
2)    Certified death certificate (not a photocopy).

Please note, if she takes a payout on the contract, we will also need to receive the original contract or Section 7 of the Claimant's Statement completed confirming that the contract is lost.

Once we receive and record the required items, and allowing for mail time, the check and/or confirmation of the settlement option should be received within approximately three weeks. Please be sure to forward these requirements to prevent any processing delays. A return envelope is enclosed for your convenience.

We look forward to the opportunity to be of service to you. If you have any questions, I can be reached toll-free at 1-800-748-9301, extension 8370.

Sincerely,

Patricia Taylor

Patricia Taylor
Annuity Claims Representative

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Product Name: **Investor's Choice**

**MARKET:** ☒ Non-Qualified  ☐ New IRA (Year ____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: ____

**ANNUITANT INFORMATION (Please Print)**

Full Name: **James F. Crouch**

Sex: ☒ M  ☐ F  Birthdate: **4 / 12 / 28**

Soc. Sec. #: **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** Maturity: **AGE 100**

Primary Beneficiary: **James Edward Crouch**

Relationship: **Son**

Contingent Beneficiary: ____

Relationship: ____

**OWNER INFORMATION**

Contract Owner: ____

Birthdate: __/__/__  Tax ID #: __-__-__

Relationship to Annuitant: ____

**JOINT OWNER INFORMATION**

Joint Owner (if any): **Sue Crouch**

Birthdate: **10/13/23** Tax ID #: **422-26-9**

Relationship to Owner: **Wife**

Note: Joint Owners have equal rights under the contract. Upon a non-annu Owner's death. Surrender Value proceeds will be paid to any surviv Owner as beneficiary. Only spousal beneficiaries may continue the cont

**MAILING ADDRESS** (All policy correspondence will be sent to this address)

Name: **James F. or Sue Crouch**

Address: **360 Old 231 N.**
**Wetumpka, AL 36092**

Phone #: **(334) 567-0183**

**OWNER BENEFICIARY INFORMATION**

Owner's Beneficiary: ____

Relationship: ____

Note: Owner Beneficiary designations are applicable only when there Joint Owner.

**Replacement:** Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

Initial Premium Deposit    $ **250,000.00**

Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual  $ ____
☐ Quarterly  ☐ Semi-Annual

**Remarks:**

Signed at **Wetumpka**  (City)  **AL** (State)  **5/7/98** (Date)

X _James F. Crouch_ (Signature of Owner)     X _Sue Crouch_ (Signature of Joint Owner (If applicable))

**AGENT'S REPORT**

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or other insur Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced premium amount, placed on paid-up, or surrendered?

☐ Yes  ☒ No   If "yes", list company, plan, year issued.

Home Office Endorsement

X _Ronda Robinson_ (Agent's Signature)

_Ronda Robinson #1069_ (Print Agent Name & Number)

Form LN-1799 (12/96).    Administrative Office · 1801 South Meyers Road · Oakbrook Terrace, Illinois 60181-5214 · (708) 916-0095

# ALABAMA
## CERTIFICATE OF DEATH

TYPE IN PERMANENT
BLACK INK, DO NOT
USE GREEN, RED, OR
BLUE INK.

| 1. DECEASED—NAME  First | Middle | Last  (Type and Print in full capacity) | 2. DATE OF DEATH (Month, Day, Year) | 3. COUNTY OF DEATH |
|---|---|---|---|---|
| James | Earl | CROUCH | February 14, 2001 | Montgomery |

| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | 5. INSIDE CITY LIMITS | 7. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION—(if not in either, give street and number) |
|---|---|---|
| Montgomery, Alabama 36106 | Yes | 7. Jackson Hospital |

| 7. IF HOSPITAL (Specify Inpatient, ER or Outpatient, DOA) | 8. OF HISPANIC ORIGIN (Specify Yes or No) If Yes, Specify Cuban, Mexican, Puerto Rican, etc. | 9. RACE—(Specify American Indian, Black, White, etc.) | 10. SEX |
|---|---|---|---|
| Inpatient | No | White | Male |

| 11. AGE | 11. UNDER 1 YEAR | UNDER 1 DAY | 13. DATE OF BIRTH (Month, Day, Year) | 14. DECEASED'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 72 Yrs. | MOS. DAYS | HOURS MINS | April 12, 1928 | 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 |

| 15. EDUCATION (Specify Only Highest Grade Completed) Elementary or High School (0-12)  College (1-4 or 5+) | 16. MARITAL STATUS (Specify Married, Never Married, Widowed) | 17. SURVIVING SPOUSE (if wife, give maiden name) | 18. Was Deceased ever in US Armed Forces? |
|---|---|---|---|
| 12 | Married | Sue Parrott | No |

| 19. STATE OF BIRTH (If not in USA, name country) | 20. RESIDENCE—STATE | 21. COUNTY | 22. CITY, TOWN, OR LOCATION AND ZIP CODE |
|---|---|---|---|
| Alabama | Alabama | Elmore | Wetumpka, Alabama 36092 |

| 23. INSIDE CITY LIMITS (Specify Yes or No) | 24. STREET AND NUMBER | 25. INFORMANT—Name and Address |
|---|---|---|
| Yes | 360 Old 231 Highway | 360 Old 231 Highway  Mrs. Sue P. Crouch  Wetumpka, Alabama 36092 |

| 26. USUAL OCCUPATION (Kind of work done during most of working life. Do not use retired.) | 27. KIND OF BUSINESS OR INDUSTRY |
|---|---|
| Prison Assistant | State of Alabama Correctional System |

| 28. FATHER—NAME  First | Middle | Last | 29. MAIDEN NAME OF MOTHER—  First | Middle | Last |
|---|---|---|---|---|---|
| James | Benny | Crouch | Louvina | | Nelson |

| 30. DISPOSITION OF BODY (Specify Burial, Cremation, Medical Research, etc.) | 31. DATE OF DISPOSITION (Month, Day, Year) | 32. CEMETERY OR CREMATORY—Name | 33. LOCATION—(City or Town—State) |
|---|---|---|---|
| Burial | Feb. 17, 2001 | Pine View Memorial Gardens | Wetumpka, Alabama 36092 |

| 34. FUNERAL HOME (Name and Address) | 35. FUNERAL DIRECTOR—Signature | 36. DATE SIGNED OR FILED BY FUNERAL DIR. |
|---|---|---|
| Ellison Funeral Home  P.O. Box 436  Wetumpka, Alabama 36092 | Ken Hammock | Feb. 19, 2001 |

| 37. ☒ Certifying Physician (Physician certifying cause of death) To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner  Coroner  On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, place, and due to the cause(s) and manner stated. (Signature) | 38. DATE SIGNED (Month, Day, Year) |
|---|---|
| [signature] | 3/6/2001. |

| 39. TIME AND DATE OF DEATH | 40. DATE AND TIME PRONOUNCED DEAD (for Coroner/ME use only) | 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 44) |
|---|---|---|
| 12:31 p.m.  3/6/2001 | | Eagle XIONGYING CHEN |

| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 44) | 43. PHYSICIAN LICENSE NUMBER |
|---|---|
| 1725 Pine Street  Montgomery AL 36106 | AL22748 |

| 44. REGISTRAR—Signature  For State or County use only | 45. DATE FILED (Month, Day, Year) |
|---|---|
| Brenda Davis | Feb 22, 2001 |

## MEDICAL CERTIFICATION

| 44. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE. | 45. APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) →  respiration failure | |
| DUE TO (OR AS A CONSEQUENCE OF):  Lung mass | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) last  DUE TO (OR AS A CONSEQUENCE OF):  NPH | |
| DUE TO (OR AS A CONSEQUENCE OF): | |

| 50. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 48. WAS THERE A PREGNANCY IN LAST 3 MONTHS OF LIFE? |
|---|---|

| 60. MANNER OF DEATH (Specify—Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Cause) | 50. AUTOPSY (Specify Yes or No) | 51. If yes, were findings considered in determining cause of death? (Specify Yes or No) |
|---|---|---|

| 52. HOW INJURY OCCURRED (Enter nature of injury in Item 45, Part I or injury at left) | 53. DATE OF INJURY (Month, Day, Year) | 54. HOUR OF INJURY |
|---|---|---|

| 55. INJURY AT WORK (Specify Yes or No) | 56. PLACE OF INJURY—(Specify at home, farm, street, factory, office building, etc.) | 57. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) |
|---|---|---|

This is a legal record and must be filed within five (5) days after death.

This is a true and exact copy of the record on file with the Montgomery County Heath Department

Brenda Davis
(Signature of Local or Deputy Registrar

Feb 22, 2001
Date of Issue

**ЛЛНСОЛЛ**
**Financial Group**
Lincoln Life

**STANDARD**

In furnishing this or other claim forms for the convenience of a Claimant, the Company does not admit any liability or waive any of its rights. Each Claimant must submit his or her own Claimant's Statement.

| **SECTION 1** | Name of Deceased: _James E. Crouch_   Contract No.: _774944_ |
|---|---|
| **General Information** (Please type or print) | ☐ **Declaration of Lost Contract:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed. |

**SECTION 2**
**Claimant Information**

Name: _Sue Crouch_

(If a Trust, list complete name of Trust and name of Trustee(s). If an Estate, list name of Estate and name of Executor(s) or Administrator(s).)

Soc. Sec. No.: _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_   OR   Tax Identification No.: _____
(for Trusts or Estates)

Date of Birth _10/13/23_   ☐ Male  ☒ Female  Relationship to Deceased: _Spouse_

Claimant's Resident Address: _360 Old 231 N._
_Wetumpka, AL 36092_

Phone Number: _334-567-0183_

**SECTION 3**
**Settlement Options**
(Select only ONE)

Please read the Annuity Death Claim Settlement Options and Instructions before proceeding.

☐ A. Assume Ownership (spousal beneficiary only). Please also complete Section 5 of this form.

☐ B. Annuity Payment Option. Provide illustration for: ☐ Non-Life Option: # of Years _____
    ☐ Life Option: # of Years _____

   * Option B must be elected and recorded within sixty days of the date of death.

☐ C. Deferral (up to 5 years from the date of death). Please also complete Section 5 of this form.

☒ D. Single Sum Distribution

**SECTION 4**
**How Funds Are To Be Distributed**

☐ Regular Mail

☒ Overnight Mail (Not available to a P.O. Box.) Street Address must be included.

   • There may be a fee for overnight service.

Send Proceeds to: (Complete if different than Address in Section 2)
_AmSouth Bank - Attention: Ronda Robinson_
_743 S. Main St._
_Wetumpka, AL 36092_

1-1792LN- (02/01)        Administrative Office:        10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900

| SECTION 5 | Primary | Contingent | Name | Percentage | Relationship |
|---|---|---|---|---|---|
| Claimant's Beneficiary Designation(s) (Only applies if Option A or C is selected in Section 3) | ☐ ☐ ☐ ☐ | ☐ ☐ ☐ ☐ | | | |

**SECTION 6**
**Tax Withholding**

Income tax Withholding Notice and Election for Nonperiodic Distributions from Annuity Contracts — understand that the taxable portion of this withdrawal will be subject to 10% Federal tax withholding unless I ele not to have withholding apply. I may elect not to have tax withheld from my distribution by checking Box # below, signing and dating this election, and returning it to Lincoln Life prior to the date the distribution is paid me. (However, Lincoln Life must have my correct social security number in order for me to elect out withholding.) If I do not check Box #1 below, 10% Federal income tax will be withheld from the taxable portion of my withdrawal. I may elect to have a percentage greater than 10% withheld by checking Box #2 below and filling in the percentage of tax to be withheld. My distribution may also be subject to state tax withholding requirements.

If I elect not to have withholding apply to my withdrawal, or if I do not have enough Federal income tax withheld I may be responsible for payment of estimated tax. I may incur penalties under the estimated tax rules if m withholding and estimated tax payment are not sufficient.

Tax Withholding Election – Even if I elect not to have Federal income tax withheld, I am liable for payment Federal income tax on the taxable portion of my withdrawal. I also may be subject to tax penalties under the estimated tax payment rules if my payments of estimated tax and withholding, if any, are not adequate. (Please check only one box. If neither Box #1 nor Box #2 has been checked, 10% Federal income tax is required to be withheld from this withdrawal).

1. ☒  I do not want to have Federal income tax withheld from my withdrawal.

2. ☐  Please withhold ____ % Federal taxes from the taxable portion of my withdrawal (this amount must be at least 10%) and ____ % State taxes from the taxable amount of my withdrawal (If request meets state requirements).

**SECTION 7**
**Certification**

Under penalties of perjury, I certify that:
1. The number shown in Section 2 on this form is my correct taxpayer identification number (or I am waiti for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have n been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to back withholding.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you a currently subject to backup withholding because you failed to report all interest and dividends on your tax return.

"Any person who submits an application or files a claim with intent to defraud or helps commit a frau against an insurer, as determined by a court of competent jurisdiction, is guilty of a crime."

Claimant's Signature: _Sue Church_    Date: _3/13/01_

Witness Signature: _Ronda Robinson_    Date: _3/13/01_

14792LN- (02/01)    Administrative Office:    10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900



*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

SUE CROUCH
360 OLD 231 N
WETUMPKA AL 36092


RE:    Annuity Contract # 774944
       Claim Request For: James E Crouch

Dear Mrs. Crouch:

Based on the information submitted, we have completed the claim processing for the annuity contract referenced above. Enclosed please find our company check as payment of claim proceeds in the amount of $290,487.96.

Lincoln National Life will mail an IRS Form 1099R by the end of January of next year to the address on this letter. However, the following information is provided for your records to assist with any income tax reporting:

| | |
|---|---|
| Payee: | Sue Crouch |
| Tax Identification #: | 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 |
| Total Payment: | $290,487.96 |
| Taxable Gain: | $40,487.96 |
| Federal Tax Withheld: | $0.00 |
| State Tax Withheld: | $0.00 |

If you have any questions, or need additional information, please do not hesitate to contact your local annuity representative or me directly at (800)248-6301, ext. 8370.

We look forward to an opportunity to provide you with other insurance and investment products in the future.

Sincerely,

*Patricia Taylor*

Patricia Taylor
Annuity Claims Representative


**Lincoln**
Financial Group
Lincoln Life

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-6100

March 22, 2001

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE:   Annuity Contract # 774944
      Claim Request For: James E Crouch

Dear Ms. Robinson:

As requested, enclosed please find our company check for proceeds due under
the above contract.

Please deliver the payment to the beneficiary. Be sure to have the check
endorsed by the beneficiary to ensure clearance by our bank. If you have any
questions or need additional information regarding this case please call me at 1-
800-248-6301, extension 8370.

Sincerely,

Patricia Taylor
Annuity Claims Representative

Mr. Ron Sylvanden
Lincoln Financial Group
P.O. Box 4170
Schaumburg, Il. 60168-4172

RE: Contract #774944
    James Earl Crouch SSN: 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

In Approx. May of 1998 my father, James Earl Crouch, called me to let me know
that he had purchased an Annuity from Lincoln Financial Group at Am South
Bank in Wetumpka, Al. for the amount of $250,000.00, He told me that I, (James
Edward Crouch) was the beneficiary.  My father died 14 Feb. 2001 and my
mother, Ina Sue Crouch told me that I was not the beneficiary, even though she
was the one that called me the day my father told me that I was. I have now
received a call telling me that I was the original beneficiary and it had been
changed without my fathers knowledge.  It is alledged the the document for the
change does not bear his signature. My father and I were on good terms and if
he had changed it for some reason he would have told me.  I would like to know
the following things:
1. Was I the beneficiary of the 1998 annuity?
2. Will you please provide me copies of all the annuities?
3. What will Lincoln Financial Group do to investigate this?
4. If, after investigation you find things to be questionable what will you do
to settle this?


Thank you for your prompt attention in this matter. If you would like to talk
with me my number is:
601-758-4323

                        James Edward Crouch
                        46 Bob Graham Rd.
                        Sumrall, MS 39482


**Financial Group**
Lincoln Life

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2266
Phone 847 466-8100

September 8, 2001

JAMES EDWARD CROUCH
46 BOB GRAHAM RD
SUMRALL MS 39482

RE:   Annuity Contract # 774944
      Claim Request For: James E. Crouch

Dear Mr. Crouch:

We are writing in response to your recent letter regarding the above annuity contract.

A review of our records indicates that you were in fact the initial beneficiary of record at the time the application was completed. However, as you are aware, there was a beneficiary change that was received by our office April 18, 2000. Due to privacy restrictions, we are unable to provide you with copies of any information pertaining to this contract. We are committed to keeping the personal information received from our potential, current and former customers confidential and secure.

Please note, our office has thoroughly reviewed our records and determined that the processing of the death claim proceeds was accurate.

If you have any questions, I can be reached at (800)248-6301, extension 8371.

Sincerely,

*Ronald Sylvander*

Ronald Sylvander
Annuity Claims, Supervisor

Mr. Burch and Ron Sylvarder,

Was I a beneficiary on an annuity or policy for James Earl Crouch. Check Contract 774944 on James Earl Crouch SSN 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. Also any more that he might have had with your company. My phone Number is 334-834-1627, Please answer as soon as possible. Also was the beneficiary ever changed on this policy. James Earl Crouch was my father who died Feb 14th 2001.

Sincerely,
Brenda Mae Crouch C



**Financial Group**
Lincoln Life

May 24, 2002

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

BRENDA COBB
2005 YANCY AVE
MONTGOMERY AL 36107

RE:    Annuity Contract # 774944
       Claim Request For: James E. Crouch

Dear Ms. Cobb:

Thank you for your recent written inquiry regarding the above annuity contract.

Due to privacy restrictions, we are unable to provide you with specific information related to this contract. However, we can confirm that you were not the beneficiary on this contract.

If you have any questions, I can be reached at (800)450-3069, extension 8371.

Sincerely,

Ronald Sylvander
Annuity Claims, Supervisor

7/2/98 Mr. & Mrs. Crouch were in today & are concerned about the safety of their Annuity. Again I told them they were insured by Lincoln. They understand fully that it is not FDIC. We also talked about Beneficiaries. They may want to make some changes on that later.

5/22/00 - Faxing me the statement should be the 10th

2/2/01 - Mr. Crouch's health seems to be failing rapidly. Mrs. Crouch is worried about expenses if Mr. Crouch needs extended care. I assured her that she would be fine since she has other funds to pull from.

3/5 - mailed death packet (Lincoln)

3/12 - faxed / Rec'd from fax & mail

3/13 - $289,983.61 @ 5.00%

Ron Sylvander
Fax 847-466-3371
Ph 1-800-248-6301 ext. 8371
   Original -
      P O Box 4170
      Schaumburg IL 60168-4170


EXHIBIT
B

05/18/98

RONDA T. ROBINSON
C/O AMSOUTH INVESTMENT SERVICE
743 S MAIN ST    P.O. BOX 361
WETUMPKA, AL  36092

Re: Contract # 774944          Annuitant:    JAMES E. CROUCH
                               Product:      Investors Choice

Dear RONDA:

The annuity contract noted above is now issued and recorded at
our office.

Any requirements, as noted below, should be obtained upon delivery
and returned to our office before the close out date.

             Outstanding Requirements              Close Out Date
             ------------------------              --------------

             NOTE: UPON THE DEATH                     07/17/98
               OF THE ANNUITANT,                      07/17/98
               ALL BENIFITS WILL                      07/17/98
               BE PAYABLE TO THE                      07/17/98
               PRIMARY BENEFICIARY                    07/17/98
               NOT THE JOINT OWNER                    07/17/98
               ALSO, THE JOINT                        07/17/98
               OWNER WILL NOT HAVE                    07/17/98
               THE OPTION OF                          07/17/98
               CONTINUING THE                         07/17/98
               CONTRACT.                              07/17/98

*Not what customer wanted. Will decide what to do and make the change later.*

Thank you for doing business with Lincoln National Life.  If
you have any questions, please contact your Operations office.

Sincerely,

*Andrea Lewis*

ANDREA L. LEWIS
New Business Services

MAY 18, 1998


JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092


Re: Contract 774944          Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

Congratulations on your recent annuity purchase.  You have joined
thousands of others in selecting this quality tax-deferred product.
Lincoln National Life and AmSouth Investment Services appreciate
your business and look forward to providing you the best of service
in years to come.

This letter confirms the issuance of your tax-deferred annuity.
Please take a moment to review and verify the information shown
on the attached Contract Data page.  If any corrections or changes
were made on the application, there may be an Amendment form
attached which requires your signature.

The original contract and these confirmation pages should be kept
with your other important investment documents.  You will receive
a statement at least annually showing all activity on your annuity
contract including interest earned.

Your initial deposit has been credited with an initial, guaranteed
annual interest rate as noted on the attached Contract Data page.
Any additional deposits will have a similar guarantee based on the
current interest rate for the month of deposit.

If you have any questions or need additional information, please
contact your representative at AmSouth Investment Services or our
Client Service Department directly at 1-800-248-6301.  We look
forward to not only providing you with a secure and profitable
investment, but also delivering quality service for years to come.

Again, thank you for your business.


Sincerely,



ANDREA L. LEWIS
New Business Representative

cc:  C/O AMSOUTH INVESTMENT SERVICE          LN437PAB7010

Lincoln National Life
Flexible Premium Deferred Annuity

| Contract# | Issued | Maturity | Form | Rate | Taxq |
|-----------|--------|----------|------|------|------|
| 774944 | 05/08/98 | 04/12/28 | INV | 6.00% | N |

Initial Deposit:      250,000.00  Issue State: AL
Billing Amount:            0.00 Billing Mode: N

Annuitant:                        Owner(s):
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                        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
JAMES E. CROUCH                    JAMES E. CROUCH
Birthdate 04/12/28                 SUE CROUCH
                                   360 OLD 231 N
                                   WETUMPKA AL   36092

Institution:  AMSOUTH INVEST.      LN437001L
Sales Rep:    ROBINSON             LN437PAB7010

# LINCOLN NATIONAL LIFE INSURANCE CO.
A part of LINCOLN NATIONAL CORPORATION

**Flexible Premium Deferred Fixed Annuity Application**

Product Name: _Investor's Choice_

**MARKET:** ☒ Non-Qualified   ☐ New IRA (Year _____)   ☐ IRA Transfer   ☐ IRA Rollover   ☐ Other: _____

| ANNUITANT INFORMATION (Please Print) | OWNER INFORMATION |
|---|---|
| Full Name: _James F. Crouch_ | Contract Owner: _____ |
| Sex: ☒ M  ☐ F   Birthdate: _4/12/28_ | Birthdate: _/ /_   Tax ID #: _ - - _ |
| Soc. Sec. #: _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_  Maturity: **AGE 100** | Relationship to Annuitant: _____ |
| Primary Beneficiary: _James Edward Crouch_ | **JOINT OWNER INFORMATION** |
| Relationship: _Son_ | Joint Owner (if any): _Sue Crouch_ |
| Contingent Beneficiary: _____ | Birthdate: _10/13/23_  Tax ID #: _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_ |
| | Relationship to Owner: _Wife_ |
| Relationship: _____ | Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract. |

| MAILING ADDRESS (All policy correspondence will be sent to this address). | OWNER BENEFICIARY INFORMATION |
|---|---|
| Name: _James F. or Sue Crouch_ | Owner's Beneficiary: _____ |
| Address: _360 Old 231 N._ | |
| _Wetumpka, AL 36092_ | Relationship: _____ |
| Phone #: _(334) 567-0183_ | Note: Owner Beneficiary designations are applicable only when there is no Joint Owner. |

**Replacement:**   Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes   ☒ No   If "Yes", give details in "Remarks" section.

**Initial Premium Deposit**        $ _250,000.00_

**Optional Contribution Modes:**
☐ Monthly/PAC ☐ Annual      $ _____
☐ Quarterly     ☐ Semi-Annual

**Remarks:**

Signed at _Wetumpka_ (City)    _AL_ (State)    _5/7/98_ (Date)

X _____
Signature of Owner

X _____
Signature of Joint Owner (If applicable)

## AGENT'S REPORT
Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced in premium amount, placed on paid-up, or surrendered?

☐ Yes   ☒ No   If "yes", list company, plan, year issued.

X _Ronda Robinson_
Agent's Signature

_Ronda Robinson_ # _1069_
Print Agent Name & Number

Home Office Endorsement

## Contract Data

| | |
|---|---|
| Contract Number | Sent With Confirmation |
| Annuitant | James E. Crouch |
| Age at Issue | '10 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of . . . . . . . . . . . . . . . . . . . . . . .

6.00 %

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

**AMSOUTH** Investment Services, Inc.
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

### Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title **James E. or Sue Crouch**          Account Number _____

Occupation(s) **Retired**          Date(s) of Birth **4/12/28 - 10/13/23**

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [✓] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [✓] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth (Excluding home & personal property)**
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [✓] over $250,000

**Estimated Cash Equivalents** (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [✓] over $25,000

**Investment Objective for this Purchase:**
- [✓] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [✓] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other _____

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [✓] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [✓] Conservative
- [ ] Moderate
- [ ] Aggressive

## PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company **Lincoln National**   Annuity Product **Investor's Choice**

Amount **250,000.00**   Surrender charge of **8** % declining over **6** years.

[✓] Initial Investment   [ ] Additional Investment   Source of Funds **CD; MM**   [✓] inside   [ ] outside

**Rate Disclosures**
1) The initial rate is **6** %, offered for one full year and includes a bonus rate of **1** %.
2) The base rate is **5** %. The minimum rate guaranteed is **3** %.
3) Renewal rates may be higher or lower and will not include the bonus rate.   [✓] Contract # **256308**

## IMPORTANT CLIENT DISCLOSURES - PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.

2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

_James E. Crouch_ 5/7/98          _Sue Crouch_ 5/7/98
CLIENT SIGNATURE          DATE          CLIENT SIGNATURE          DATE

_Ronda Robinson_ #1069 5/7/98          _____   _____
AGENT SIGNATURE/AGENT NUMBER          DATE          PRINCIPAL SIGNATURE          DATE

Form #501815
SForm (8/96)          ORIGINAL – ISR      YELLOW – OSJ      PINK – CUSTOMER

**AmSouth**
Investment Services, Inc.
Member NASD & SIPC

# Confidential Client Profile

Name(s) _James E. or Sue Crouch_

Address _360 Old 231 N_  City _Wetumpka_ State _AL_ ZIP _36092_

Home Phone (_334_) _567-0183_  Work Phone (  ) _____

What would you like to accomplish with our meeting? _____

_____

_____

What is your overall investment objective?
- ☑ Tax Savings ☐ Income ☐ Income with growth ☐ Growth for the future ☐ Aggressive Growth

What is your primary objective for the money you are considering investing today?
- ☑ Tax Savings ☐ Income ☐ Growth & Income
- ☐ Growth ☐ Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
- ☐ Less than 1 year ☐ 1 to 4 years ☑ 5 to 9 years ☐ 10 to 14 years ☑ 15 years or longer

Current Banking Relationships:

| Account Type | Financial Institution | Account Balance | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/98 |

Current Investments (Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other):

| Investment | Value | Investment | Value |
|---|---|---|---|
| | | | |
| | | | |
| IRA/Pensions/401(k) CD | 13,450.00 | | |

Cash value of life insurance policies? _____ Home Equity, if any _owns home_

Do you have a current will/trust? ☐ No ☑ Yes  Who is the executor/successor trustee? _____

What is your gross annual income from the previous year?
- ☐ Less than $25,000 ☑ $25,001 - $50,000 ☐ $50,001 - $100,000 ☐ over $100,000

What is your marginal tax bracket? _28%_

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
- ☐ Less than $50,000 ☐ $50,001 - $100,000 ☐ $100,001 - $250,000 ☑ $250,001 - $500,000
- ☐ $500,001 - $750,000 ☐ $750,001 - $1 million ☐ over $1 million

1. Customer's Age:

☐ Minor (6)    ☐ 18 to 40 (10)    ☐ 41 to 50 (8)
☐ 51 to 60 (5)    ☐ 61 to 70 (2)    ☑ over 70 (0)

2. Indicate the importance of current income versus opportunity for growth:

☐ Current income is my primary concern. I am using my investments to provide my income. (0)
☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
☑ Current income is not my primary concern. My primary interest is growth. (8)

3. Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?

☐ Agree (9)
☐ Somewhat agree (6)
☐ Somewhat disagree (3)
☑ Disagree (0)

4. In your current investment portfolio, do you hold any of the following?

☐ Mutual Funds/Variable Annuities (2)
☐ Fixed Annuities (1)
☐ Individual Stocks (2)
☐ Individual Bonds (2)
☐ Very Speculative Investments (2)    *(Specify)*_____
☑ CDs/Deposit Products (0)
☐ U.S. Government Securities (1)

5. The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

After considering the following information, where would you place yourself comfortably on the risk reward chart? *(Indicate by checking box.)*



| Conservative (Lower Risk) | 0 | 2 | 4 | 6 | 8 | Aggressive (Higher Risk) |

- Need present income
- Need current liquidity
- Conservative, cannot tolerate loss of principal

- Growth more important than current income
- Moderate liquidity needs
- Can tolerate moderate to average fluctuation

- Maximum growth desired, current income not needed
- Low liquidity
- Can tolerate maximum fluctuation

Total Score and Evaluation:

| | | |
|---|---|---|
| 0-17 | ☐ Conservative | |
| 17-26 | ☐ Moderate | |
| 26 & up | ☐ Aggressive | |

Recommended Action: 1. *Lincoln National – Investor's Choice* Review
2. _____
3. _____
4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____

*Customer(s) Initial*

Notes/Comments:

|                          | Investment Products |                          |
| ------------------------ | ------------------- | ------------------------ |
| ARE NOT FDIC INSURED     | MAY LOSE VALUE      | HAVE NO BANK GUARANTEE   |

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James E. Crouch_
Customer Signature

_Sue Crouch_
Customer Signature

_Ronda Robinson_
ISR Signature

5/7/98
Date

5/7/98
Date

5/7/98
Date

**AmSouth**
Investment Services, Inc.
Member NASD & SIPC

Form No. 501602 Rev. 8/96

# LINCOLN NATIONAL LIFE INSURANCE CO.
A part of LINCOLN NATIONAL CORPORATION

## ANNUITY SERVICE REQUEST

### Contract Changes

Annuitant's Name: **James E. Crouch**

Institution/Agency: **AmSouth Bank**

Contract #: **774944**

Tax I.D.#: _____

## SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for: ☒ **Annuitant's Beneficiary**   ☐ **Owner's Beneficiary**

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

## SECTION B - NAME CHANGES

Name change for:
- ☐ Annuitant
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Legally Changed (include copy)
- ☐ Other:

Print new name: _____

Old signature: _____

New signature: _____

## SECTION C - ADD/CHANGE OWNER

To be added/changed:
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Court Ordered (include copy)
- ☐ Change to a Trust

Name: _____

The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

## SECTION D - ADDRESS CHANGE

New mailing address:

Street: _____

City: _____

State, Zip: _____

Effective date of change: _____

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

## SECTION E - LOST CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: _____

Address: _____

City, State, Zip: _____

If the original contract is found, it should be returned to Lincoln National immediately.

## SECTION F - OTHER REQUEST

## SECTION G - SIGNATURE

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at **Wetumpka, AL** on the **4** day of **April**, 19 **2000**.

Owner: **James E. Crouch**

Joint Owner: **Sue Crouch**

Agent/Witness: **Ronda Robinson**

Agent/Witness: **Ronda Robinson**

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095   LN-3110 (8/95)

# Lincoln
**Financial Group**
Lincoln Life

**ANNUI**   **CLAIMANT'S STATEMENT**
**STANDARD**

In furnishing this or other claim forms for the convenience of a Claimant, the Company does not admit any liability or waive any of its rights. Each Claimant must submit his or her own Claimant's Statement.

| **SECTION 1** | |
|---|---|
| **General Information** (Please type or print) | Name of Deceased: _James E. Crouch_   Contract No.: _774944_ |
| | ☐ **Declaration of Lost Contract:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed. |

---

**SECTION 2**
**Claimant Information**

Name: _Sue Crouch_

(If a Trust, list complete name of Trust and name of Trustee(s). If an Estate, list name of Estate and name of Executor(s) or Administrator(s).)

Soc. Sec. No. _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_   **OR**   Tax Identification No.: _____ (for Trusts or Estates)

Date of Birth _10/13/23_   ☐ Male ☒ Female   Relationship to Deceased: _Spouse_

Claimant's Resident Address: _360 Old 231 N._
_Wetumpka, AL 36092_

Phone Number: _334-567-0183_

---

**SECTION 3**
**Settlement Options**
(Select only ONE)

Please read the Annuity Death Claim Settlement Options and Instructions before proceeding.

☐ A. Assume Ownership (spousal beneficiary only). Please also complete Section 5 of this form.

☐ B. Annuity Payment Option. Provide illustration for: ☐ Non-Life Option: # of Years _____

☐ Life Option:   # of Years _____

\* Option B must be elected and recorded within sixty days of the date of death.

☐ C. Deferral (up to 5 years from the date of death). Please also complete Section 5 of this form.

☒ D. Single Sum Distribution

---

**SECTION 4**
**How Funds Are To Be Distributed**

☐ Regular Mail

☒ Overnight Mail (Not available to a P.O. Box.) Street Address must be included.

• There may be a fee for overnight service.

Send Proceeds to: (Complete if different than Address in Section 2)
_AmSouth Bank - Attention: Ronda Robinson_
_743 S. Main St._
_Wetumpka, AL 36092_

---

14792LN- (02/01)   Administrative Office:   10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900

# ☐ Lincoln
**Financial Group**
Lincoln Life

# ANNUITY SERVICE REQUEST
## Cash Transactions

Annuitant's Name: _James E. Crouch_

Owner's Name: _James E. Crouch_

Joint Owner's Name: _Sue Crouch_

Phone Number:(_334_)_567-0183_

Contract #: _774944_

Owner's SS # or Tax ID #: _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_

Joint Owner's SS #/Tax ID #: _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_

**INSTRUCTIONS: Complete Section 1 OR 2. Sections 3, 5, 6 and 7 must always be completed.**

| SECTION 1 - PARTIAL WITHDRAWAL | SECTION 2 - REFUND/CASH SURRENDER |
|---|---|
| I request a withdrawal be made from the Account Value of my annuity contract as specified below. I understand that if this amount exceeds the free withdrawal provision allowed in the contract, there may be a withdrawal charge that is deducted from the remaining Account Value.<br><br>☐ Amount equal to $ _____<br>☐ 10% of Account Value<br>☐ Cumulative Interest<br>☐ Other _____<br><br>Withdrawals must be at least $100. If any withdrawal would reduce the Account Value to less than $300, Lincoln Life may redeem the contract for the surrender value. | ☒ I hereby request immediate cancellation of the Lincoln Life annuity contract. Please forward the Surrender Value proceeds as indicated in Section 3.<br><br>Reason for Refund/Surrender:<br>☐ Moving funds back to a bank product<br>☐ Transferring to another investment product<br>☐ Personal/Financial needs<br>☐ Misunderstood or dissatisfied with product<br>☒ Other _death of annuitant_<br>- - - - - - - - - - - - - - - - - - - - - - - - - - -<br>☐ Contract is attached<br>☐ **DECLARATION OF LOST CONTRACT:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed. |

| SECTION 3 - HOW FUNDS ARE TO BE DISTRIBUTED | |
|---|---|
| ☐ Send check:<br><br>☐ Regular Mail<br>☐ Overnight Mail (Not available to a P.O. Box)<br>Street address must be included.<br>There may be a fee for this service.<br><br>Mail to: _____<br>_____<br>_____<br><br>☐ Check this box to change address of record<br>as listed above. | ☐ Wire Transfer funds as follows:<br>Please attach a void check or deposit slip for the bank account listed below. Wire Transfers are only available to a Contract Owner's account.<br><br>Name of Bank: _____<br>City, State: _____<br>Name on Account: _____<br>Routing Number: _____<br>Account Number: _____<br>There may be a fee for this service. Lincoln Life is not responsible for charges imposed by the receiving bank to accept these funds. |

| SECTION 4 - SPECIAL INSTRUCTIONS/COMMENTS |
|---|
|  |

_3/7/01 - Death claim mailed on March 5, 2001_

Please complete Sections 5, 6 and 7 on the other side.

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (800) 248-6301

LN-5062AA (2/99)

Memo to the file of James E. Crouch.

July 6, 2001

Received a phone call today from James Crouch. He inquired about annuities and said that he wanted an account where he could name his beneficiary and under no circumstances could it be removed. Meaning that no one could cohearse him into signing if he mentally or physically wasn't able. I explained that annuities were flexible in the fact that you can specify information. A contract written like that would list him as owner and annuitant with ex. his daughter as beneficiary.

He went on to say that I did an annuity for his father...I told him that I could not release that information one way or the other. He said he had the paperwork in front of him.

In reviewing the file, I feel that he was fishing for information to see if beneficiaries could be changed. I specifically remember The Crouch's purchasing a $100,000.00 cashiers check to give to this son of theirs. Seems after that they decided to remove him from the contract as beneficiary.

**Ellison Funeral Home**
**Wetumpka, AL  334-567-7880**
**Tim Ellison     Ken Hammock**

CROUCH, Mr. James Earl, age 72, a resident of Wetumpka, AL, died on Wednesday, February 14, 2001 at Jackson Hospital in Montgomery. Funeral services will be held on Saturday, February 17, 2001 at 1:00 p.m. from the Ellison Funeral Home Chapel with the Rev. Art Long officiating and Ellison Funeral Home of Wetumpka directing. Burial will follow the services at Pine View Memorial Gardens. Mr. Crouch is survived by his loving wife of 47 years, Mrs. Sue Parrott Crouch of Wetumpka, AL; two sons, James Edward Crouch of Mississippi and Wayne Crouch of Montgomery, AL; three step-sons, Jerry Shaddix of Opelika, AL, Charles Shaddix of Montgomery, AL, and David Shaddix of Tennessee; two daughters, Barbara Middleton of AL and Brenda Cobb of Montgomery, AL; one step-daughter, Glenda Krontol of Florida; one brother, John Crouch of Dadeville, AL; three sisters, Alice Tease of Dadeville, AL, Rosie Wall of Eclectic, AL, and Frances Williams of AL; 20 grandchildren and 23 great-grandchildren. The family will receive friends from the Ellison Funeral Home on Friday, February 16, 2001 from 6:00 p.m. until 8:00 p.m. Mr. Crouch was employed with the State of Alabama Board of Corrections for 32 years. Twenty of those years Mr. Crouch served the Corrections system as the agricultural superintendent at the Red Eagle Honor Farm.

**Ellison Funeral Home**
**of Wetumpka Directing**