IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES E. CROUCH                                                                                    PLAINTIFFS

vs.                                                              CIVIL ACTION NO. 2:05cv45KS-JMR

AMSOUTH BANK, ET AL.                                                                  DEFENDANTS

ORDER

This cause comes before the court on the plaintiff's Motion to Remand in the above-styled cause. Rule 16.1(B)(2)(b) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi provides

> [a] motion to remand ... shall stay the attorney conference and disclosure requirements and all discovery not relevant to the remand requirements and all discovery not relevant to the remand ... issue and shall stay the parties obligation to make disclosures pending the Court's ruling on the motion."

This case is therefore stayed pursuant to the Local Rules and is assigned to the suspension track.

All matters related to the remand motion, dispositive and nondispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific remand issues to the Magistrate Judge for resolution or recommendation.

The plaintiff shall promptly notify the magistrate judge by letter of the entry of any order denying the Motion to Remand and shall submit a proposed order lifting the stay. Within fifteen (15) days of entry of the order lifting the stay, the parties shall confer as outlined in Rule 16.1(B)(1) and comply with the required deadlines. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

ORDERED, this the 24th day of June, 2005.

                                                                           s/John M. Roper, Sr.
                                                                        United States Magistrate Judge