IN THE CHANCERY COURT OF FORREST COUNTY, MISSISSIPPI

JAMES E. CROUCH                                                                PLAINTIFF

v.                              F I L E D              CAUSE NO. 02-0672-GN-W
                                    JAN 2 5 2005

AMSOUTH BANK, INA SUE CROUCH
AND JOHN AND JANE DOES 1-10        Chancery Clerk              DEFENDANTS

### AMENDED CERTIFICATE OF SERVICE

I, SHEILA H. SMALLWOOD, do certify that I have caused to be mailed, by first class

United States mail, postage prepaid, a true and correct copy of the Amended Complaint to the

following:

       Honorable Paul Delcambre
       Balch & Bingham LLP
       P. O. Box 130
       Gulfport, MS 39502

This the _____25_____ day of _____January_____, 2005.


                                    _Sheila Smallwood_
                                SHEILA H. SMALLWOOD (MB #9967)


**EXHIBIT**
1

COPY

IN THE CHANCERY COURT OF FORREST COUNTY, MISSISSIPPI

JAMES E. CROUCH                                               PLAINTIFF

v.                                            CAUSE NO. 02-0672-GN-W

AMSOUTH BANK, INA SUE CROUCH                                  DEFENDANTS
AND JOHN AND JANE DOES 1-10



FILED
COPY
FEB 1 4 2005

Chancery Clerk

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X INA SUE Crouch  ☐ Agent  ☑ Addressee |
|  | B. Received by (Printed Name)   C. Date of Delivery  Ina Sue Crouch  2-14-05 |
| 1. Article Addressed to:  Ina Sue Crouch  360 old 231 Highway  Wetumpka, AL  36092 | D. Is delivery address different from item 1?  ☐ Yes  ☐ No  If YES, enter delivery address below:  RESTRICTED DELIVERY |
|  | 3. Service Type  ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number  (Transfer from service )   7004 1350 0005 7718 5883 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0465 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 03  Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $3.50 | |
| Total Postage & Fees | $ $8.15 | 01/25/2005 |

Sent To: *Ina Sue Crouch*
Street, Apt. No.; or PO Box No. *360 Old 231 Hwy*
City, State, ZIP+4 *Wetumpka, AL 36098*

PS Form 3800, June 2002                See Reverse for Instructions

7004 1350 0005 7718 5663

## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

JAMES E. CROUCH

                                                                    PLAINTIFF

VERSUS                                    CIVIL ACTION NO. .2:05-CV-00045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                              DEFENDANTS

## DEFENDANT'S PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION

The Defendant hereby submits the Pre-Discovery Disclosure Information in the above-

styled and numbered civil action pursuant to Local Rule 26.1(A) as follows:

1.  **THE NAME, AND IF KNOWN, THE ADDRESS AND TELEPHONE NUMBER OF EACH INDIVIDUAL LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO CLAIMS ASSERTED.**

    a)   Co-Defendant, Ina Sue Crouch;

    b)   Ronda Robinson, a former employee of AmSouth Bank who was last known to be residing in Chattanoga, Tennessee.

    c)   Carol Spricht, AmSouth Investment Service, Birmingham, Alabama.

2.  **A COPY OR DESCRIPTION OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF THIS DEFENDANT THAT ARE RELEVANT TO THE CLAIMS ASSERTED.**

    a)   Annuity file provided by Lincoln National Life Insurance Company to AmSouth Investment Services (Exhibit "A"); and

    b)   Annuity file maintained by Ronda Robinson of AmSouth Investment Services (Exhibit "B").

3.  **A COMPUTATION OF DAMAGES CLAIMS, AND IDENTITY OF DOCUMENTS RELEVANT TO THE ISSUE OF DAMAGES.**

    None.

EXHIBIT

2

Respectfully submitted this the 3rd day of May, 2005.

AMSOUTH BANK

BY:    BALCH & BINGHAM LLP

BY:    _Paul J. Delcambre Jr._
      Of Counsel

Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228) 864-9900
Facsimile: (228) 864-8221

## CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr. do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi 39465

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi 39465

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, MS 39404

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 39402

This the 3rd day of May, 2005.

Paul J Delcambre Jr
Of Counsel

3

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium Deferred Fixed Annuity Application

Product Name: _Investor's Choice_

MARKET:  ☒ Non-Qualified  ☐ New IRA (Year ____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: _____

| ANNUITANT INFORMATION (Please Print) | OWNER INFORMATION |
|---|---|
| Full Name: _James E. Crouch_ | Contract Owner: _____ |
| Sex: ☒ M  ☐ F    Birthdate: _4 / 12 / 28_ | Birthdate: ___ / ___ / ___    Tax ID #: ___ - ___ - ___ |
| Soc. Sec. #: _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_  Maturity: **AGE 100** | Relationship to Annuitant: _____ |
| Primary Beneficiary: _James Edward Crouch_ | **JOINT OWNER INFORMATION** |
| | Joint Owner (if any): _Sue Crouch_ |
| Relationship: _Son_ | Birthdate: _10 / 13 / 23_  Tax ID #: _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_ |
| Contingent Beneficiary: _____ | Relationship to Owner: _Wife_ |
| | Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract. |
| Relationship: _____ | |

| MAILING ADDRESS (All policy correspondence will be sent to this address). | OWNER BENEFICIARY INFORMATION |
|---|---|
| Name: _James E. or Sue Crouch_ | Owner's Beneficiary: _____ |
| Address: _360 Old 231 N._ | |
| _Wetumpka, AL  36092_ | Relationship: _____ |
| Phone #: _(334) 567-0183_ | Note: Owner Beneficiary designations are applicable only when there is no Joint Owner. |

Replacement:  Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

**Initial Premium Deposit**  $ _250,000.00_

Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual  $_____
☐ Quarterly  ☐ Semi-Annual

Remarks:
**Principal Approved**
Signature _____
Date  MAY 12 1998

98 MAY 12 AM 8:24
AMSOUTH INVESTMENTS

Signed at _Wetumpka_ (City)    _AL_ (State)    _5/7/98_ (Date)

X _James B. Crouch_
Signature of Owner

X _Sue Crouch_
Signature of Joint Owner (If applicable)

**AGENT'S REPORT**

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been premium amount, placed on paid-up, or surrendered?

☐ Yes  ☒ No    If "yes", list company, plan, year issued.

**CHECK RECEIVED**
_5/12/98_  00
_250,000_ 00

x _Ronda Robinson_
Agent's Signature

_Ronda Robinson  #1069_
Print Agent Name & Number

Home Office Endorsement

**EXHIBIT A**

## Contract Data

| Contract Number | Sent With Confirmation |
|---|---|
| Annuitant | James E. Crouch |
| Age at Issue | 70 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

| James E. Crouch |
|---|

Joint Owner:

| Sue Crouch |
|---|

Annuitant's Beneficiary:

| As noted in application |
|---|

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of . . . . . . . . . . . . . . . . . . . . . .   6.00 %

Owner's Beneficiary:

| As noted in application (if applicable) |
|---|

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

**AmSouth** Investment Services, Inc.
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

## Complete this form and fax to the PRD at (800) 316-4009

### CLIENT INFORMATION

Account Title _James E. or Sue Crouch_    Account Number _____

Occupation(s) _Retired_    Date(s) of Birth _4/12/28 – 10/13/23_

| Estimated Annual Household Income | Estimated Federal Tax Bracket | Estimated Net Worth (Excluding home & personal property) | Estimated Cash Equivalents (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year) |
|---|---|---|---|
| ☐ $0-25,000 | ☐ 15% | ☐ $0-50,000 | ☐ $0-5,000 |
| ☐ $25,001-50,000 | ☑ 28% | ☐ $50,000-100,000 | ☐ $5,001-15,000 |
| ☑ $50,001-100,000 | ☐ 31% | ☐ $100,001-250,000 | ☐ $15,001-25,000 |
| ☐ over $100,000 | ☐ 36% | ☑ over $250,000 | ☑ over $25,000 |
| | ☐ 39.6% | | |

Investment Objective for this Purchase:
☑ Tax Savings ☐ Income ☐ Growth & Income ☐ Growth ☐ Aggressive Growth

Investment Experience:
☑ None ☐ Annuities ☐ Mutual Funds ☐ Stocks ☐ Bonds
☐ Other _____

Investment Horizon for this Purchase:
☐ Less than 1 year ☐ 1 to 4 years ☑ 5 to 9 years ☐ 10 to 14 years ☐ 15 years or longer

Overall Risk Tolerance:
☑ Conservative ☐ Moderate ☐ Aggressive

---

### PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company _Lincoln National_    Annuity Product _Investor's Choice_

Amount _250,000.00_    Surrender charge of _8_ % declining over _6_ years.

☑ Initial Investment ☐ Additional Investment    Source of Funds _CD, MM_ ☑ inside ☐ outside

**Rate Disclosures**
1) The initial rate is _6_ %, offered for one full year and includes a bonus rate of _1_ %.
2) The base rate is _5_ %. The minimum rate guaranteed is _3_ %.
3) Renewal rates may be higher or lower and will not include the bonus rate. ☑ Contract # _256308_

---

### IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.

2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

_James E. Crouch_ _5/7/98_    _Sue Crouch_ _5/7/98_
CLIENT SIGNATURE   DATE    CLIENT SIGNATURE   DATE

_Ronda Robinson #1069_ _5/7/98_    _____ MAY 12 1998
AGENT SIGNATURE/AGENT NUMBER   DATE    PRINCIPAL SIGNATURE   DATE

Form #501815
SF-cm (9-98)    ORIGINAL - ISR    YELLOW - OSI    PINK - CUSTOMER

**AmSouth**
Investment Services, Inc.
Member NASD & SIPC

# Confidential Client Profile

Name(s) _James E. or Sue Crouch_

Address _360 Old 231 N_    City _Wetumpka_    State _AL_    ZIP _36092_

Home Phone ( _334_ ) _567-0183_    Work Phone (    ) _____

What would you like to accomplish with our meeting? _____
_____
_____

What is your overall investment objective?
- ☑ Tax Savings   ☐ Income   ☐ Income with growth   ☐ Growth for the future   ☐ Aggressive Growth

What is your primary objective for the money you are considering investing today?
- ☑ Tax Savings   ☐ Income   ☐ Growth & Income
- ☐ Growth   ☐ Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
- ☐ Less than 1 year   ☐ 1 to 4 years   ☑ 5 to 9 years   ☐ 10 to 14 years   ☑ 15 years or longer

Current Banking Relationships:

| Account Type | Financial Institution | Account Balance | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/18 |

Current Investments (Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other):

| Investment | Value | Investment | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(IRA)/Pensions/401(k) _CD_ . _13,450.00_

Cash value of life insurance policies? _____    Home Equity, if any _owns home_

Do you have a current will/trust?   ☐ No   ☑ Yes   Who is the executor/successor trustee? _____

What is your gross annual income from the previous year?
- ☐ Less than $25,000   ☑ $25,001 - $50,000   ☐ $50,001 - $100,000   ☐ over $100,000

What is your marginal tax bracket? _28%_

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
- ☐ Less than $50,000   ☐ $50,001 - $100,000   ☐ $100,001 - $250,000   ☑ $250,001 - $500,000
- ☐ $500,001 - $750,000   ☐ $750,001 - $1 million   ☐ over $1 million

1. Customer's Age:

- ☐ Minor (6)
- ☐ 18 to 40 (10)
- ☐ 41 to 50 (8)
- ☐ 51 to 60 (5)
- ☐ 61 to 70 (2)
- ☑ over 70 (0)

2. Indicate the importance of current income versus opportunity for growth:

- ☐ Current income is my primary concern. I am using my investments to provide my income. (0)
- ☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
- ☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
- ☑ Current income is not my primary concern. My primary interest is growth. (8)

3. Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?

- ☐ Agree (9)
- ☐ Somewhat agree (6)
- ☐ Somewhat disagree (3)
- ☑ Disagree (0)

4. In your current investment portfolio, do you hold any of the following?

- ☐ Mutual Funds/Variable Annuities (2)
- ☐ Fixed Annuities (1)
- ☐ Individual Stocks (2)
- ☐ Individual Bonds (2)
- ☐ Very Speculative Investments (2)    *(Specify)*_____
- ☑ CDs/Deposit Products (0)
- ☐ U.S. Government Securities (1)

5. The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

After considering the following information, where would you place yourself comfortably on the risk reward chart? *(Indicate by checking box.)*



| Conservative (Lower Risk) | **0** | **2** | **4** | **6** | **8** | Aggressive (Higher Risk) |
|---|---|---|---|---|---|---|

- • Need present income
- • Need current liquidity
- • Conservative, cannot tolerate loss of principal

- • Growth more important than current income
- • Moderate liquidity needs
- • Can tolerate moderate to average fluctuation

- • Maximum growth desired, current income not needed
- • Low liquidity
- • Can tolerate maximum fluctuation

Recommended Action: 1. _Lincoln National  —  Investor's Choice_ Review_____
                 2. _____
                 3. _____
                 4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____
                                                                 *Customer(s) Initial*

Notes/Comments:

### Investment Products

| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |
|---|---|---|

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James E. Crouch_ _____      _5/7/98_
Customer Signature                                      Date

_Sue Crouch_ _____      _5/7/98_
Customer Signature                                      Date

_Konda Robinson_ _____      _5/7/98_
ISR Signature                                           Date

Form No. 501602 Rev 8/96

## LINCOLN NATIONAL LIFE INSURANCE COMPANY

**PREMIUM RECEIPT**

**ANNUITY**

- ☒ New Application
- ☐ Addition
- ☐ Non-Qualified
- ☐ Qualified

1801 South Meyers Road
Oakbrook Terrace, IL 60181-5242

DEPOSIT DATE _5/7/98_

CONTRACT NUMBER/SS# _LN 256308 / SS 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_

CUSTOMER NAME _James E. or Sue Crouch_

CUSTOMER ADDRESS _360 Old 231 N_

CITY _Wetumpka_    STATE _AL_    ZIP _36092_

AGENT _Ronda Robinson_

2 WHITE COPIES - INSURANCE COMPANY   YELLOW COPY - CUSTOMER   PINK COPY - AGENCY

**AMSOUTH BANK    BIRMINGHAM, AL 35288**

Note: All premium receipts must be encoded with teller validation to verify amount being placed into account.

| | | |
|---|---|---|
| CASH | | |
| CHECKS | 250,000 | 00 |
| | FD05-08-1998 04:01P #00034<br>AL00124     #03<br>BA00459593 | |
| TOTAL | $ 250,000 | 00 |

**00459593**

**Account #**

**437**

**Agency ID**

$250,000.00

# LINCOLN NATIONAL LIFE INSURANCE COMPANY

## PREMIUM RECEIPT

1801 South Meyers Road
Oakbrook Terrace, IL 60181-5242

### ANNUITY

☒ New Application      ☐ Non-Qualified
☐ Addition             ☐ Qualified

DEPOSIT DATE _5/7/98_

CONTRACT NUMBER/SS# _LN256308 / 53423-26-2250_

CUSTOMER NAME _James E. or Sue Crouch_

CUSTOMER ADDRESS _360 Old 231 N_

CITY _Wetumpka_ STATE _AL_ ZIP _36092_

AGENT _Konda Robinson_

2 WHITE COPIES - INSURANCE COMPANY   YELLOW COPY - CUSTOMER   PINK COPY - AGENCY

**AMSOUTH BANK     BIRMINGHAM, AL 35288**

Note: All premium receipts must be encoded with teller validation to verify amount being placed into account.

| | | Account # 00459593 |
|---|---|---|
| CASH | | |
| CHECKS | 250,000.00 | |
| | | |
| | | 437 |
| | PT05-08-1998 01:01P #00034 | Agency ID |
| | AL00124      #03 | |
| | LN00459593 | $250,000.00 |
| TOTAL | $250,000.00 | |

# LINCOLN NATIONAL LIFE INSURANCE CO.

A part of LINCOLN NATIONAL CORPORATION

## ANNUAL SERVICE REQUEST

### Contract Changes

Annuitant's Name: _James E. Crouch_    Contract #: _774944_

Institution/Agency: _AmSouth Bank_    Tax I.D.#: _____

## SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:  ☒ Annuitant's Beneficiary    ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

## SECTION B - NAME CHANGES    SECTION C - ADD/CHANGE OWNER

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other:

Print new name: _____
Old signature: _____
New signature: _____

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: _____
The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

## SECTION D - ADDRESS CHANGE    SECTION E - DUPLICATE CONTRACT

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____
An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:
Name: _____
Address: _____
City, State, Zip: _____
If the original contract is found, it should be returned to Lincoln National immediately.

## SECTION F - OTHER REQUESTS

## SECTION G - SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at _Wetumpka, AL_    on the _4_ day of _April_   _2000_.

Owner: _James E. Crouch_    Agent/Witness: _Ronda Robinson_

Joint Owner: _Sue Crouch_    Agent/Witness: _Ronda Robinson_

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095    LN-3110 (8/95)

**Ï LINCOLN**

**Financial Group**

Lincoln Life

MAY 16, 2000

JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092

Re: Contract 774944          Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

This letter is in response to your recent request for service on
the above referenced annuity contract.

We have updated our records to reflect your new beneficiary
designation(s) as shown on the enclosed copy of your request.

If you have any questions regarding this information or need
additional assistance, please contact your local representative
or our Annuity Client Service Department at (800) 248-6301,
extension 7399.  Thank you for the opportunity to be of service.


Sincerely,


General Service Representative

Enclosure

cc:  AMSOUTH INVESTMENT SERVICE                    LN437PAB7010

---

## INITIAL ANNUITY CLAIM NOTIFICATION

**CALL TAKEN BY:** _Jenni_  **DATE AND TIME:** _2-20-01_

**NAME OF CALLER:** _Rhonda_  **PHONE #:** _____

**RELATIONSHIP OF CALLER TO DECEASED:** _agent_

**ANNUITY CONTRACT #'S:** _774944_

**ON SIP? YES** ☐ **NO** ☒  **FILE OUT TO:** _Sharon @ Law 9-29-00_

### INFORMATION ON DECEASED

**NAME:** _James Crouch_  (A) ✓ , (O) ✓ , (JO) _____

**DATE(S) OF DEATH:** _2-14-01_

*The Date(s) of Death is essential to meet State specific requirements.*
*If more than one death has occurred (e.g. - A & JO), both dates are needed.*

### MAILING INSTRUCTIONS

**NAME:** _Rhonda Robinson_ **ADDRESS:** _AmSouth Bank_
_743 S Main St_
_Wetumpka    AL  36092_

**PHONE #:** _334-240-8469_

### SPECIAL INSTRUCTIONS

_____
_____
_____
_____
_____

Claim tips:

*Exceptions to the following items should be referred to Claims for review and a return phone call by the Claims Unit*

1) A certified death certificate (not a photocopy) is required to be maintained in our records.
2) Proper claim forms need to be completed in full.
3) Claim requirements will be provided in writing within approximately three to five business days.

CLMNTFY (8/20/96)



**Lincoln**
**Financial Group**
Lincoln Life

March 5, 2001

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE:    Annuity Contract # 774944
       Claim Request For: James E Crouch

Dear Ms. Robinson:

We are writing in response to your recent telephone call, advising us of the death of
James E Crouch.

As the spouse and beneficiary, Sue Crouch is granted a special option which permits her
to convert this contract to her name.  The contract would continue with its original
schedule and she would not experience any taxation due to the conversion.  Future
withdrawals, which may be taxable, will be free of Surrender Charges.

She also has the option of taking a payout on the contract.  Which ever option she should
choose, we would need to receive the following items:

1)    Completed Claimant's Statement (form enclosed).
2)    Certified death certificate (not a photocopy).

Please note, if she takes a payout on the contract, we will also need to receive the
original contract or Section 1 of the Claimant's Statement completed confirming
that the contract is lost.

Once we receive and record the required items, and allowing for mail time, the check
and/or confirmation of the settlement option should be received within approximately three
weeks.  Please be sure to forward these requirements to prevent any processing delays.
A return envelope is enclosed for your convenience.

We look forward to the opportunity to be of service to you.  If you have any questions, I
can be reached toll-free at 1-800-248-6301, extension 8370.

Sincerely,

Patricia Taylor

Patricia Taylor
Annuity Claims Representative

# Confirmation Report - Memory Send

Time : Mar-12-2001 12:30pm
Tel line : +8474663105
Name :

| | | |
|---|---|---|
| Job number | ; | 268 |
| Date | : | Mar-12 12:27pm |
| To | : | 913345675710 |
| Document pages | : | 005 |
| Start time | : | Mar-12 12:27pm |
| End time | : | Mar-12 12:30pm |
| Pages sent | : | 005 |
| Status | : | OK |

Job number    : 268                    *** SEND SUCCESSFUL ***

## Lincoln
### Financial Group
Lincoln Life

March 5, 2001

Administrative Office
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 402-4700

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE:   Annuity Contract # 774944
      Claim Request For: James E Crouch

Dear Ms. Robinson:

We are writing in response to your recent telephone call, advising us of the death of James E Crouch.

As the spouse and beneficiary, Sue Crouch is granted a special option which permits her to convert this contract to her name. The contract would continue with its original schedule and she would not experience any taxation due to the conversion. Future withdrawals, which may be taxable, will be free of Surrender Charges.

She also has the option of taking a payout on the contract. Which ever option she should choose, we would need to receive the following items:

1)   Completed Claimant's Statement (form enclosed).
2)   Certified death certificate (not a photocopy).

Please note. If she takes a payout on the contract, we will also need to receive the original contract or Section 7 of the Claimant's Statement completed confirming that the contract is lost.

Once we receive and record the required items, and allowing for mail time, the check and/or confirmation of the settlement option should be received within approximately three weeks. Please be sure to forward these requirements to prevent any processing delays. A return envelope is enclosed for your convenience.

We look forward to the opportunity to be of service to you. If you have any questions, I can be reached toll-free at 1-800-746-9301, extension 8370.

Sincerely,

Patricia Taylor

Patricia Taylor
Annuity Claims Representative

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Product Name: _Investor's Choice_

MARKET: ☒ Non-Qualified   ☐ New IRA (Year _____)   ☐ IRA Transfer   ☐ IRA Rollover   ☐ Other: _____

| ANNUITANT INFORMATION (Please Print) | OWNER INFORMATION |
|---|---|
| Full Name: _James F. Crouch_ | Contract Owner: _____ |
| Sex: ☒ M  ☐ F   Birthdate: _4/12/28_ | Birthdate: _/ /_  Tax ID #: _____ |
| Soc. Sec. #: _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_ Maturity: **AGE 100** | Relationship to Annuitant: _____ |
| Primary Beneficiary: _James Edward Crouch_ | JOINT OWNER INFORMATION |
| | Joint Owner (if any): _Sue Crouch_ |
| Relationship: _Son_ | Birthdate: _10/13/23_ Tax ID #: _422-26-9_ |
| Contingent Beneficiary: _____ | Relationship to Owner: _Wife_ |

Note: Joint Owners have equal rights under the contract. Upon a non-annu Owner's death, Surrender Value proceeds will be paid to any survi Owner as beneficiary. Only spousal beneficiaries may continue the cont

Relationship: _____

| MAILING ADDRESS (All policy correspondence will be sent to this address). | OWNER BENEFICIARY INFORMATION |
|---|---|
| Name: _James F. or Sue Crouch_ | Owner's Beneficiary: _____ |
| Address: _360 Old 231 N._ | |
| _Wetumpka, AL 36092_ | Relationship: _____ |
| Phone #: _(334) 567-0183_ | Note: Owner Beneficiary designations are applicable only when there i Joint Owner. |

Replacement:  Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

Remarks:

Initial Premium Deposit   $_250,000.00_

Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual   $_____
☐ Quarterly  ☐ Semi-Annual

Signed at _Wetumpka_ _City_     _AL_ _State_     _5/7/98_ _Date_

X _James F. Crouch_
Signature of Owner

X _Sue Crouch_
Signature of Joint Owner (If applicable)

**AGENT'S REPORT**

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insura Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced premium amount, placed on paid-up, or surrendered?

☐ Yes  ☒ No   If "yes", list company, plan, year issued.

X _Ronda Robinson_
Agent's Signature

_Ronda Robinson_ #_1069_
Print Agent Name & Number

Home Office Endorsement

Form LN-1799 (12/90).    Administrative Office:  1801 South Meyers Road. • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095

# ALABAMA
## CERTIFICATE OF DEATH

101

| 1. DECEASED—NAME First | Middle | Last (Type and name as adjacent) | 2. DATE OF DEATH (Month, Day, Year) | 3. COUNTY OF DEATH |
|---|---|---|---|---|
| James | Earl | CROUCH | February 14, 2001 | Montgomery |

| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | 4a. INSIDE CITY LIMITS (Specify Yes or No) | 4b. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION—(Name in either, give street and number) |
|---|---|---|
| Montgomery, Alabama 36106 | Yes | Jackson Hospital |

| 5. IF HOSPITAL (Specify Inpatient, ER or Outpatient, DOA) | 8. OF HISPANIC ORIGIN (Specify Yes or No. If Yes, Specify Cuban, Mexican, Puerto Rican, etc.) | 9. RACE—(Specify American Indian, Black, White, etc.) | 10. SEX |
|---|---|---|---|
| Inpatient | No | White | Male |

| 11. AGE | 12. UNDER 1 YEAR | | UNDER 1 DAY | | 13. DATE OF BIRTH (Month, Day, Year) | 14. DECEASED'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|
| 72 Yrs. | MOS. | DAYS | HOURS | MINS. | April 12, 1928 | 7423-26-2050 |

| 17. EDUCATION (Specify Only highest grade completed) Elementary or High School (0-12) 12   College (1-4 or 5+) | 16. MARITAL STATUS (Specify Married, Never Married, Widowed, Divorced) Married | 17. SURVIVING SPOUSE (If wife, give maiden name) Sue Parrott | 18. Was Decedent ever in Armed Forces? No |
|---|---|---|---|

| 19. STATE OF BIRTH (If not in USA, name country) | 20. RESIDENCE—STATE | 21. COUNTY | 22. CITY, TOWN, OR LOCATION AND ZIP CODE |
|---|---|---|---|
| Alabama | Alabama | Elmore | Wetumpka, Alabama 36092 |

| 23. INSIDE CITY LIMITS (Specify Yes or No) | 24. STREET AND NUMBER | 25. INFORMANT—Name and Address |
|---|---|---|
| | 360 Old 231 Highway | Mrs. Sue P. Crouch    360 Old 231 Highway    Wetumpka, Alabama 36092 |

| 26. USUAL OCCUPATION (Give kind of work done during most of working life even if retired) | 27. KIND OF BUSINESS OR INDUSTRY |
|---|---|
| Prison Assistant | State of Alabama Correctional System |

| 28. FATHER—NAME First | Middle | Last | 29. MAIDEN NAME OF MOTHER First | Middle | Last |
|---|---|---|---|---|---|
| James | Harry | Crouch | Louvina | | Nelson |

| 30. DISPOSITION OF BODY (Specify Burial, Cremation, Removal, Donation, Hospital Disposal, Other) | 31. DATE OF DISPOSITION (Month, Day, Year) | 32. CEMETERY OR CREMATORY—Name | 33. LOCATION—(City or Town—State) |
|---|---|---|---|
| Burial | Feb. 17, 2001 | Pine View Memorial Gardens | Wetumpka, Alabama 36092 |

| 34. FUNERAL HOME—Name and Address | 35. FUNERAL DIRECTOR—Signature | 36. DATE SIGNED (Month, Day, Year) |
|---|---|---|
| Ellison Funeral Home    P.O. Box 436   Wetumpka, Alabama 36092 | Kenny Hammack | Feb. 19, 2001 |

| 37. X Certifying Physician (Physician certifies cause of death) "To the best of my knowledge, death occurred at the time, date and due to the cause(s) and manner stated." | 38. DATE SIGNED (Month, Day, Year) |
|---|---|
| Medical Examiner    Coroner (On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, place, and due to the cause(s) and manner stated) Signature: | 3/4/2001 |

| 39. TIME AND DATE OF DEATH | 40. DATE AND TIME PRONOUNCED DEAD (For Coroner/M.E. use only) | 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 46) |
|---|---|---|
| 12:31 pm  3/4/2001 | | Engle XIONGYING CHEN |

| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (Item 46) | 43. CERTIFIER LICENSE NUMBER |
|---|---|
| 1725 Pine Street, Montgomery AL. 36106 | AL 22798 |

| 44. REGISTRAR—Signature | 45. DATE FILED (Month, Day, Year) |
|---|---|
| Brenda Davis | Feb. 22, 2001 |

For State or County use only

## MEDICAL CERTIFICATION

| 46. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE. | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) → respiratory failure    DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST   Lung mass    DUE TO (OR AS A CONSEQUENCE OF):    NPH    DUE TO (OR AS A CONSEQUENCE OF): | |

| 47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I. | 48. WAS THERE A PREGNANCY IN LAST 42 DAYS? (specify Yes or No) |
|---|---|
| | |

| 49. MANNER OF DEATH (Specify Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Causes) | 50. AUTOPSY (Specify Yes or No) | 51. If yes, were findings considered in determining cause of death? (Specify Yes or No) |
|---|---|---|
| | | |

| 52. HOW INJURY OCCURRED (Enter nature of injury in Item 46, Part I or Item 47 Part II) | 53. DATE OF INJURY (Month, Day, Year) | 54. HOUR OF INJURY |
|---|---|---|
| | | |

| 55. INJURY AT WORK (Specify Yes or No) | 56. PLACE OF INJURY—(Specify at home, farm, street, factory, office building, etc.) | 57. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) |
|---|---|---|
| | | |

This is a legal record and must be filed within five (5) days after death.

ADPH-H3 2/Rev.

This is a true and exact copy of the record on file with the Montgomery County Health Department

Brenda Davis
Signature of Local or Deputy Registrar

Feb. 22, 2001
Date of Issue

**LINCOLN**
**Financial Group**
Lincoln Life                                                         **STANDARD**

In furnishing this or other claim forms for the convenience of a Claimant, the Company does not admit any liability or waive any of its rights. Each Claimant must submit his or her own Claimant's Statement.

| **SECTION 1** **General Information** (Please type or print) | Name of Deceased: _James E. Crouch_   Contract No.: _774944_ |
|---|---|

☐ **Declaration of Lost Contract:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed.

**SECTION 2**
**Claimant**
**Information**

Name: _Sue Crouch_

(If a Trust, list complete name of Trust and name of Trustee(s). If an Estate, list name of Estate and name of Executor(s) or Administrator(s).)

Soc. Sec. No.: _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_   OR   Tax Identification No.: _____
(for Trusts or Estates)

Date of Birth _10/13/23_   ☐ Male ☒ Female   Relationship to Deceased: _Spouse_

Claimant's Resident Address: _360 Old 231 N._
_Wetumpka, AL 36092_

Phone Number: _334-567-0183_

**SECTION 3**
**Settlement Options**
(Select only ONE)

Please read the Annuity Death Claim Settlement Options and Instructions before proceeding.

☐ A. Assume Ownership (spousal beneficiary only). Please also complete Section 5 of this form.

☐ B. Annuity Payment Option. Provide illustration for: ☐ Non-Life Option: # of Years _____
☐ Life Option: # of Years _____

* Option B must be elected and recorded within sixty days of the date of death.

☐ C. Deferral (up to 5 years from the date of death). Please also complete Section 5 of this form.

☒ D. Single Sum Distribution

**SECTION 4**
**How Funds Are To**
**Be Distributed**

☐ Regular Mail

☒ Overnight Mail (Not available to a P.O. Box.) Street Address must be included.

• There may be a fee for overnight service.

Send Proceeds to: (Complete if different than Address in Section 2)
_AmSouth Bank - Attention: Ronda Robinson_
_743 S. Main St._
_Wetumpka, AL 36092_

| 1792LN- (02/01) | Administrative Office:    10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900 |
|---|---|

AMSOUTH INVESTMENTS          205 560 7087      10/21 '02 11:30 NO.964  10/16

OCT-21-02  12:19      FROM-CUSTOMER SP^  CSC    Document 19-2   +8474663111  Filed 06/29/2005   Page 23 of 43
Case 2:06-cv-00111-MEF-CSC     Document 19-2

| SECTION 5 | Primary | Cont  ıt | Name | | Percentage | Relationship |
|---|---|---|---|---|---|---|
| **Claimant's** | ☐ | ☐ | _____ | | _____ | _____ |
| **Beneficiary** | ☐ | ☐ | _____ | | _____ | _____ |
| **Designation(s)** | ☐ | ☐ | _____ | | _____ | _____ |
| (Only applies if Option A or C is selected in Section 3) | ☐ | ☐ | _____ | | _____ | _____ |

**SECTION 6**
**Tax Withholding**

Income tax Withholding Notice and Election for Nonperiodic Distributions from Annuity Contracts – I understand that the taxable portion of this withdrawal will be subject to 10% Federal tax withholding unless I ele not to have withholding apply. I may elect not to have tax withheld from my distribution by checking Box # below, signing and dating this election, and returning it to Lincoln Life prior to the date the distribution is paid me. (However, Lincoln Life must have my correct social security number in order for me to elect out withholding.) If I do not check Box #1 below, 10% Federal income tax will be withheld from the taxable portic of my withdrawal. I may elect to have a percentage greater than 10% withheld by checking Box #2 belo and filling in the percentage of tax to be withheld. My distribution may also be subject to state tax withholdir requirements.

If I elect not to have withholding apply to my withdrawal, or if I do not have enough Federal income tax withhel I may be responsible for payment of estimated tax. I may incur penalties under the estimated tax rules if n withholding and estimated tax payment are not sufficient.

**Tax Withholding Election** – Even if I elect not to have Federal income tax withheld, I am liable for payment Federal income tax on the taxable portion of my withdrawal. I also may be subject to tax penalties under tl estimated tax payment rules if my payments of estimated tax and withholding, if any are not adequate. (Plea check only one box. If neither Box #1 nor Box #2 has been checked, 10% Federal income tax is required be withheld from this withdrawal).

1.  ☒  I do not want to have Federal income tax withheld from my withdrawal.

2.  ☐  Please withhold ____% Federal taxes from the taxable portion of my
           ✓ withdrawal (this amount must be at least 10%) and
           ____% State taxes from the taxable amount of my withdrawal (If request meets
           state requirements).

**SECTION 7**
**Certification**

Under penalties of perjury, I certify that:

1.  The number shown in Section 2 on this form is my correct taxpayer identification number (or I am waitir for a number to be issued to me), and

2.  I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have n been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backu withholding.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you a currently subject to backup withholding because you failed to report all interest and dividends on your tax return.

"Any person who submits an application or files a claim with intent to defraud or helps commit a frau against an insurer, as determined by a court of competent jurisdiction, is guilty of a crime."

Claimant's Signature: _Sue Crouch_     Date: _3/13/01_

Witness Signature: _Ronda Robinson_     Date: _3/13/01_

14792LN- (02/01)          Administrative Office:    10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900



*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

**SUE CROUCH**
360 OLD 231 N
WETUMPKA AL 36092

RE:    Annuity Contract # 774944
       Claim Request For: James E Crouch

Dear Mrs. Crouch:

Based on the information submitted, we have completed the claim processing for the annuity contract referenced above. Enclosed please find our company check as payment of claim proceeds in the amount of $290,487.96.

Lincoln National Life will mail an IRS Form 1099R by the end of January of next year to the address on this letter. However, the following information is provided for your records to assist with any income tax reporting:

| | |
|---|---|
| Payee: | Sue Crouch |
| Tax Identification #: | 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 |
| Total Payment: | $290,487.96 |
| Taxable Gain: | $40,487.96 |
| Federal Tax Withheld: | $0.00 |
| State Tax Withheld: | $0.00 |

If you have any questions, or need additional information, please do not hesitate to contact your local annuity representative or me directly at (800)248-6301, ext. 8370.

We look forward to an opportunity to provide you with other insurance and investment products in the future.

Sincerely,

Patricia Taylor

Patricia Taylor
Annuity Claims Representative

Case 2:06-cv-00111-MHT-CSC Document 19-2 Filed 06/29/2005 Page 25 of 43



**Lincoln**
**Financial Group**
Lincoln Life

March 22, 2001

Administrative Office
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE: Annuity Contract # 774944
Claim Request For: **James E Crouch**

Dear Ms. Robinson:

As requested, enclosed please find our company check for proceeds due under the above contract.

Please deliver the payment to the beneficiary. Be sure to have the check endorsed by the beneficiary to ensure clearance by our bank. If you have any questions or need additional information regarding this case please call me at 1-800-248-6301, extension 8370.

Sincerely,

Patricia Taylor
Annuity Claims Representative

Mr. Ron Sylvanden
Lincoln Financial Group
P.O. Box 4170
Schaumburg, Il. 60168-4172

RE: Contract #774944
    James Earl Crouch SSN: 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

In Approx. May of 1998 my father, James Earl Crouch, called me to let me know
that he had purchased an Annunity from Lincoln Financial Group at Am South
Bank in Wetumpka, Al. for the amount of $250,000.00, He told me that I, (James
Edward Crouch) was the beneficiary.  My father died 14 Feb. 2001 and my
mother, Ina Sue Crouch told me that I was not the beneficiary, even though she
was the one that called me the day my father told me that I was. I have now
received a call telling me that I was the original beneficiary and it had been
changed without my fathers knowledge.  It is alledged the the document for the
change does not bear his signature. My father and I were on good terms and if
he had changed it for some reason he would have told me.  I would like to know
the following things:
1. Was I the beneficiary of the 1998 annuity?
2. Will you please provide me copies of all the annunities?
3. What will Lincoln Financial Group do to investigate this?
4. If, after investigation you find things to be questionable what will you do
to settle this?


Thank you for your prompt attention in this matter. If you would like to talk
with me my number is:
601-758-4323

James Edward Crouch
46 Bob Graham Rd.
Sumrall, MS 39482

## Contract Data

| | |
|---|---|
| Contract Number | Sent With Confirmation |
| Annuitant | James E. Crouch |
| Age at Issue | 40 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of . . . . . . . . . . . . . . . . . . . . . .  6.00 %

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

**AmSOUTH** Investment Services, Inc.
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

## Complete this form and fax to the PRD at (800) 316-4009

### CLIENT INFORMATION

Account Title **James E. or Sue Crouch**          Account Number _____

Occupation(s) **Retired**          Date(s) of Birth **4/12/28 – 10/13/23**

| Estimated Annual Household Income | Estimated Federal Tax Bracket | Estimated Net Worth (Excluding home & personal property) | Estimated Cash Equivalents (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year) |
|---|---|---|---|
| ☐ $0-25,000 | ☐ 15% | ☐ $0-50,000 | ☐ $0-5,000 |
| ☐ $25,001-50,000 | ☑ 28% | ☐ $50,001-100,000 | ☐ $5,001-15,000 |
| ☑ $50,001-100,000 | ☐ 31% | ☐ $100,001-250,000 | ☐ $15,001-25,000 |
| ☐ over $100,000 | ☐ 36% | ☑ over $250,000 | ☑ over $25,000 |
| | ☐ 39.6% | | |

Investment Objective for this Purchase:
☑ Tax Savings      ☐ Income      ☐ Growth & Income      ☐ Growth      ☐ Aggressive Growth

Investment Experience:
☑ None      ☐ Annuities      ☐ Mutual Funds      ☐ Stocks      ☐ Bonds
☐ Other _____

Investment Horizon for this Purchase:
☐ Less than 1 year      ☐ 1 to 4 years      ☑ 5 to 9 years      ☐ 10 to 14 years      ☐ 15 years or longer

Overall Risk Tolerance:
☑ Conservative      ☐ Moderate      ☐ Aggressive

### PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company **Lincoln National**      Annuity Product **Investor's Choice**

Amount **250,000.00**      Surrender charge of **8** % declining over **6** years.

☑ Initial Investment      ☐ Additional Investment      Source of Funds **CD; MM**      ☑ inside      ☐ outside

Rate Disclosures
1) The initial rate is **6** %, offered for one full year and includes a bonus rate of **1** %.
2) The base rate is **5** %. The minimum rate guaranteed is **3** %.
3) Renewal rates may be higher or lower and will not include the bonus rate.  ☑ Contract # **256308**

### IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.

2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

_James L. Crouch_ **5/7/98**          _Sue Crouch_ **5/7/98**
CLIENT SIGNATURE          DATE          CLIENT SIGNATURE          DATE

_Konda Robinson_ # **1069  5/7/98**          _____
AGENT SIGNATURE/AGENT NUMBER          DATE          PRINCIPAL SIGNATURE          DATE

Form #501815
SForm (8/96)          ORIGINAL – ISR      YELLOW – OSJ      PINK – CUSTOMER

**AMSOUTH**
Investment Services, Inc.
Member NASD & SIPC

# Confidential Client Profile

Name(s) _James E. or Sue Crouch_

Address _360 Old 231 N_  City _Wetumpka_  State _AL_  ZIP _36092_

Home Phone (_334_) _567-0183_  Work Phone (   ) _____

What would you like to accomplish with our meeting? _____
_____
_____

What is your overall investment objective?
- ☑ Tax Savings
- ☐ Income
- ☐ Income with growth
- ☐ Growth for the future
- ☐ Aggressive Growth

What is your primary objective for the money you are considering investing today?
- ☑ Tax Savings
- ☐ Income
- ☐ Growth & Income
- ☐ Growth
- ☐ Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
- ☐ Less than 1 year
- ☐ 1 to 4 years
- ☑ 5 to 9 years
- ☐ 10 to 14 years
- ☑ 15 years or longer

Current Banking Relationships:

| Account Type | Financial Institution | Account Balance | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/98 |

Current Investments *(Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other)*:

| Investment | Value | Investment | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| (IRA)/Pensions/401(k) CD | 13,450.00 | | |

Cash value of life insurance policies? _____  Home Equity, if any _owns home_

Do you have a current will/trust? ☐ No ☑ Yes  Who is the executor/successor trustee? _____

What is your gross annual income from the previous year?
- ☐ Less than $25,000
- ☑ $25,001 - $50,000
- ☐ $50,001 - $100,000
- ☐ over $100,000

What is your marginal tax bracket? _28%_ _____

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
- ☐ Less than $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $250,000
- ☑ $250,001 - $500,000
- ☐ $500,001 - $750,000
- ☐ $750,001 - $1 million
- ☐ over $1 million

1.  Customer's Age:

   ☐ Minor (6)    ☐ 18 to 40 (10)    ☐ 41 to 50 (8)
   ☐ 51 to 60 (5)   ☐ 61 to 70 (2)    ☑ over 70 (0)

2.  Indicate the importance of current income versus opportunity for growth:

   ☐ Current income is my primary concern. I am using my investments to provide my income. (0)
   ☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
   ☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
   ☑ Current income is not my primary concern. My primary interest is growth. (8)

3.  Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?

   ☐ Agree (9)
   ☐ Somewhat agree (6)
   ☐ Somewhat disagree (3)
   ☑ Disagree (0)

4.  In your current investment portfolio, do you hold any of the following?

   ☐ Mutual Funds/Variable Annuities (2)
   ☐ Fixed Annuities (1)
   ☐ Individual Stocks (2)
   ☐ Individual Bonds (2)
   ☐ Very Speculative Investments (2)   *(Specify)*_____
   ☑ CDs/Deposit Products (0)
   ☐ U.S. Government Securities (1)

5.  The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

After considering the following information, where would you place yourself comfortably on the risk reward chart? *(Indicate by checking box.)*



| Total Score and Evaluation: | | |
|---|---|---|
| 0-17 | ☐ Conservative |
| 17-26 | ☐ Moderate |
| 26 & up | ☐ Aggressive |

Recommended Action: 1. _Lincoln National – Investor's Choice_ Review_____

2. _____

3. _____

4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____

*Customer(s) Initial*

Notes/Comments:

Investment Products

| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |
|---|---|---|

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James E. Crouch_                                        _5/7/98_
Customer Signature                                        Date

_Sue Crouch_                                             _5/7/98_
Customer Signature                                        Date

_Ronda Robinson_                                         _5/7/98_
ISR Signature                                            Date

**AMSOUTH** ®
Investment Services, Inc.
Member NASD & SIPC

Form No. 501602 Rev. 8/96

# LINCOLN NATIONAL LIFE INSURANCE CO

A part of LINCOLN NATIONAL CORPORATION

**ANNUI  SERVICE REQUEST**

## Contract Changes

Annuitant's Name: _James E. Crouch_

Contract #: _774944_

Institution/Agency: _AmSouth Bank_

Tax I.D.#: _____

---

### SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:  ☒ Annuitant's Beneficiary    ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---------|-----------|------------------|---|--------------|
| ☒ | ☐ | _Sue Crouch_ | _100_ | _Wife_ |
| ☐ | ☒ | _James Edward Crouch_ | _100_ | _Son_ |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

---

### SECTION B - NAME CHANGES

Name change for:
- ☐ Annuitant
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Legally Changed (include copy)
- ☐ Other:

Print new name: _____
Old signature: _____
New signature: _____

### SECTION C - ADD/CHANGE OWNER

To be added/changed:
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Court Ordered (include copy)
- ☐ Change to a Trust

Name: _____

The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

---

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____
An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:
Name: _____
Address: _____
City, State, Zip: _____
If the original contract is found, it should be returned to Lincoln National immediately.

---

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at _Wetumpka, AL_  on the _4_ day of _April_, 19 _2000_.

Owner: _James E. Crouch_  Agent/Witness: _Ronda Robinson_

Joint Owner: _Sue Crouch_  Agent/Witness: _Ronda Robinson_

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095    LN-3110 (8/95)

**Lincoln**
**Financial Group**
Lincoln Life

**ANNUITY CLAIMANT'S STATEMENT**
**STANDARD**

In furnishing this or other claim forms for the convenience of a Claimant, the Company does not admit any liability or waive any of its rights. Each Claimant must submit his or her own Claimant's Statement.

**SECTION 1**
**General Information**
(Please type or print)

Name of Deceased: _James E. Crouch_     Contract No.: _774944_

☐ **Declaration of Lost Contract:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed.

**SECTION 2**
**Claimant Information**

Name: _Sue Crouch_

(If a Trust, list complete name of Trust and name of Trustee(s). If an Estate, list name of Estate and name of Executor(s) or Administrator(s).)

Soc. Sec. No.: _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_   **OR**   Tax Identification No.: _____
(for Trusts or Estates)

Date of Birth _10/13/23_  ☐ Male ☒ Female  Relationship to Deceased: _Spouse_

Claimant's Resident Address: _360 Old 231 N._
_Wetumpka, AL 36092_

Phone Number: _334-567-0183_

**SECTION 3**
**Settlement Options**
(Select only ONE)

Please read the Annuity Death Claim Settlement Options and Instructions before proceeding.

☐ A. Assume Ownership (spousal beneficiary only). Please also complete Section 5 of this form.

☐ B. Annuity Payment Option. Provide illustration for: ☐ Non-Life Option: # of Years _____
☐ Life Option:   # of Years _____

\* Option B must be elected and recorded within sixty days of the date of death.

☐ C. Deferral (up to 5 years from the date of death). Please also complete Section 5 of this form.

☒ D. Single Sum Distribution

**SECTION 4**
**How Funds Are To Be Distributed**

☐ Regular Mail

☒ Overnight Mail (Not available to a P.O. Box.) Street Address must be included.

- There may be a fee for overnight service.

Send Proceeds to: (Complete if different than Address in Section 2)
_AmSouth Bank - Attention: Ronda Robinson_
_743 S. Main St._
_Wetumpka, AL 36092_

14792LN- (02/01)     Administrative Office:     10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900


**Lincoln**
Financial Group
Lincoln Life

## ANNUITY SERVICE REQUEST
### Cash Transactions

Annuitant's Name: _James E. Crouch_  Contract #: _774944_
Owner's Name: _James E. Crouch_  Owner's SS # or Tax ID #: _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_
Joint Owner's Name: _Sue Crouch_  Joint Owner's SS #/Tax ID #: _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_
Phone Number: (_334_) _567-0183_

**INSTRUCTIONS: Complete Section 1 OR 2. Sections 3, 5, 6 and 7 must always be completed.**

| SECTION 1 - PARTIAL WITHDRAWAL | SECTION 2 - REFUND/CASH SURRENDER |
|---|---|
| I request a withdrawal be made from the Account Value of my annuity contract as specified below. I understand that if this amount exceeds the free withdrawal provision allowed in the contract, there may be a withdrawal charge that is deducted from the remaining Account Value. | ☒ I hereby request immediate cancellation of the Lincoln Life annuity contract. Please forward the Surrender Value proceeds as indicated in Section 3. |
| ☐ Amount equal to $ _____ <br> ☐ 10% of Account Value <br> ☐ Cumulative Interest <br> ☐ Other _____ | Reason for Refund/Surrender: <br> ☐ Moving funds back to a bank product <br> ☐ Transferring to another investment product <br> ☐ Personal/Financial needs <br> ☐ Misunderstood or dissatisfied with product <br> ☒ Other _death of annuitant_ |
| Withdrawals must be at least $100. If any withdrawal would reduce the Account Value to less than $300, Lincoln Life may redeem the contract for the surrender value. | ☐ Contract is attached <br> ☐ **DECLARATION OF LOST CONTRACT:** I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed. |

| SECTION 3 - HOW FUNDS ARE TO BE DISTRIBUTED | |
|---|---|
| ☐ Send check: <br>    ☐ Regular Mail <br>    ☐ Overnight Mail (Not available to a P.O. Box) <br>      Street address must be included. <br>      There may be a fee for this service. <br> Mail to: _____ <br> _____ <br> _____ <br> ☐ Check this box to change address of record <br> as listed above. | ☐ Wire Transfer funds as follows: <br> Please attach a void check or deposit slip for the bank account listed below. Wire Transfers are only available to a Contract Owner's account. <br> Name of Bank: _____ <br> City, State: _____ <br> Name on Account: _____ <br> Routing Number: _____ <br> Account Number: _____ <br> There may be a fee for this service. Lincoln Life is not responsible for charges imposed by the receiving bank to accept these funds. |

| SECTION 4 - SPECIAL INSTRUCTIONS/COMMENTS |
|---|
| |

_¹/₇/01 - Death claim mailed on March 5, 2001_     Please complete Sections 5, 6 and 7 on the other side.

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (800) 348-6301     LNL593AA (3/99)

Memo to the file of James E. Crouch.

July 6, 2001

Received a phone call today from James Crouch. He inquired about annuities and said that he wanted an account where he could name his beneficiary and under no circumstances could it be removed. Meaning that no one could cohearse him into signing if he mentally or physically wasn't able. I explained that annuities were flexible in the fact that you can specify information. A contract written like that would list him as owner and annuitant with ex. his daughter as beneficiary.

He went on to say that I did an annuity for his father...I told him that I could not release that information one way or the other. He said he had the paperwork in front of him.

In reviewing the file, I feel that he was fishing for information to see if beneficiaries could be changed. I specifically remember The Crouch's purchasing a $100,000.00 cashiers check to give to this son of theirs. Seems after that they decided to remove him from the contract as beneficiary.



**Lincoln**
**Financial Group**
Lincoln Life

September 8, 2001

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

JAMES EDWARD CROUCH
46 BOB GRAHAM RD
SUMRALL MS 39482

RE:   Annuity Contract # 774944
      Claim Request For: James E. Crouch

Dear Mr. Crouch:

We are writing in response to your recent letter regarding the above annuity contract.

A review of our records indicates that you were in fact the initial beneficiary of record at the time the application was completed. However, as you are aware, there was a beneficiary change that was received by our office April 18, 2000. Due to privacy restrictions, we are unable to provide you with copies of any information pertaining to this contract. We are committed to keeping the personal information received from our potential, current and former customers confidential and secure.

Please note, our office has thoroughly reviewed our records and determined that the processing of the death claim proceeds was accurate.

If you have any questions, I can be reached at (800)248-6301, extension 8371.

Sincerely,

Ronald Sylvander
Annuity Claims, Supervisor

Mr, Burch and Ron Sylvander',
    Was I a beneficiary on an annuity or policy
for James Earl Crouch. Check Contract 774944
on James Earl Crouch SSN 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,
Also any more that he might have had
with your company, My phone Number
is 334-834-1627, Please answer as soon
as possible. Also was the beneficiary
ever changed on this policy. James Earl
Crouch was my father who died Feb
14th 2001.

                            Sincerely,
                            Brenda Mae Crouch C

AMSOUTH INVESTMENTS 1-MH205 560 7087    Document 19-2    10/21 '02 31:32 NO.36/6 316/163
OCT-21-02  12:15    FROM-CUSTOMER ST    E    +8474663111    T-111  P.16/16  F-310

Case 2:05-cv-00751-MHT-CSC    Document 19-2    Filed 08/29/2005    Page 38 of 43



**Lincoln**
Financial Group
Lincoln Life

May 24, 2002

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

BRENDA COBB
2005 YANCY AVE
MONTGOMERY AL 36107

RE:    Annuity Contract # 774944
       Claim Request For: James E. Crouch

Dear Ms. Cobb:

Thank you for your recent written inquiry regarding the above annuity contract.

Due to privacy restrictions, we are unable to provide you with specific information related to this contract. However, we can confirm that you were not the beneficiary on this contract.

If you have any questions, I can be reached at (800)450-3069, extension 8371.

Sincerely,

Ronald Sylvander
Annuity Claims, Supervisor

7/2/98 Mr. & Mrs. Crouch were in today a little
concerned about the safety of their
Annuity. Again I told them they
were insured by Lincoln. They
understand fully, that it's not FDIC.
We also talked about Beneficiaries.
They may want to make some
changes on that later.

5/22/00 - Faxing me the statement
Should be the 10th

2/2/01 - Mr. Crouch's health seems to be failing
rapidly. Mrs. Crouch is worried about
expenses if Mr. Crouch needs extended
care, I assured her that she would
be fine since she has other funds
to pull from.

3/5 - mailed death packet (Lincoln)

3/12 - faxed / Rec'd from fax & mail

3/13 - #289,983.61 @ 5.00%

Ron Sylvander
Fax 847-466-3371
Ph 1-800-248-6301 ext. 8371
    Original -
        P O Box 4170
        Schaumburg  IL  60168-4170

EXHIBIT

B

**LINCOLN NATIONAL
LIFE INSURANCE**
A part of LINCOLN NATIONAL CORPORATION

05/18/98

RONDA T. ROBINSON
C/O AMSOUTH INVESTMENT SERVICE
743 S MAIN ST    P.O. BOX 361
WETUMPKA, AL  36092

    Re: Contract # 774944    Annuitant:   JAMES E. CROUCH
                              Product:    Investors Choice

Dear RONDA:

The annuity contract noted above is now issued and recorded at
our office.

Any requirements, as noted below, should be obtained upon delivery
and returned to our office before the close out date.

| Outstanding Requirements | Close Out Date |
| --- | --- |
| NOTE: UPON THE DEATH | 07/17/98 |
| OF THE ANNUITANT, | 07/17/98 |
| ALL BENIFITS WILL | 07/17/98 |
| BE PAYABLE TO THE | 07/17/98 |
| PRIMARY BENEFICIARY | 07/17/98 |
| NOT THE JOINT OWNER | 07/17/98 |
| ALSO, THE JOINT | 07/17/98 |
| OWNER WILL NOT HAVE | 07/17/98 |
| THE OPTION OF | 07/17/98 |
| CONTINUING THE | 07/17/98 |
| CONTRACT. | 07/17/98 |

*Not what customer wanted, will decide what to do and make change later.*

Thank you for doing business with Lincoln National Life.  If
you have any questions, please contact your Operations office.

Sincerely,

*Andrea Lewis*

ANDREA L. LEWIS
New Business Services

**LINCOLN NATIONAL
LIFE INSURANCE**
A part of LINCOLN NATIONAL CORPORATION

MAY 18, 1998


JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092


Re: Contract 774944          Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

Congratulations on your recent annuity purchase.  You have joined
thousands of others in selecting this quality tax-deferred product.
Lincoln National Life and AmSouth Investment Services appreciate
your business and look forward to providing you the best of service
in years to come.

This letter confirms the issuance of your tax-deferred annuity.
Please take a moment to review and verify the information shown
on the attached Contract Data page.  If any corrections or changes
were made on the application, there may be an Amendment form
attached which requires your signature.

The original contract and these confirmation pages should be kept
with your other important investment documents.  You will receive
a statement at least annually showing all activity on your annuity
contract including interest earned.

Your initial deposit has been credited with an initial, guaranteed
annual interest rate as noted on the attached Contract Data page.
Any additional deposits will have a similar guarantee based on the
current interest rate for the month of deposit.

If you have any questions or need additional information, please
contact your representative at AmSouth Investment Services or our
Client Service Department directly at 1-800-248-6301.  We look
forward to not only providing you with a secure and profitable
investment, but also delivering quality service for years to come.

Again, thank you for your business.


Sincerely,


ANDREA L. LEWIS
New Business Representative

cc:  C/O AMSOUTH INVESTMENT SERVICE          LN437PAB7010

```
                    Lincoln National Life
                Flexible Premium Deferred Annuity

     Contract#     Issued      Maturity  Form  Rate    Taxq
      774944      05/08/98     04/12/28  INV   6.00%   N

      Initial Deposit:      250,000.00  Issue State: AL
      Billing Amount:             0.00  Billing Mode: N

     Annuitant:                     Owner(s):
    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                    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
    JAMES E. CROUCH                JAMES E. CROUCH
    Birthdate 04/12/28             SUE CROUCH
                                   360 OLD 231 N
                                   WETUMPKA AL   36092




        Institution:   AMSOUTH INVEST.     LN437001L
        Sales Rep:     ROBINSON            LN437PAB7010
```

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium Defer   Fixed Annuity Application

Product Name: _Investor's Choice_

---

**MARKET:** ☒ Non-Qualified  ☐ New IRA (Year _____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: _____

---

**ANNUITANT INFORMATION** (Please Print)

Full Name: _James F. Crouch_

Sex: ☒ M  ☐ F   Birthdate: _4 / 12 / 28_

Soc. Sec. #: _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_  Maturity: **AGE 100**

Primary Beneficiary: _James Edward Crouch_

Relationship: _Son_

Contingent Beneficiary: _____

Relationship: _____

**OWNER INFORMATION**

Contract Owner: _____

Birthdate: __ / __ / __   Tax ID #: ___-__-___

Relationship to Annuitant: _____

**JOINT OWNER INFORMATION**

Joint Owner (if any): _Sue Crouch_

Birthdate: _10 / 13 / 23_  Tax ID #: _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_

Relationship to Owner: _Wife_

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

---

**MAILING ADDRESS** (All policy correspondence will be sent to this address).

Name: _James F. or Sue Crouch_

Address: _360 Old 231 N._
_Wetumpka  AL  31192_

Phone #: _(334) 567-0183_

**OWNER BENEFICIARY INFORMATION**

Owner's Beneficiary: _____

Relationship: _____

Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

---

Replacement:   Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

---

**Initial Premium Deposit**      $ _250,000.00_

Optional Contribution Modes:
☐ Monthly/PAC ☐ Annual      $ _____
☐ Quarterly   ☐ Semi-Annual

Remarks:

---

Signed at _Wetumpka_          _AL_      _5/4/98_
         City                State    Date

X _____        X _____
Signature of Owner             Signature of Joint Owner (If applicable)

---

**AGENT'S REPORT**

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced in premium amount, placed on paid-up, or surrendered?

☐ Yes  ☒ No   If "yes", list company, plan, year issued.

Home Office Endorsement

X _Linda Robinson_
Agent's Signature

_Linda Robinson  # 1069_
Print Agent Name & Number

---

Form LN-1799 (12/90)    Administrative Office:   1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095     IIB3.0