## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

JAMES E. CROUCH                                                            PLAINTIFF

VERSUS                              CIVIL ACTION NO. .2:05-CV-00045-KS-JMR

AMSOUTH BANK, INA SUE CROUCH
and JOHN and JANE DOES 1-10                                           DEFENDANTS

### DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Local Rule 10.1 and Federal Rule of Civil Procedure 7.1, and to enable judges and magistrate judges to evaluate possible disqualification or recusal, Defendant AmSouth Bank states that it is a wholly-owned subsidiary of AmSouth Bancorporation. Although AmSouth Bank is not a publicly held or traded company, AmSouth Bancorporation is a publicly held company. AmSouth Bancorporation trades under the New York Stock Exchange (NYSE) symbol ASO.

Respectfully submitted, this the 6th day of July, 2005.

AMSOUTH BANK

BY:   BALCH & BINGHAM, LLP

BY:  Paul J. Delcambre, Jr.\_\_\_\_\_
      Paul J. Delcambre, Jr.
      Mississippi Bar No. 6034

## CERTIFICATE OF SERVICE

I, Paul J. Delcambre, Jr. do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi 39465

Sheila Smallwood, Esquire
849 Highway 42, Suite B
Petal, Mississippi 39465

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, MS  39404

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS  39402

THIS, the 6th day of July, 2005.

                                                 _Paul J. Delcambre, Jr._ _____
                                                 Paul J. Delcambre, Jr.