

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

### ORDER TO REASSIGN

By agreement of the judges involved, pursuant to the authority of the U.S. District Courts, Southern District of Mississippi, Internal Rule 1, as amended, and to assure prompt and expeditious handling of the court docket, the following cases are reassigned from District Judge Keith Starrett to Senior Judge L.T. Senter, Jr., to-wit:

| CASE NUMBER | STYLE |
|---|---|
| 2:04cv204-KS-JMR | Stamps v. Freds, et al |
| 2:04cv331-KS-JMR | Andrews, et al v. American International, et al |
| 2:05cv45-KS-JMR | Crouch v. AmSouth Bank, et al |
| 2:05cv97-KS-JMR | Arrington v. Jones County Rest Home |
| 2:05cv98-KS-JMR | Landrum v. Daleson Enterprises |
| 2:05cv105-KS-JMR | Amin v. Patel, et al |
| 2:05cv123-KS-JMR | Ruffin v. The Money Store, et al |

SO ORDERED on this, the 12th day of July 2005.

_____
HENRY T. WINGATE, CHIEF JUDGE