#### UNITED STATES DISTRICT COURT
#### SOUTHERN DISTRICT OF MISSISSIPPI
#### HATTIESBURG DIVISION

**JAMES E. CROUCH**                                                              **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 2:05CV45 LTS-JMR**

**AMSOUTH BANK, ET AL.**                                                      **DEFENDANTS**

#### ORDER DENYING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day entered, it is hereby

**ORDERED**

That the plaintiff's motion to remand is hereby **DENIED**.

**SO ORDERED** this 8th day of November, 2005.

                                                         s/ L. T. Senter, Jr.

                                                         L. T. Senter, Jr.
                                                         Senior Judge