UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**JAMES E. CROUCH**            **PLAINTIFF**

V.            **CIVIL ACTION NO. 2:05CV45 LTS-JMR**

**AMSOUTH BANK, ET AL.**            **DEFENDANTS**

### ORDER OF TRANSFER

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That Defendant AmSouth Bank's motion to transfer this case to the United States District Court for the Middle District of Alabama is hereby **GRANTED**; and

That the Clerk of Court shall take the steps necessary to effect this transfer forthwith.

**SO ORDERED** this 30th day of January, 2006.

           s/ *L. T. Senter, Jr.*

           L. T. Senter, Jr.
           Senior Judge