UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI

RECEIVED
2006 FEB -6 A 9:29

# MEMORANDUM

| | | |
|---|---|---|
| **TO:** | Clerk, U.S.D.C.<br>Middle District of Alabama | **DATE:** January 31, 2006 |
| **FROM:** | J. T. NOBLIN, CLERK<br>BY: M. Rigdon, DEPUTY CLERK | |
| **SUBJECT:** | 2:05cv45 LTS-JMR | |

Order of Transfer

Please find enclosed a Certified copy of the docket sheet, entire file in pdf format and transfer order transferring the above entitled case to the Middle District of Alabama. If I can be of further assistance, please feel free to contact me.

Thank You