**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JAMES E. CROUCH** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. 2:06-cv-00111-CSC** |
| v. | ) | |
| | ) | |
| **AMSOUTH BANK, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

Come now the undersigned and give notice of their appearance as counsel of record for defendant AmSouth Bank, and request that all pleadings, motions, orders, and other papers be served on defendant through counsel as follows:

Charles B. Paterson
Joe Seawell Moore
Balch and Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
334/834-6500
334/269-3115 (fax)

Respectfully submitted on February 10, 2006.

　　　　　　　　　　　　　　　　　　s/ Joseph Seawell Moore
　　　　　　　　　　　　　　　　　　One of the Attorneys for AmSouth Bank

**OF COUNSEL:**

Charles B. Paterson (PAT018)
Joseph S. Moore (MOO106)
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101
334/834-6500
334/269-3115 (fax)

165336.1

**CERTIFICATE OF SERVICE**

      I certify that on February 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White
Holmes & White PLLC
Post Office Box 672
Petal, MS  39465

Samuel S. McHard
Bryan Nelson PA
Post Office Box 18109
Hattiesburg, MS  39404-8109

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, MS  39402

                                          s/ Joseph Seawell Moore
                                          Of Counsel