IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB 16  A 11: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
|  | ) 2:06-cv-00111-CSC |
| AMSOUTH BANK ET AL., | ) |
| Defendant. | ) |

## MOTION FOR ADMISSION OF PAUL J. DELCAMBRE, JR. PRO HAC VICE

Defendant, AmSouth Bank, requests that this Court grant Paul J. Delcambre, Jr. of Balch & Bingham LLP, 1310 Twenty Fifth Avenue, Gulfport, MS 39501-1931, Leave to appear pro hac vice in order to represent AmSouth Bank in the above-styled suit.

1. Attached hereto as **Exhibit A** is a certificate from the United States Court for the Southern District of Mississippi, showing that Paul J. Delcambre, Jr. is a member in good standing of the Mississippi Bar and duly authorized to practice in that court.

2. The law firm of Balch & Bingham LLP, and particularly Charles B. Paterson and Joseph Seawell Moore, who are admitted to practice in this court, will serve as local counsel representing AmSouth Bank in the above styled matter.

3. Paul J. Delcambre, Jr. has reviewed and is familiar with the Uniform Rules of the United States District Court for the Middle District of Alabama.

Based on the foregoing, defendant respectfully requests that the Court allow Paul J. Delcambre, Jr. to appear pro hac vice for the purpose of representing AmSouth in the above styled action.

165236.1                                              1

/s/ Joseph Seawell Moore
One of the attorneys for Defendant,
AmSouth Bank

OF COUNSEL:

Charles B. Paterson
Joseph Seawell Moore
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: jsmoore@balch.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties with a copy of the above and foregoing pleading by placing a copy of same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Glenn L. White
Holmes & White PLLC
P.O. Box 672
Petal, Mississippi 39465

Samuel S. McHard
Bryan Nelson, P.A.
P.O. Box 18109
Hattiesburg, Mississippi 39404-8109

This the 16th day of February, 2006.

/s/ Joseph Seawell Moore
Of Counsel

165236.1                          2

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, _____ J.T. NOBLIN _____, *Clerk of this Court,*

certify that _____ PAUL J. DELCAMBRE, JR. _____, *Bar #* _____ 6034 _____,

*was duly admitted to practice in this Court on*

_____ 1/16/1976 _____, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at _____ GULFPORT, MS _____ on _____ 2/10/2006 _____.
LOCATION                                              DATE


J. T. NOBLIN                                          W. Duggan
CLERK                                                 DEPUTY CLERK

AO 82 SWEDA
(Rev. 4/91)

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF ALABAMA
at _____ MONTGOMERY _____

**109299**

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publication |
| 322350 | Copy Fees |
| 322360 | Miscellaneous |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution of U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Filings Spec. Acct. |
| 510100 | Registry Admin. Acct. |

109299**
0001090      COURT COSTS
             6855XX         20.00
             **
02/16/06     TOTAL          20.00
             CHECK          20.00
             CHANGE          0.00
             1 ITM-CT
             122982AJJ (20L)

**THIS IS A RECEIPT, NOT A BILL**

CASE REFERENCE:

2:06CV111-CSC

RECEIVED FROM

Balch & Bingham
P.O. Box 78
Montg AL 36101

(motion Paul J. DeCample Jr.)

DEPUTY CLERK _____ CB _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.