UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES E. CROUCH | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CIVIL ACTION NO. |
| | * | 2:06CV00111-CSC |
| AMSOUTH BANK, ET AL | * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Samuel S. McHard, attorney for Plaintiff in the above-referenced matter and hereby moves this Court for an Order permitting him to appear and participate as counsel in the above-captioned matter. In support of his Motion, Samuel S. McHard states the following:

1.      Samuel S. McHard is counsel of record for the Plaintiff, James E. Crouch, and admitted to practice law in the State of Mississippi Supreme Court and is in good standing therein. Attached hereto as Exhibit "A" is a Certificate of Good Standing by the Clerk of the Mississippi Supreme Court.

2.      No disciplinary proceedings or criminal charges have been instituted against Samuel S. McHard. Attached hereto as Exhibit "B" is the Affidavit of Samuel S. McHard.

WHEREFORE, Samuel S. McHard respectfully requests this Court enter its Order admitting him to appear and participate as counsel in the above-captioned matter.

Respectfully submitted by:

By: _____
SAMUEL S. MCHARD

SAMUEL S. MCHARD (MSB 100295)
BRYAN NELSON P.A.
68524 U.S. Highway 98
Post Office Drawer 18109
Hattiesburg, MS 39404-8109
Phone: (601) 261-4100
Fax: (601) 261-4106

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served the above and foregoing via

electronic means and/or mailed, postage prepaid,**Motion for Admission Pro Hac Vice** to the following:

Paul J. Delcambre, Jr.
Balch & Bingham, LLP
P.O. Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
ATTORNEY FOR AMSOUTH BANK

Carol Ann Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 39402
ATTORNEY FOR INA SUE CROUCH

Charles B. Paterson
Joe Seawell Moore
Balch and Bingham LLP
Post Office Box 78
Montgomery, AL 36101
ATTORNEYS FOR INA SUE CROUCH

This the 17th day of February, 2006.

Of Counsel

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN                    **DISTRICT OF**                    MISSISSIPPI

### CERTIFICATE OF
### GOOD STANDING

*I,* _____ J. T. NOBLIN _____ *, Clerk of this Court,*

*certify that* _____ SAMUEL S. MCHARD _____ *, Bar #* _____ 100295 _____ *,*

*was duly admitted to practice in this Court on*

__ September 25, 2001 _____ *, and is in good standing*
            *DATE*

*as a member of the Bar of this Court.*

*Dated at* _____ HATTIESBURG, MS _____ *on* __ February 16, 2006 __ .
                    *LOCATION*                              *DATE*

__ J. T. NOBLIN _____          _____
            *CLERK*                                   *DEPUTY CLERK*

**EXHIBIT**

tabbies

A

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES E. CROUCH** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.** |
| | * | **2:06CV00111-CSC** |
| **AMSOUTH BANK, ET AL** | * | |

## AFFIDAVIT OF SAMUEL S. McHARD

1.     My name is Samuel S. McHard.

2.     I am an adult and have personal knowledge of the matters set forth in this Affidavit and I am competent to testify as to these matters.

3.     I am a member in good standing of the Supreme Court of Mississippi.

4.     No disciplinary proceedings or criminal charges have been instituted against me.

_____
SAMUEL S. McHARD

SWORN TO AND SUBSCRIBED BEFORE ME, this ___16th___ day of February, 2006.

_____
NOTARY PUBLIC

My commission expires:

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 23, 2009
BONDED THRU STEGALL NOTARY SERVICE



**EXHIBIT**

B

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                          *              CIVIL ACTION
                                         *
VERSUS                                   *              CIVIL ACTION NO.
                                         *              2:06CV00111-CSC
AMSOUTH BANK, ET AL                      *
                                         *

## ORDER ADMITTING SAMUEL S. McHARD *PRO HAC VICE*

THIS MATTER is before the Court on the *ex parte* motion for Samuel S. McHard's admission

to practice as attorney for Plaintiff in the above-captioned matter. Having reviewed the Motion, the

attached Certificate of Good Standing from the Mississippi Supreme Court and the Affidavit of Samuel

S. McHard, the Court finds that this Motion is well taken and is hereby granted. Accordingly, it is

ORDERED AND ADJUDGED that Samuel S. McHard is hereby admitted to practice in the

United States for the Eastern District of Louisiana as counsel for Plaintiff in this cause.

SO ORDERED AND ADJUDGED, this the _____ day of _____, 2006.


_____
DISTRICT COURT JUDGE