IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv111-CSC |
| | ) |
| AMSOUTH BANK and | ) |
| INA SUE CROUCH, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the motion for admission *pro hac vice* of Paul J. Delcambre, Jr., it is

ORDERED that the motion be and is hereby GRANTED.

Done this 21st day of February, 2006.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE