**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 27, 2006

# NOTICE OF REASSIGNMENT

Re:    James E. Crouch v. AmSouth Bank, et al.
       Civil Action No. #2:06-cv-00111-CSC

The above-styled case has been reassigned to Chief Judge Mark E. Fuller.

Please note that the case number is now #2:06-cv-00111-MEF.  This new case number should be used on all future correspondence and pleadings in this action.