UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 FEB 28 A 10: 06

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| JAMES E. CROUCH | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CIVIL ACTION NO. |
| | * | 2:06CV00111-CSC |
| AMSOUTH BANK, ET AL | * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Glenn L. White, attorney for Plaintiff in the above-referenced matter and hereby moves this Court for an Order permitting him to appear and participate as counsel in the above-captioned matter. In support of his Motion, Glenn L. White states the following:

1. Glenn L. White is counsel of record for the Plaintiff, James E. Crouch, and admitted to practice law in the United States District Court, Southern District of Mississippi and State of Mississippi Supreme Court and is in good standing therein. Attached hereto as Exhibit "A" is a Certificate of Good Standing by the Clerk of the United States District Court, Southern District of Mississippi.

2. No disciplinary proceedings or criminal charges have been instituted against Glenn L. White. Attached hereto as Exhibit "B" is the Affidavit of Glenn L. White.

WHEREFORE, Glenn L. White respectfully requests this Court enter its Order admitting him to appear and participate as counsel in the above-captioned matter.

Respectfully submitted by:

By: _____
Glenn L. White

Glenn L. White (MSB 100295)
GLENN L. WHITE, LLC
Post Office Drawer 672
Petal, MS 39465
Phone: (601) 544-8855
Fax: (601) 544-8889

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this day served the above and foregoing via electronic means and/or mailed, postage prepaid ,**Motion for Admission Pro Hac Vice** to the following:

Paul J. Delcambre, Jr.
Balch & Bingham, LLP
P.O. Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748
ATTORNEY FOR AMSOUTH BANK

Carol Ann Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 39402
ATTORNEY FOR INA SUE CROUCH

Charles B. Paterson
Joe Seawell Moore
Balch and Bingham LLP
Post Office Box 78
Montgomery, AL 36101
ATTORNEYS FOR INA SUE CROUCH

This the 23 day of February, 2006.

_____
Of Counsel

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES E. CROUCH | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CIVIL ACTION NO. |
| | * | 2:06CV00111-CSC |
| AMSOUTH BANK, ET AL | | |

## AFFIDAVIT OF GLENN LOUIS WHITE

1. My name is Glenn Louis White.

2. I am an adult and have personal knowledge of the matters set fourth in this Affidavit and I am competent to testify as to these matters.

3. I am a member in good standing of the Supreme Court of Mississippi.

4. No disciplinary proceedings or criminal charges have been instituted against me.

_____
GLENN LOUIS WHITE

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23rd day of February, 2006

_____
NOTARY PUBLIC

My commissions expires:

KIM E. JACKSON
Mississippi Statewide Notary Public
My Commission Expires March 23, 2008

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

## CERTIFICATE OF GOOD STANDING

I, _____ J. T. NOBLIN _____, Clerk of this Court,

certify that _____ GLENN L. WHITE _____, Bar # _____ 7137 _____,

was duly admitted to practice in this Court on

_____ MAY 1, 1992 _____, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _____ HATTIESBURG, MS _____ on _____ FEBRUARY 21, 2006 _____.
LOCATION                                         DATE

J. T. NOBLIN
CLERK

DEPUTY CLERK