IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| Plaintiff, | ) |
| V. | ) CIVIL ACTION NO. 2:06CU111-CSC |
| AMSOUTH BANK and INA SUE CROUCH, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes Now Glenda W. Hughes and hereby enters her Notice of Appearance to represent Ina Sue Crouch in connection with the above-named proceeding.

Respectfully submitted this 28th day of February, 2006.

Counsel For Ina Sue Crouch
Glenda W. Hughes,
103-B Commerce Street
Wetumpka, AL 36092
334-514-3038
Fax: 3343-514-3039

## CERTIFICATE OF SERVICE

I, Glenda W. Hughes, do hereby certify that I have this day served and mailed first-class U.S. Mail, postage prepaid, a true and correct copy of the above to:

1) Ina Sue Crouch
360 Old 231 Highway
Wetumpka, AL 36092

2) Charles B. Paterson
Balch & Bingham, LLP
05 Tallapoosa St., Suite 200
P. O. Box 78
Montgomery, AL 36104

3) Paul Delcambre
Balch & Bingham LLP
P. O. Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501-7748

4) Glen L. White
Holmes & White
601 Highway 42 E
Petal, MS 39465

5) Sheila Smallwood
849 Highway 42 Suite B
Petal, MS 39465

6) Samuel S. McHard
Bryan Nelson PA
6524 Highway 98 W
P. O. Box 18109
Hattiesburg, MS 39404

7) Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 36402

DONE this on the 28th day of February, 2006.

GLENDA W. HUGHES