IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-111-MEF |
| | ) |
| AM SOUTH BANK, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Motions for Samuel S. McHard and Glenn L. White to Appear Pro Hac Vice (Doc. #31 & #34), it is hereby

ORDERED that the motions are GRANTED.

DONE this 3rd day of March, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE