IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:06-cv-00111-MEF |
| AMSOUTH BANK, INA SUE CROUCH ) | |
| and JOHN and JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Comes now AmSouth Bank, a defendant in the above style cause and respectfully moves the court pursuant to Rule 56 of the *Fed.R.Civ.P.* for the entry of summary judgment in its favor on the claims asserted against it by the plaintiff James E. Crouch. As grounds for this motion Defendant AmSouth Bank shows that there is no genuine issue as to any material fact and that it is entitled to judgment in its favor as a matter of law. This motion is based upon the pleadings heretofore filed and the following filed herewith:

1. Memorandum of Facts and Law.

2. Affidavit of Ronda T. Robinson with exhibits.[1]

3. Affidavit of Ina Sue Crouch with exhibits.

---

[1] For purposes of clarification, Exhibits A and B attached to the Affidavits of Ronda T. Robinson and Ina Sue Crouch are identical documents.

165595.1

1

Respectfully submitted this 9th day of March, 2006.

/s/ Charles B. Paterson
One of the Attorneys for Defendant,
AmSouth Bank

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com

Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228)864-9900
Facsimile: (228) 864-8221
pdelcambre@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following either electronically to all participants of CM/ECF or by U.S. Postal Service for all Non-CM/ECF participants.

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

*Attorney for James E Crouch*

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

*Attorney for James E. Crouch*

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

*Attorney for Ina Sue Crouch*

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

*Attorney for Ina Sue Crouch*

Done this the 9th day of March, 2006.

/s/ Charles B. Paterson
Of Counsel