# Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH, )
Plaintiff, )
v. ) Case No. 2:06-cv-00111-MEF
AMSOUTH BANK ET AL., )
Defendant. )

**AFFIDAVIT OF INA SUE CROUCH**

STATE OF ALABAMA

COUNTY OF ELMORE

COMES NOW Ina Sue Crouch, after being first duly sworn deposes and states as follows:

1. My name is Ina Sue Crouch, and I reside in Elmore County, Alabama. I am the widow of James E. Crouch, my husband of more that forty (40) years, who passed away on February 14, 2001. My husband and I have an adult son named James Edward Crouch.

2. For several years my late husband and I maintained bank accounts and utilized the banking services of AmSouth Bank in Wetumpka, Alabama. As AmSouth customers, we came to know and deal with AmSouth banker Ronda T. Robinson. In 1998, my husband and I had some discussions about our financial security and we decided to look into the possibility of purchasing an annuity. Ronda T. Robinson informed us that she was a licensed representative of AmSouth Investment Services, Inc. and we could purchase an annuity through her. On May 7, 1998, my husband and I met with Ronda T. Robinson and she assisted us with an application to

purchase an annuity from Lincoln National Life Insurance Company. We intended to purchase an annuity which we would own jointly with the survivor of us getting the benefit of the annuity. We intended our son James Edward Crouch to get the remaining proceeds of benefits of the annuity when both of us passed away. A true and correct copy of the application forms which Ronda T. Robinson, my husband and I all signed is attached as Exhibit "A".

3. Shortly after completing this application, my husband and I received Lincoln National Life Insurance Company "Investors Choice" annuity contract #774944. At the time we received the annuity contract, Ronda T. Robinson informed us that she had made a mistake on the application form and that some additional paperwork had to be completed. Ronda T. Robinson explained to us that at the time annuity contract #774944 was issued, our son, James Edward Crouch was incorrectly named as the primary beneficiary of the annuity and he, not I, would receive the benefit of the annuity in the event my husband passed away before me. As this was not our intentions when purchasing the annuity, we told Ronda T. Robinson that we would come by the bank to complete the necessary forms to correct this mistake.

4. Although we were tardy in tending to this business, on April 4, 2000, my late husband and I went to AmSouth Bank in Wetumpka, Alabama to meet with Ronda T. Robinson and fill out the form to accomplish our intentions. Ronda T. Robinson explained that we would need to fill out an annuity service request so that the primary beneficiary on the annuity contract #774944 could be changed from our son, James Edward Crouch to me and have our son listed as contingent beneficiary. Ronda T. Robinson filled out and explained the form and requested that we sign the form. Because my husband had forgotten his reading glasses, he asked me to sign his name as well as my own name on the form. In the presence of my husband and Ronda T. Robinson and at his request, I signed his name and my name on the form. Ronda T. Robinson

witnessed these signatures by signing her name and then took the form to send to the annuity company. A true and correct copy of the form we signed is attached as Exhibit "B".

5. At the time that my late husband and I purchased annuity contract #774944 and at the time that we changed the contract, we were both mentally competent and of sound mind and disposing memory. My late husband and I fully understood the actions taken with respect tothe purchase and change of beneficiary for annuity contract #774944 and both of these actions were done of our own free will.

6. When my husband passed away, Ronda T. Robinson assisted me, as primary beneficiary, with having annuity contract #774944 cancelled and surrendered and the proceeds deposited into my bank account at AmSouth Bank.

Dated this 3 day of ~~February~~ March, 2006.

Ina Sue Crouch
INA SUE CROUCH

STATE OF ALABAMA

COUNTY OF ELMORE

SWORN TO and SUBSCRIBED before me this the 3rd day of ~~February~~ March, 2006.

[signature]
Notary Public
Commission Expires: 10-14-08

# Exhibit "A"

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium De[illegible] Fixed Annuity Application

Product Name: Investor's Choice

MARKET: ☒ Non-Qualified ☐ New IRA (Year ____) ☐ IRA Transfer ☐ IRA Rollover ☐ Other: ____

ANNUITANT INFORMATION (Please Print)

Full Name: James F. Crouch
Sex: ☒ M ☐ F Birthdate: 4 / 12 / 28
Soc. Sec. #: 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 Maturity: AGE 100
Primary Beneficiary: James Edward Crouch
Relationship: Son
Contingent Beneficiary: ____
Relationship: ____

OWNER INFORMATION

Contract Owner: ____
Birthdate: __ / __ / __ Tax ID #: __ - __ - __
Relationship to Annuitant: ____

JOINT OWNER INFORMATION

Joint Owner (if any): Sue Crouch
Birthdate: 10 / 13 / 23 Tax ID #: 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
Relationship to Owner: Wife

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

MAILING ADDRESS (All policy correspondence will be sent to this address).

Name: James F. or Sue Crouch
Address: 360 Old 231 N.
Wetumpka AL 36092
Phone #: (334) 567-0183

OWNER BENEFICIARY INFORMATION

Owner's Beneficiary: ____
Relationship: ____

Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Replacement: Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes ☒ No If "Yes", give details in "Remarks" section.

**Initial Premium Deposit** $250,000.00

Optional Contribution Modes:
☐ Monthly/PAC ☐ Annual $____
☐ Quarterly ☐ Semi-Annual

Remarks:

Signed at Wetumpka (City) AL (State) 5/7/98 (Date)

X ____ Signature of Owner

X ____ Signature of Joint Owner (If applicable)

AGENT'S REPORT

Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced in premium amount, placed on paid-up, or surrendered?

☐ Yes ☒ No If "yes", list company, plan, year issued.

Home Office Endorsement

x Linda Robinson
Agent's Signature

Linda Robinson #1069
Print Agent Name & Number

EXHIBIT "A"

AGENT COPY

## Contract Data

| | |
|---|---|
| Contract Number | Sent With Confirmation |
| Annuitant | James E. Crouch |
| Age at Issue | 40 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of . . . . . . . . . . . . . . . . . . . . . . . . 6.00%

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

AMSOUTH®
Investment Services, Inc.
Member NASD & SIPC

# Confidential Client Profile

Name(s) James E. or Sue Crouch
Address 360 Old 231 N City Wetumpka State AL ZIP 36092
Home Phone (334) 567-0183 Work Phone ( )

What would you like to accomplish with our meeting?

What is your overall investment objective?
☑ Tax Savings ☐ Income ☐ Income with growth ☐ Growth for the future ☐ Aggressive Growth

What is your primary objective for the money you are considering investing today?
☑ Tax Savings ☐ Income ☐ Growth & Income
☐ Growth ☐ Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
☐ Less than 1 year ☐ 1 to 4 years ☑ 5 to 9 years ☐ 10 to 14 years ☑ 15 years or longer

Current Banking Relationships:

| *Account Type* | *Financial Institution* | *Account Balance* | *Interest Rate* | *Maturity Date* |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/98 |
| | | | | |

Current Investments *(Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other)*:

| *Investment* | *Value* | *Investment* | *Value* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| IRA/Pensions/401(k) CD | 13,450.00 | | |

Cash value of life insurance policies? Home Equity, if any owns home

Do you have a current will/trust? ☐ No ☑ Yes Who is the executor/successor trustee?

What is your gross annual income from the previous year?
☐ Less than $25,000 ☑ $25,001 - $50,000 ☐ $50,001 - $100,000 ☐ over $100,000

What is your marginal tax bracket? 28%

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
☐ Less than $50,000 ☐ $50,001 - $100,000 ☐ $100,001 - $250,000 ☑ $250,001 - $500,000
☐ $500,001 - $750,000 ☐ $750,001 - $1 million ☐ over $1 million

1. Customer's Age:

- ☐ Minor (6)
- ☐ 18 to 40 (10)
- ☐ 41 to 50 (8)
- ☐ 51 to 60 (5)
- ☐ 61 to 70 (2)
- ☑ over 70 (0)

2. Indicate the importance of current income versus opportunity for growth:

- ☐ Current income is my primary concern. I am using my investments to provide my income. (0)
- ☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
- ☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
- ☑ Current income is not my primary concern. My primary interest is growth. (8)

3. Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?

- ☐ Agree (9)
- ☐ Somewhat agree (6)
- ☐ Somewhat disagree (3)
- ☑ Disagree (0)

4. In your current investment portfolio, do you hold any of the following?

- ☐ Mutual Funds/Variable Annuities (2)
- ☐ Fixed Annuities (1)
- ☐ Individual Stocks (2)
- ☐ Individual Bonds (2)
- ☐ Very Speculative Investments (2) *(Specify)*____________________
- ☑ CDs/Deposit Products (0)
- ☐ U.S. Government Securities (1)

5. The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

After considering the following information, where would you place yourself comfortably on the risk reward chart? *(Indicate by checking box.)*

Conservative *(Lower Risk)*

0   2 (X)   4   6   8

Aggressive *(Higher Risk)*

- Need present income
- Need current liquidity
- Conservative, cannot tolerate loss of principal

- Growth more important than current income
- Moderate liquidity needs
- Can tolerate moderate to average fluctuation

- Maximum growth desired, current income not needed
- Low liquidity
- Can tolerate maximum fluctuation

**Total Score and Evaluation:**

| | |
|---|---|
| 0-17 | ☐ Conservative |
| 17-26 | ☐ Moderate |
| 26 & up | ☐ Aggressive |

Recommended Action: 1. Lincoln National - Investor's Choice Review______

2. ______

3. ______

4. ______

I wish to invest differently than indicated by my risk tolerance assessment. ______
*Customer(s) Initial*

Notes/Comments:

Investment Products

| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |
|---|---|---|

I/we understand that the information contained in this customer profile is used to make investment recommendations.

James E. Crouch
Customer Signature — Date: 5/7/98

Sue Crouch
Customer Signature — Date: 5/7/98

Ronda Robinson
ISR Signature — Date: 5/7/98

AMSOUTH®
Investment Services, Inc.
Member NASD & SIPC

AL BR. 124

AMSOUTH® Investment Services, Inc.
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title: James E. or Sue Crouch

Account Number: ____________

Occupation(s): Retired

Date(s) of Birth: 4/12/28 - 10/13/23

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [x] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [x] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth (Excluding home & personal property)**
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [x] over $250,000

**Estimated Cash Equivalents (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)**
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [x] over $25,000

**Investment Objective for this Purchase:**
- [x] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [x] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other ____________

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [x] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [x] Conservative
- [ ] Moderate
- [ ] Aggressive

## PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company: Lincoln National  Annuity Product: Investor's Choice

Amount: 250,000.00  Surrender charge of 8 % declining over 6 years.

- [x] Initial Investment
- [ ] Additional Investment

Source of Funds: CD; MM  [x] inside  [ ] outside

**Rate Disclosures**

1) The initial rate is 6 %, offered for one full year and includes a bonus rate of 1 %.
2) The base rate is 5 %. The minimum rate guaranteed is 3 %.
3) Renewal rates may be higher or lower and will not include the bonus rate. [x] Contract # 256308

## IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.
2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

James E. Crouch 5/7/98
CLIENT SIGNATURE DATE

Sue Crouch 5/7/98
CLIENT SIGNATURE DATE

Ronda Robinson #1069 5/7/98
AGENT SIGNATURE/AGENT NUMBER DATE

PRINCIPAL SIGNATURE DATE

Form #501815
SForm (8/96)

ORIGINAL – ISR YELLOW – OSJ PINK – CUSTOMER

# Exhibit "B"

LINCOLN NATIONAL LIFE INSURANCE CO.
A part of LINCOLN NATIONAL CORPORATION

# ANNUITY SERVICE REQUEST

## Contract Changes

Annuitant's Name: James E. Crouch

Contract #: 774944

Institution/Agency: AmSouth Bank

Tax I.D.#:

### SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for: ☒ Annuitant's Beneficiary ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

### SECTION B - NAME CHANGES

Name change for:
- ☐ Annuitant
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Legally Changed (include copy)
- ☐ Other:

Print new name:

Old signature:

New signature:

### SECTION C - ADD/CHANGE OWNER

To be added/changed:
- ☐ Primary Owner
- ☐ Joint/Contingent Owner

Reason for change:
- ☐ Marriage
- ☐ Divorce
- ☐ Court Ordered (include copy)
- ☐ Change to a Trust

Name:

The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

EXHIBIT "B"

### SECTION D - ADDRESS CHANGE

New mailing address:

Street:

City:

State, Zip:

Effective date of change:

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

### SECTION E - LOST CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name:

Address:

City, State, Zip:

If the original contract is found, it should be returned to Lincoln National immediately.

### SECTION F - OTHER REQUESTS

### SECTION G - SIGNATURE

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at Wetumpka, AL on the 4 day of April, ~~19~~ 2000.

Owner: James E. Crouch

Agent/Witness: Ronda Robinson

Joint Owner: Sue Crouch

Agent/Witness: Ronda Robinson