IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JAMES E. CROUCH,                )
                                   )
      Plaintiff,           )
v.                        )    CASE NO. 2:06-cv-111-MEF
                                   )
AM SOUTH BANK, *et al.,*      )
                                   )
      Defendants.     )

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #37) filed on March 9, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on April 3, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before March 27, 2006. The defendant may file a reply brief on or before April 3, 2006.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 10th day of March, 2006.

                                       _____
                                       /s/ Mark E. Fuller
                      CHIEF UNITED STATES DISTRICT JUDGE