**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 23, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | **Clerk's Office** |
| **Case Style:** | **James E. Crouch v. AmSouth Bank, et al.** |
| **Case Number:** | **#2:06-cv-00111-MEF** |
| **Referenced Document:** | **Document #40**<br>**Motion for Summary Judgment** |

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf contained pages that were out of order. The corrected pdf is attached to this notice.**