IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH,
    Plaintiff,

v.                                                              CASE NO. 2:06-cv-111-MEF

AMSOUTH BANK, INA SUE CROUCH,
And JOHN AND JANE DOES 1-10,
    Defendant.

## MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Ina Sue Crouch, a defendant, by and through counsel in the above style case and respectfully moves the court pursuant to Rule 56 of the Fed.R.Civ.P. for the entry of summary judgment in its favor on the claims asserted against her by the plaintiff, James E. Crouch.

As grounds for this motion, the Defendant, Ina Sue Crouch, shows that there is no genuine issue as to any material fact and that she is entitled to judgment in her favor as a matter of law. This motion is based upon pleadings heretofore filed by AmSouth Bank providing 1) Memorandum of Facts and Law; 2) Affidavit of AmSouth Banker Ronda T. Robinson with exhibits; and 3) Affidavit of Ina Sue Crouch with exhibits.

This defendant had no contractual relationship with the plaintiff, who is the defendant's son, and he was not a co-owner of the annuity. Mr. and Mrs. Crouch intended for their son to be a contingent beneficiary only--not an owner.

Thus, Ina Sue Crouch wishes to adopt and incorporate AmSouth's documents as her own in filing this motion for a summary judgment.

Respectfully submitted this 21st day of March 2006.

/s/ Glenda W. Hughes
Glenda W. Hughes, HUG042
Attorney for Ina Sue Crouch
103-B Commerce Street
Wetumpka, AL 36092
Telephone: 334/514-3038
Facsimile: 334/514-3039

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following either electronically to all participants of CM/ECF or by U.S. Postal Service.

Attorney for James E. Crouch
Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P. O. Box 672
Petal, Mississippi 39465

Attorney for Ina Sue Crouch
Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

Attorney for James E. Crouch
Samuel S. MCHard, Esq.
Bryan Nelson Randolph PA
P. O. Box 18109
Hattiesburg, Mississippi 39404

Attorney for AmSouth Bank
Mr. Charles Paterson
Balch & Bingham LLP
105 Tallapoosa St., Suite 200
P. O. Box 78
Montgomery, Alabama 36104

Done this the 22nd day of March, 2006.

/s/ Glenda W. Hughes
Of Counsel