IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cv-111-MEF |
| | ) | |
| AMSOUTH BANK, *et. al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the Court on Defendants AmSouth Bank and Ina Sue Crouch's motions for summary judgment (Docs. # 37 & 40). Upon consideration, it is hereby ORDERED that

1. The motions for summary judgment (Docs. # 37 & 40) are DENIED at this time as premature.

2. The March 10, 2006 Order (Doc. # 39) setting a briefing schedule on AmSouth Bank's motion for summary judgment is VACATED.

3. Plaintiff's Motion to Continue AmSouth Bank's Motion for Summary Judgment Pending Discovery (Doc. # 43) is DENIED AS MOOT.

Nothing in this Order shall be construed to bar Defendants from filing their motions for summary judgment at a later point in the case.

DONE this the 28th day of March, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE