IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES R. CROUCH** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO. 2:06-CV-00111-MEF** |
| **AMSOUTH BANK, INA SUE CROUCH AND JOHN DOES 1 – 10** | **DEFENDANT** |

NOTICE OF SERVICE OF PLAINTIFF'S PRE-DISCOVERY DISCLOSURE

Notice is hereby given, pursuant to Federal Rules of Civil Procedure, that the Plaintiff James E. Crouch caused to be served upon counsel of record in the above entitled action a copy of:

• Plaintiff's Pre-Discovery Disclosure of Core Information

The undersigned retains the original of the above paper as custodian thereof pursuant to the Federal Rules of Civil Procedure and Uniform Local Rules.

ON THIS THE 24th day of April, 2006.

RESPECTFULLY SUBMITTED,
JAMES E. CROUCH, Plaintiff


BY: _____s/ Samuel S. McHard_____
SAMUEL S. MCHARD, MSB#100295

BRYAN NELSON PA
Attorneys at Law
Post Office Box 18109
Hattiesburg, MS 39404-8109
Phone: (601) 261-4100
Fax: (601) 261-4106

Glenn White, Esq.
Post Office Box 672
Petal, MS 39465
Phone: (601) 544-8855
Fax: (601) 544-8889

## CERTIFICATE OF SERVICE

I do hereby certify that on April 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Paul J. Delcambre, Jr**
pdelcambre@balch.com
lhale@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Glenda Wingard Hughes**
ghughes.atty@ATT.net

and I do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing document to:

Carol Ann Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 39402
Attorney for Ina Sue Crouch

                                                    s/ Samuel S. McHard