IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**JAMES E. CROUCH**                                              **PLAINTIFFS**

**VERSUS**                                   **CIVIL ACTION NO. 2:06-CV-00111-MEF**

**AMSOUTH BANK, INA SUE**                                        **DEFENDANTS**
**CROUCH, and JOHN and**
**JANE DOES 1-10**

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, James E. Crouch, by and through undersigned counsel of record, and files this his Motion for Leave to File Second Amended Complaint. In support of this Motion, the Plaintiff, James E. Crouch, states the following to wit:

1. FRCP 15(a) provides in pertinent part as follows:

> ...[A] party may amend the party's pleading...by leave
> of court...; and leave shall be freely given when justice
> so requires.

2. Plaintiff filed his Complaint in this matter on September 25, 2002, in Forrest County, Mississippi Chancery Court against AmSouth Bank. On January 13, 2005, Plaintiff amended his Complaint and included, among other things, additional defendants, including John and Jane Does 1-10 pursuant to Rule 9(h) of the Mississippi Rules of Civil Procedure (hereinafter "MRCP 9(h)"). MRCP 9(h) provides:

> **Fictitious Parties.** When a party is ignorant of the
> name of an opposing party and so alleges in his pleading,
> the opposing party may be designated by any name, and
> when his true name is discovered the process and
> all pleadings and proceedings in the action may be amended
> by substituting the true name and giving proper notice to
> the opposing party.

3.     On or about February 7, 2005, this case was removed to United States District Court for the Southern District of Mississippi, Hattiesburg Division.  Thereafter, on January 30, 2006, pursuant to AmSouth Bank's Motion to Transfer Venue, this case was transferred to this Court.

4.     In the interest of justice, the Plaintiff desires to amend his complaint and to substitute AMSOUTH Investment Services, Incorporated (hereafter "AISI") for John and Jane Doe 1 and Lincoln National Life Insurance Company (hereafter "Lincoln") for John and Jane Doe 2.

5.     Pursuant to a response to subpoena issued to Lincoln, Plaintiff learned of facts which allow him to piece together the relationships between various parties and thus, he desires to amend his complaint and to name two additional Defendants which should be a party to this action in substitution for John and Jane Does 1 and 2.

6.     Section 4 of the Uniform Scheduling Order entered in this matter on April 7, 2006, allows the parties to file motions to amend the pleadings and add parties until this date.

7.     That this motion is not interposed for the purposes of delay and the Defendants will not be prejudiced by the granting of this Motion.

WHEREFORE, pursuant to the provisions of Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff requests this Court grant an Order allowing an amendment substituting AMSOUTH Investment Services, Incorporated for John and Jane Doe 1 and Lincoln National Life Insurance Company for John and Jane Doe 2 and to authorize summons to issue for the joinder of these two substituted parties.  A true and correct copy of the proposed Second Amended Complaint is attached as Exhibit "A" to this Motion.

        Respectfully submitted,

        JAMES E. CROUCH

    BY:   s/ Samuel S. McHard
        Samuel S. McHard, MB #100295
        *Admitted Pro Hac Vice*

BRYAN NELSON, P.A.
Attorneys at Law
Post Office Box 18109
Hattiesburg, MS 39404-8109
Phone: (601) 261-4100
Fax:   (601) 261-4106


Glenn L. White
Glenn L. White, PLLC
207 Old Richton Road
Post Office Box 672
Petal, MS 39465
T: (601) 544-8855
F: (601) 544-8889

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I electronically filed the foregoing Motion for Leave to File Second Amended Complaint with the Clerk of Court using the ECF system which sent notification of such filing to the following:

      Glenda W. Hughes
ghughes.atty@ATT.net
**Attorney for Ina Sue Crouch**

      Paul J. Delcambre, Jr.
Joseph Seawell Moore
Charles Burton Paterson
pdelcambre@balch.com
jsmoore@balch.com
cpaterson@balch.com
**Attorneys for AmSouth Bank**

This the 21st day of June, 2006.

                                                s/ Samuel S. McHard
                                                Samuel S. McHard