IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-111-MEF |
| | ) |
| AMSOUTH BANK, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. # 50). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 23rd day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE