**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Double Premium Deferred Fixed Annuity Application

Product Name: **Investor's Choice**

MARKET: ☒ Non-Qualified ☐ New IRA (Year ____) ☐ IRA Transfer ☐ IRA Rollover ☐ Other: _____

### ANNUITANT INFORMATION (Please Print)
Full Name: **James F. Crouch**
Sex: ☒ M ☐ F  Birthdate: **4/12/28**
Soc. Sec. #: **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**  Maturity: **AGE 100**
Primary Beneficiary: **James Edward Crouch**

Relationship: **Son**
Contingent Beneficiary: _____
Relationship: _____

### MAILING ADDRESS (All policy correspondence will be sent to this address).
Name: **James E. or Sue Crouch**
Address: **360 Old 231 N.**
**Wetumpka, AL 36092**
Phone #: **(334) 567-0183**

Replacement: Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes ☒ No  If "Yes", give details in "Remarks" section.

**Initial Premium Deposit**   $**250,000.00**

Optional Contribution Modes:
☐ Monthly/PAC ☐ Annual   $_____
☐ Quarterly ☐ Semi-Annual

### OWNER INFORMATION
Contract Owner: _____
Birthdate: __/__/__  Tax ID #: _____
Relationship to Annuitant: _____

### JOINT OWNER INFORMATION
Joint Owner (if any): **Sue Crouch**
Birthdate: **10/13/23**  Tax ID #: **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**
Relationship to Owner: **Wife**

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

### OWNER BENEFICIARY INFORMATION
Owner's Beneficiary: _____

Relationship: _____
Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Remarks: **Principal Approved**
Signature _____
Date **MAY 12 1998**

*(stamp: 98 MAY 12 AM 8:24 ASOUTH INVESTMENTS)*

Signed at **Wetumpka** City   **AL** State   **5/7/98** Date

X **James E. Crouch**
Signature of Owner

X **Sue Crouch**
Signature of Joint Owner (If applicable)

### AGENT'S REPORT
Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been reduced in premium amount, placed on paid-up, or surrendered?

☐ Yes ☒ No  If "yes", list company, plan, year issued.

*(stamp: CHECK RECEIVED 5/12/98  250,000⁰⁰)*

X **Ronda Robinson**
Agent's Signature

**Ronda Robinson #1069**
Print Agent Name & Number

Home Office Endorsement

EXHIBIT 1

Form LN-1799 (12/90)  Administrative Office: 1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095  IIB3.0

**AmSouth Investment Services, Inc.**
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title: **James E. or Sue Crouch**   Account Number: _____
Occupation(s): **Retired**   Date(s) of Birth: **4/12/28 - 10/13/23**

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [x] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [x] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth** (Excluding home & personal property)
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [x] over $250,000

**Estimated Cash Equivalents** (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [x] over $25,000

**Investment Objective for this Purchase:**
- [x] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [x] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other _____

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [x] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [x] Conservative
- [ ] Moderate
- [ ] Aggressive

## PURCHASE INFORMATION - FIXED ANNUITY

Insurance Company **Lincoln National**   Annuity Product **Investor's Choice**
Amount **250,000.00**   Surrender charge of **8** % declining over **6** years.
- [x] Initial Investment
- [ ] Additional Investment
Source of Funds **CD, MM**   [x] inside   [ ] outside

**Rate Disclosures**
1) The initial rate is **6** %, offered for one full year and includes a bonus rate of **1** %.
2) The base rate is **5** %. The minimum rate guaranteed is **3** %.
3) Renewal rates may be higher or lower and will not include the bonus rate.   [x] Contract # **256308**

## IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.
2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

_James E. Crouch_ 5/7/98   _Sue Crouch_ 5/7/98
CLIENT SIGNATURE / DATE   CLIENT SIGNATURE / DATE

_Ronda Robinson_ #1069 5/7/98   MAY 12 1998
AGENT SIGNATURE/AGENT NUMBER / DATE   PRINCIPAL SIGNATURE / DATE

Form #501815   ORIGINAL - ISR   YELLOW - OSI   PINK - CUSTOMER

*[Stamp: AMSOUTH INVESTMENTS 98 MAY 12 AM 8:]*

# LINCOLN NATIONAL LIFE INSURANCE CO.
A part of LINCOLN NATIONAL CORPORATION

## ANNUITY SERVICE REQUEST
### Contract Changes

Annuitant's Name: **James E. Crouch**
Institution/Agency: **AmSouth Bank**
Contract #: **774944**
Tax I.D.#: _____

## SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for: ☒ Annuitant's Beneficiary   ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

## SECTION B - NAME CHANGES

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other:

Print new name: _____
Old signature: _____
New signature: _____

## SECTION C - ADD/CHANGE OWNER

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: _____

The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

## SECTION D - ADDRESS CHANGE

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

## SECTION E - DUPLICATE CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: _____
Address: _____
City, State, Zip: _____

If the original contract is found, it should be returned to Lincoln National immediately.

## SECTION F - OTHER REQUESTS

## SECTION G - SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at **Wetumpka, AL** on the **4** day of **April**, **2000**
Owner: **James E. Crouch**
Joint Owner: **Sue Crouch**
Agent/Witness: **Ronda Robinson**
Agent/Witness: **Robinson**

**EXHIBIT 2**