AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

JAMES E. CROUCH

V.

AMSOUTH BANK, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-00111-MEF

TO: (Name and address of Defendant)

Lincoln National Life Insurance Company
Prentice-Hall Corporation System, Registered Agent
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Samuel S. McHard
Bryan Nelson P.A.
6524 U.S. Highway 98
Post Office Box 18109
Hattiesburg, Mississippi 39404-8109

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Donna M. Huyfleet*
(By) DEPUTY CLERK

June 30, 2006
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 13, 2006 |
| NAME OF SERVER (PRINT) LEE OWEN | TITLE Licensed Private Detective |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 150 S. Perry St.
c/o Cecilia Russell    Montgomery, AL 36104

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/06
              Date

Signature of Server

432-B Coliseum Blvd.
Montgomery, AL 36109
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.