IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE INSURANCE ) | |
| COMPANY *et al.*, ) | |
| ) | |
| Defendants. ) | |

**INITIAL DISCLOSURES OF DEFENDANT**
**LINCOLN NATIONAL LIFE INSURANCE COMPANY**

Defendant Lincoln National Life Insurance Company ("Lincoln National") makes the following initial disclosures:

I.   WITNESSES

The following individuals or entities identified to date are likely to have discoverable information:

1.  Plaintiff James E. Crouch
    c/o Samuel S. McHard
    Attorney for Plaintiff

    Mr. Crouch is the plaintiff in this action. He is believed to have information relating to the claims he is asserting.

2.  Ronda Robinson
    c/o Balch & Bingham
    Attorneys for Ms. Robinson

    Ms. Robinson is a former employee of AmSouth and is believed to have knowledge concerning the sale and issuance of the annuity as well as the correction of or change to the named beneficiary.

  3. Ina Sue Crouch
    c/o Carol Ann Bustin

  Ms. Crouch is the mother of the plaintiff and the widow of the decedent James Crouch. Ms. Crouch is believed to have knowledge concerning the sale of the annuity, the funds used to purchase the annuity, the correction of or change to the named beneficiary, and other relevant information.

  4. Lincoln National
    c/o Lightfoot, Franklin & White, L.L.C.

  Lincoln National believes that it may have employees or representatives who can testify concerning the contractual agreement between Lincoln National and AmSouth as well as the annuity contract files relative to the transaction made the basis of this lawsuit. Lincoln National has not yet been able to identify any such individual(s) by name, but will undertake to provide testimony on these subjects if required.

  There may be others with knowledge relevant to this litigation but these are the persons and entities presently known to Lincoln National.

## II. DOCUMENTS AND RECORDS

The following documents, data compilations, and tangible things are in the possession, custody, or control of Lincoln National and are believed to be relevant or potentially relevant to the issues in this litigation:

  Ronda Robinson Licensing File;

  Annuity Contract File for James Earl Crouch;

  Contractual Selling Agreement(s) with AmSouth.

These documents are being bates labeled and will be produced to all counsel of record.

## III DAMAGES

Lincoln National is not seeking damages in this action.

IV.     INSURANCE

Lincoln National is not aware of any policy of insurance which may provide coverage for the claims asserted by Plaintiff in this action. However, inquiry is not complete and this response will be supplemented or amended if warranted.

s/ E. Glenn Waldrop, Jr.
One of the Attorneys for Defendant
Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on this 22<u>nd</u> day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Glenn L. White, Esq.<br>glennw@megagate.com | Charles Burton Paterson, Esq.<br>cpaterson@balch.com |
| Samuel S. McHard, Esq.<br>smchard@bnlawfirm.com | Paul J. Delcambre, Jr., Esq.<br>pdelcambre@balch.com |
| Glenda Wingard Hughes, Esq.<br>ghughes.atty@ATT.net | Joseph Seawall Moore, Esq.<br>jsmoore@balch.com |

  And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

Carol Ann Estes Bustin, Esq.
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, Mississippi  39402

                Respectfully submitted,

                s/E. Glenn Waldrop, Jr.