# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
## LINCOLN NATIONAL LIFE INSURANCE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant Lincoln National Life Insurance Company certifies that Lincoln National Corporation is a parent corporation of said party and that no other publicly held corporation owns 10% or more of its stock.

s/ E. Glenn Waldrop, Jr.
One of the Attorneys for Defendant
Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>28th</u> day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Glenn L. White, Esq.<br>glennw@megagate.com | Charles Burton Paterson, Esq.<br>cpaterson@balch.com |
| Samuel S. McHard, Esq.<br>smchard@bnlawfirm.com | Paul J. Delcambre, Jr., Esq.<br>pdelcambre@balch.com |
| Glenda Wingard Hughes, Esq.<br>ghughes.atty@ATT.net | Joseph Seawall Moore, Esq.<br>jsmoore@balch.com |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

Carol Ann Estes Bustin, Esq.
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, Mississippi  39402

                                              Respectfully submitted,

                                              s/E. Glenn Waldrop, Jr.