IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT

Defendant Lincoln National Life Insurance Company ("Lincoln National") moves for summary judgment pursuant to Rule 56 and shows that there are no genuine issues of material fact and that Lincoln National is entitled to judgment as a matter of law. This motion is supported by an Evidentiary Submission and a Memorandum filed on even date herewith.

_____
One of the Attorneys for Defendant
Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Glenn L. White, Esq. | Charles Burton Paterson, Esq. |
| glennw@megagate.com | cpaterson@balch.com |
| | |
| Samuel S. McHard, Esq. | Paul J. Delcambre, Jr., Esq. |
| smchard@bnlawfirm.com | pdelcambre@balch.com |
| | |
| Glenda Wingard Hughes, Esq. | Joseph Seawall Moore, Esq. |
| ghughes.atty@ATT.net | jsmoore@balch.com |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

Carol Ann Estes Bustin, Esq.
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, Mississippi 39402

Respectfully submitted,

_____
Of Counsel