IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) |
| | ) 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY *et al.*, | ) |
| | ) |
| Defendants. | ) |

**EVIDENTIARY SUBMISSION IN**
**SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Lincoln National Life Insurance Company ("Lincoln National") submits the following in support of its Motion for Summary Judgment:

1. Affidavit of Ronda T. Robinson (3/6/06).

2. Transcript of Deposition of Ronda T. Robinson (8/23/06).

3. Transcript of Deposition of Ina Sue Crouch (8/23/06).

4. Transcript of Deposition of James Crouch (8/23/06).

5. Affidavit of Sharon Bowman (9/6/06).

_____
One of the Attorneys for Defendant
Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1⁄ day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Glenn L. White, Esq.
glennw@megagate.com

Charles Burton Paterson, Esq.
cpaterson@balch.com

Samuel S. McHard, Esq.
smchard@bnlawfirm.com

Paul J. Delcambre, Jr., Esq.
pdelcambre@balch.com

Glenda Wingard Hughes, Esq.
ghughes.atty@ATT.net

Joseph Seawall Moore, Esq.
jsmoore@balch.com

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

Carol Ann Estes Bustin, Esq.
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, Mississippi 39402

Respectfully submitted,

_____
Of Counsel