# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMSOUTH BANK, SUE CROUCH and )<br>JOHN and JANE DOES 1-10, )<br>)<br>Defendants. ) | Case No.<br>2:06-cv-00111-MEF |

STATE OF ALABAMA

COUNTY OF MONTGOMERY

### AFFIDAVIT OF RONDA T. ROBINSON

Comes now Ronda T. Robinson, after first being duly sworn and does depose and state as follows:

1. My name is Ronda T. Robinson and I am an adult resident of Elmore County, Alabama. I am currently employed as a Vice President and Branch Manager of the People's Bank & Trust Company in Prattville, Alabama.

2. During 1998 and through 2001, I was employed by AmSouth Bank and AmSouth Investment Services, Inc. at the Wetumpka, Alabama branch of AmSouth Bank located at 743 South Main Street, Wetumpka, Alabama 36092. During the course of my employment, I performed banking services for customers of AmSouth Bank and also sold securities as a registered representative of AmSouth Investment Services, Inc. AmSouth Investment Services, Inc. is a wholly owned subsidiary of AmSouth Bank and is a registered broker-dealer regulated by the Securities and Exchange Commission and the National Association of Securities Dealers.

165448.1

3.  During my tenure working for AmSouth Bank and AmSouth Investment Services, Inc., I became acquainted with and handled banking and other financial transactions for James E. Crouch (DOB: 04/12/28) and his wife Sue Crouch, who resided at 360 Old Highway 231 North, Wetumpka, Alabama 36092.

4.  On May 7, 1998, while acting as an employee and registered representative of AmSouth Investments Services, Inc., I sold to James E. Crouch and Sue Crouch an annuity issued by Lincoln National Life Insurance Company and known as Lincoln National Life Insurance Company "Investors Choice" annuity contract #774944. As a part of that transaction, I assisted James E. Crouch and Sue Crouch in completing the application forms. A true and correct copy of the application forms are attached hereto as Exhibit "A". The true and correct signatures of James E. Crouch, Sue Crouch and me appear on Exhibit "A".

5.  When the application forms were completed, I made an error and did not complete the forms correctly to reflect the stated intention of James E. Crouch and Sue Crouch. They intended that they or the survivor of them would own and get the benefits of the annuity. They intended that following their deaths, and their son James Edward Crouch would receive any remaining benefits of the annuity. I erroneously completed the forms and erroneously made Sue Crouch a co-owner and her son, James Edward Crouch, the primary beneficiary. The result of that mistake would have been when the primary annuitant, James E. Crouch passed away, all of the benefits would go directly to the son James Edward Crouch as primary beneficiary rather than Sue Crouch the co-owner. Upon receipt of the annuity documents back from Lincoln National, I realized this error and notified James E. Crouch and Sue Crouch that additional paperwork would need to be completed to accomplish their stated intentions regarding the

annuity. They confirmed that the annuity was not issued the way they intended but indicated they would decide what to do and make the change later.

6. On or about April 4, 2000, James E. Crouch and Sue Crouch came to my office and I completed the necessary paperwork to make the changes they, as joint owners, desired under annuity contract #774944. A true and correct copy of the Annuity Service Request Form that I completed on April 4, 2000 is attached as Exhibit "B" I assisted them in completing this form which changed annuity contract #774944 to name Sue Crouch as primary beneficiary and their son James Edward Crouch as contingent beneficiary. This form was signed by Sue Crouch in my presence and I signed the form as a witness to her signature. James E. Crouch indicated to his wife Sue Crouch that he had forgotten his glasses and, in my presence, asked Sue Crouch to sign his name to the Annuity Service Request Form attached as Exhibit "B". Sue Crouch then signed the name of James E. Crouch at his direction and I witnessed this signature by signing the form. The form was subsequently submitted by me to Lincoln National Life Insurance Company and the requested beneficiary changes were made by the company.

7. At the time of my dealings with James E. Crouch and Sue Crouch when they purchased annuity contract #774944 and at the time they changed the designated beneficiary, both James E. Crouch and Sue Crouch were mentally competent and fully capable of managing their financial affairs. In all of my dealings with them, both James E. Crouch and Sue Crouch fully understood and appreciated the actions taken with the respect to the purchase and the change of beneficiary for annuity contract #774944 and both of these actions were done at their request and of their own free will. All of the actions taken by me with respect to annuity contract #774944 were taken at their request and for the purpose of accomplishing the stated intentions of both James E. Crouch and Sue Crouch.

8. James E. Crouch died on February 14, 2001. On March 5, 2001, I, in my capacity as a registered representative of AmSouth Investment Services, Inc., assisted Sue Crouch in filing an Annuity Claimant's Statement and Annuity Service Request form with Lincoln Financial Group. A true and correct copy of the forms I completed and sent to Lincoln Financial Group for Sue Crouch is attached as Exhibit "C". Pursuant to this request on behalf of Sue Crouch, annuity contract #774944 was cancelled and a lump sum distribution was forwarded to AmSouth Bank and deposited to the account of Sue Crouch. The proceeds of the annuity were properly payable to Sue Crouch as owner and primary beneficiary under annuity contract #774944.

9. All of my actions taken with respect to the sale and servicing of annuity contract #774944 were taken as a registered representative and agent of AmSouth Investment Services, Inc. and I was paid a commission in connection with the sale of this annuity.

10. This affidavit is given in support of the Motion for Summary Judgment filed on behalf of AmSouth Bank in the case of <u>James E. Crouch v. AmSouth Bank, Sue Crouch, et al</u>, Case No. 2:06-cv-00111-MEF pending in the United States District Court for the Middle District of Alabama. The information contained in this affidavit is based upon my own personal knowledge of the matters set forth and review of the documents relating to annuity contract #774944 attached hereto as Exhibits "A", "B" and "C".

Further Deponent saith not this 6 day of March, 2006.

*Ronda J. Robinson*
Ronda T. Robinson

STATE OF ALABAMA

COUNTY OF Montgomery

SWORN TO AND SUBSCRIBED before me this the 6th day of March 2006.

_____
Notary Public

(SEAL)            My Commission Expires: 8/23/09

# EXHIBIT "A"

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

Flexible Premium Deferred Fixed Annuity Application

Product Name: _Investor's Choice_

MARKET: ☒ Non-Qualified  ☐ New IRA (Year ____)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: ____

### ANNUITANT INFORMATION (Please Print)
Full Name: _James F. Crouch_
Sex: ☒ M  ☐ F  Birthdate: _4/12/28_
Soc. Sec. #: _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_  Maturity: _AGE 100_
Primary Beneficiary: _James Edward Crouch_

Relationship: _Son_
Contingent Beneficiary: _____

Relationship: _____

### OWNER INFORMATION
Contract Owner: _____
Birthdate: __/__/__  Tax ID #: ___-__-____
Relationship to Annuitant: _____

### JOINT OWNER INFORMATION
Joint Owner (if any): _Sue Crouch_
Birthdate: _10/13/23_  Tax ID #: _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_
Relationship to Owner: _Wife_

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

### MAILING ADDRESS (All policy correspondence will be sent to this address).
Name: _James F. or Sue Crouch_
Address: _360 Old 231 N._
_Wetumpka AL 36092_
Phone #: _(334) 567-1183_

### OWNER BENEFICIARY INFORMATION
Owner's Beneficiary: _____

Relationship: _____

Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Replacement: Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No    If "Yes", give details in "Remarks" section.

Initial Premium Deposit: $_250,000.00_

Remarks: _____

Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual    $_____
☐ Quarterly    ☐ Semi-Annual

Signed at _Wetumpka_ City  _AL_ State  _5/7/98_ Date

X _[signature]_
Signature of Owner

X _____
Signature of Joint Owner (If applicable)

EXHIBIT "A"

### AGENT'S REPORT
Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been, or are being reduced in premium amount, placed on paid-up, or surrendered?
☐ Yes  ☒ No    If "yes", list company, plan, year issued.

Home Office Endorsement

X _Linda Robinson_
Agent's Signature

_Linda Robinson #1069_
Print Agent Name & Number

Form LN-1799 (12/90)    Administrative Office: 1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095    IIB3.0

## Contract Data

| Contract Number | Sent With Confirmation |
|---|---|
| Annuitant | James E. Crouch |
| Age at Issue | 70 |
| Contract Date | 5-7-98 |
| Initial Purchase Payment | 250,000.00 |
| Planned Periodic Purchase Payments | $ 0.00 |
| Purchase Payment Frequency | Unscheduled |
| Maturity | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of .......................... 6.00%

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

**AmSouth** Investment Services, Inc. Member NASD & SIPC

# Confidential Client Profile

Name(s) James E. or Sue Crouch
Address 360 Old 231 N           City Wetumpka   State AL   ZIP 36092
Home Phone (334) 567-0183       Work Phone (   )

What would you like to accomplish with our meeting? _____

What is your overall investment objective?
☑ Tax Savings    ☐ Income    ☐ Income with growth    ☐ Growth for the future    ☐ Aggressive Growth

What is your primary objective for the money you are considering investing today?
☑ Tax Savings        ☐ Income            ☐ Growth & Income
☐ Growth             ☐ Aggressive Growth

Based on the above objective, when do you expect to need the money you are investing today? (Check one)
☐ Less than 1 year   ☐ 1 to 4 years   ☑ 5 to 9 years   ☐ 10 to 14 years   ☑ 15 years or longer

Current Banking Relationships:

| Account Type | Financial Institution | Account Balance | Interest Rate | Maturity Date |
|---|---|---|---|---|
| Checking | AmSouth | 9,000.00 | 2.0 | |
| MM/Savings | AmSouth | 56,000.00 | 3.50 | |
| CD#1 | AmSouth | 223,000.00 | 5.54 | 7/28/98 |
| CD#2 | | #27190056 | | |
| CD#3 | Aliant | 135,000.00 | | 6/98 |

Current Investments (Annuities, Mutual Funds, Stocks, Bonds, Limited Partnerships, Other):

| Investment | Value | Investment | Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(IRA)/Pensions/401(k)  CD     13,450.00

Cash value of life insurance policies? _____    Home Equity, if any  owns home

Do you have a current will/trust? ☐ No  ☑ Yes   Who is the executor/successor trustee? _____

What is your gross annual income from the previous year?
☐ Less than $25,000   ☑ $25,001 - $50,000   ☐ $50,001 - $100,000   ☐ over $100,000

What is your marginal tax bracket? 28%

Estimate your net worth, excluding your personal residence (i.e., savings, checking, retirement, and other investments).
☐ Less than $50,000   ☐ $50,001 - $100,000   ☐ $100,001 - $250,000   ☑ $250,001 - $500,000
☐ $500,001 - $750,000   ☐ $750,001 - $1 million   ☐ over $1 million

1. Customer's Age
   - ☐ Minor (6)  ☐ 18 to 40 (10)  ☐ 41 to 50 (8)
   - ☐ 51 to 60 (5)  ☐ 61 to 70 (2)  ☑ over 70 (0)

2. Indicate the importance of current income versus opportunity for growth:
   - ☐ Current income is my primary concern. I am using my investments to provide my income. (0)
   - ☐ Important, but the amount can vary, and I do not currently use all of the income from my investments. (3)
   - ☐ Only a modest amount of current income is needed, and I do not expect this to change over the next few years. (5)
   - ☑ Current income is not my primary concern. My primary interest is growth. (8)

3. Would you be willing to accept fluctuations in the value of your principal in order to achieve your financial goals?
   - ☐ Agree (9)
   - ☐ Somewhat agree (6)
   - ☐ Somewhat disagree (3)
   - ☑ Disagree (0)

4. In your current investment portfolio, do you hold any of the following?
   - ☐ Mutual Funds/Variable Annuities (2)
   - ☐ Fixed Annuities (1)
   - ☐ Individual Stocks (2)
   - ☐ Individual Bonds (2)
   - ☐ Very Speculative Investments (2)    (Specify) _____
   - ☑ CDs/Deposit Products (0)
   - ☐ U.S. Government Securities (1)

5. The diagram below is designed to show the relationship between potential risk and potential growth of investments. As the potential for higher returns increases, so does the potential for greater loss of principal.

   After considering the following information, where would you place yourself comfortably on the risk reward chart? *(Indicate by checking box.)*

   Conservative (Lower Risk) — [0] [2] [4] [6] [8] — Aggressive (Higher Risk)  (X marked at 2)

   - [0] Need present income; Need current liquidity; Conservative, cannot tolerate loss of principal
   - [2-4] Growth more important than current income; Moderate liquidity needs; Can tolerate moderate to average fluctuation
   - [6-8] Maximum growth desired, current income not needed; Low liquidity; Can tolerate maximum fluctuation

   Total Score and Evaluation
   - 0–16    ☐ Conservative
   - 17–26   ☐ Moderate
   - 26 & up ☐ Aggressive

Recommended Action: 1. <u>Lincoln National – Investor's Choice</u> Review_____
2. _____
3. _____
4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____
                                                                                   *Customer(s) Initial*

Notes/Comments:

**Investment Products**

| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |
|---|---|---|

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James R. Crouch_                   5/7/98
Customer Signature                   Date

_Sue Crouch_                    5/7/98
Customer Signature                   Date

_Ronda Robinson_                   5/7/98
ISR Signature                   Date

**AmSouth**
Investment Services, Inc.
Member NASD & SIPC

Form No. 501602 Rev. 8/9

**AmSouth® Investment Services, Inc.**
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title: James E. or Sue Crouch
Account Number: _____
Occupation(s): Retired
Date(s) of Birth: 4/12/28 – 10/13/23

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [x] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [x] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth (Excluding home & personal property)**
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [x] over $250,000

**Estimated Cash Equivalents** (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [x] over $25,000

**Investment Objective for this Purchase:**
- [x] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [x] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other _____

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [x] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [x] Conservative
- [ ] Moderate
- [ ] Aggressive

## PURCHASE INFORMATION – FIXED ANNUITY

Insurance Company: Lincoln National
Annuity Product: Investor's Choice
Amount: 250,000.00
Surrender charge of 8 % declining over 6 years.
- [x] Initial Investment
- [ ] Additional Investment
Source of Funds: CD, MM
- [x] inside
- [ ] outside

**Rate Disclosures**
1) The initial rate is 6 %, offered for one full year and includes a bonus rate of 1 %.
2) The base rate is 5 %. The minimum rate guaranteed is 3 %.
3) Renewal rates may be higher or lower and will not include the bonus rate.
[x] Contract # 256308

## IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.

2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

_James E. Crouch_  5/7/98         _Sue Crouch_  5/7/98
CLIENT SIGNATURE    DATE           CLIENT SIGNATURE    DATE

_Ronda Robinson_ #1069  5/7/98
AGENT SIGNATURE/AGENT NUMBER    DATE    PRINCIPAL SIGNATURE    DATE

Form #501815
SForm (8/96)            ORIGINAL – ISR    YELLOW – OSJ    PINK – CUSTOMER

# EXHIBIT "B"

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

# ANNUITY SERVICE REQUEST

## Contract Changes

Annuitant's Name: James E. Crouch

Contract #: 774944

Institution/Agency: AmSouth Bank

Tax I.D.#: _____

### SECTION A: BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:   ☒ Annuitant's Beneficiary   ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

### SECTION B: NAME CHANGES

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other:

Print new name: _____
Old signature: _____
New signature: _____

### SECTION C: ADD/CHANGE OWNER

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: _____
The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

### SECTION D: ADDRESS CHANGE

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

### SECTION E: LOST CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: _____
Address: _____
City, State, Zip: _____

If the original contract is found, it should be returned to Lincoln National immediately.

EXHIBIT "B"

### SECTION F: SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at Wetumpka, AL on the 4 day of April, 2000

Owner: James E. Crouch        Agent/Witness: Ronda Robinson
Joint Owner: Sue Crouch       Agent/Witness: Robinson

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095        LN-3110 (8/95)

# EXHIBIT "C"

**Lincoln Financial Group**
Lincoln Life

ANNU͟ CLAIMANT'S STATEMENT
STANDARD

In furnishing this or other claim forms for the convenience of a Claimant, the Company does not admit any liability or waive any of it rights. Each Claimant must submit his or her own Claimant's Statement.

**SECTION 1**
**General Information**
(Please type or print)

Name of Deceased: James E. Crouch    Contract No.: 774944

☐ Declaration of Lost Contract: I hereby certify that the above referenced contract issued by Lincoln Life ha been lost or destroyed.

**SECTION 2**
**Claimant Information**

Name: Sue Crouch

(If a Trust, list complete name of Trust and name of Trustee(s). If an Estate, list name of Estate and name of Executor(s) or Administrator(s).)

Soc. Sec. No.: 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    OR    Tax Identification No.: _____
(for Trusts or Estates)

Date of Birth 10/13/23    ☐ Male ☒ Female    Relationship to Deceased: Spouse

Claimant's Resident Address: 360 Old 231 N.
Wetumpka, AL 36092

Phone Number: 334-567-0183

**SECTION 3**
**Settlement Options**
(Select only ONE)

Please read the Annuity Death Claim Settlement Options and Instructions before proceeding.

☐ A. Assume Ownership (spousal beneficiary only). Please also complete Section 5 of this form.

☐ B. Annuity Payment Option. Provide illustration for: ☐ Non-Life Option: # of Years ____
    ☐ Life Option: # of Years ____

* Option B must be elected and recorded within sixty days of the date of death.

☐ C. Deferral (up to 5 years from the date of death). Please also complete Section 5 of this form.

☒ D. Single Sum Distribution

EXHIBIT "C"

**SECTION 4**
**How Funds Are To Be Distributed**

☐ Regular Mail

☒ Overnight Mail (Not available to a P.O. Box.) Street Address must be included.

• There may be a fee for overnight service.

Send Proceeds to: (Complete if different than Address in Section 2)
AmSouth Bank - Attention: Ronda Robinson
743 S. Main St.
Wetumpka, AL 36092

14792LN-(02/01)    Administrative Office:    10 N MARTINGALE RD • SCHAUMBURG, IL 60173 • (888) 916-4900

**Lincoln**
Financial Group
Lincoln Life

ANNUITY SERVICE REQUEST
Cash Transactions

Annuitant's Name: James E. Crouch
Owner's Name: James E. Crouch
Joint Owner's Name: Sue Crouch
Phone Number: (334) 567-0183

Contract #: 774944
Owner's SS # or Tax ID #: 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
Joint Owner's SS #/Tax ID #: 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

INSTRUCTIONS: Complete Section 1 OR 2. Sections 3, 5, 6 and 7 must always be completed.

### SECTION 1 - PARTIAL WITHDRAWAL

I request a withdrawal be made from the Account Value of my annuity contract as specified below. I understand that if this amount exceeds the free withdrawal provision allowed in the contract, there may be a withdrawal charge that is deducted from the remaining Account Value.

- ☐ Amount equal to $ _____
- ☐ 10% of Account Value
- ☐ Cumulative Interest
- ☐ Other _____

Withdrawals must be at least $100. If any withdrawal would reduce the Account Value to less than $300, Lincoln Life may redeem the contract for the surrender value.

### SECTION 2 - REFUND/CASH SURRENDER

☒ I hereby request immediate cancellation of the Lincoln Life annuity contract. Please forward the Surrender Value proceeds as indicated in Section 3.

Reason for Refund/Surrender:
- ☐ Moving funds back to a bank product
- ☐ Transferring to another investment product
- ☐ Personal/Financial needs
- ☐ Misunderstood or dissatisfied with product
- ☒ Other death of annuitant

☐ Contract is attached
☐ DECLARATION OF LOST CONTRACT: I hereby certify that the above referenced contract issued by Lincoln Life has been lost or destroyed.

### SECTION 3 - HOW FUNDS ARE TO BE DISTRIBUTED

☐ Send check:
  ☐ Regular Mail
  ☐ Overnight Mail (Not available to a P.O. Box)
    Street address must be included.
    There may be a fee for this service.

Mail to: _____
_____
_____

☐ Check this box to change address of record as listed above.

☐ Wire Transfer funds as follows:
Please attach a void check or deposit slip for the bank account listed below. Wire Transfers are only available to a Contract Owner's account.

Name of Bank: _____
City, State: _____
Name on Account: _____
Routing Number: _____
Account Number: _____

There may be a fee for this service. Lincoln Life is not responsible for charges imposed by the receiving bank to accept these funds.

### SECTION 7 - SPECIAL INSTRUCTIONS/COMMENTS

3/7/01 - Death claim mailed on March 5, 2001

Please complete Sections 5, 6 and 7 on the other side.