# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE ) | |
| INSURANCE COMPANY *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SHARON BOWMAN

**STATE OF INDIANA**

**COUNTY OF <u>ALLEN</u>**

SHARON BOWMAN, being first duly sworn, deposes and states as follows:

1. My name is Sharon Bowman. I am employed by Lincoln National Life Insurance Company ("Lincoln National") in the position of Manager, Client Services, and in that capacity I regularly work with and have access to and am familiar with Lincoln National's records and files and documents pertaining to fixed annuities which include Investors Choice Annuity No. 774944 (the "Crouch Annuity").

2. I have examined Lincoln National's files and records pertaining to the Crouch Annuity. This affidavit is made based upon my review of these business records which are documents that are generated and maintained by Lincoln National in the regular and ordinary course of business.

3.  The Crouch Annuity was issued on May 8, 1998. The annuitant was James Earl Crouch and the annuity was jointly owned by James Earl Crouch and his spouse, Sue Crouch. The primary beneficiary of the Crouch Annuity at the time of issue was James Edward Crouch, the son of the owners of the annuity.

4.  In or around April 2000, Lincoln National received the attached (Exhibit "A") Annuity Service Request asking that the beneficiary of the Crouch Annuity be changed so that Sue Crouch would become the primary beneficiary and James Edward Crouch would become the contingent beneficiary. The Annuity Service Request form on its face appears to be properly and fully completed with all required information including witnessed signatures on behalf of the joint owners, James Earl Crouch and Sue Crouch.

5.  Lincoln National processed the Annuity Service Request and by letter dated May 16, 2000 (copy attached as Exhibit "B") confirmed the change of beneficiary to Mr. James Earl Crouch and Sue Crouch. There is no record or indication in the file that James Earl Crouch ever questioned, called, inquired or otherwise contacted Lincoln National concerning the change in beneficiary that had been processed.

6.  Pursuant to the attached Initial Annuity Claim Notification (Exhibit "C"), Lincoln was notified on February 20, 2001, of the death of James Earl Crouch, who was the annuitant under the Crouch Annuity. The claim was processed and, following receipt of a death certificate and all proper paperwork,

2

Lincoln National issued a check payable to the designated primary beneficiary, Sue Crouch, in the amount of $290,487.96, which check was mailed to Mrs. Crouch in care of Ronda Robinson, the agent, on or about March 22, 2001. The March 22, 2001, letter is attached as Exhibit "D".

7. As of the date of payment of the annuity contract proceeds, there was nothing in Lincoln National's files indicating notice of any claim that there was any question or objection either to the change-of-beneficiary from James Edward Crouch to Sue Crouch or to payment of the proceeds to Sue Crouch. Nor was there anything to indicate that anyone other than Sue Crouch claimed an interest in the proceeds.

8. According to Lincoln National's records (Exhibit "E"), a conversation took place with the son, James Edward Crouch, on July 9, 2001, in which Lincoln National verified that the death claim had been fully paid.

9. The first written notice that appears in Lincoln National's files suggesting any protest, objection, or potential issue with the change-of-beneficiary form or with the payment of the death claim to Sue Crouch is an undated letter from James Edward Crouch received by Lincoln National on September 4, 2001 (Exhibit "F"). Lincoln National responded to this letter on September 8, 2001 (Exhibit "G").

10. I have personally reviewed the entire contract file on the Crouch Annuity, and it affirmatively appears that at no time prior to payment of the

3

annuity benefits to Sue Crouch was there any notice, let alone written notice, that anyone else (besides Sue Crouch) claimed any interest in the annuity benefits and proceeds. At the time of payment of the annuity benefits and proceeds to Mrs. Crouch, Mrs. Sue Crouch was the designated beneficiary under the contract for the Crouch Annuity.

11. All statements in this affidavit are made based upon my careful review of the business records of Lincoln National, specifically those in the contract file for the Crouch Annuity, which are business records of the sort with which I regularly work and with which I am familiar in the course of my employment.

Further affiant sayeth not.

*Sharon L. Bowman*
SHARON BOWMAN

Sworn to and subscribed before me this 6th day of September, 2006.

Notary Public
My commission expires: 7/17/2008

NEIL A. WARNER
Allen County
My Commission Expires
July 17, 2008

[NOTARIAL SEAL]

4

**LINCOLN NATIONAL LIFE INSURANCE**
A part of LINCOLN NATIONAL CORPORATION

# ANNUITY SERVICE REQUEST
## Contract Changes

Annuitant's Name: James E. Crouch
Contract #: 774944
Institution/Agency: AmSouth Bank
Tax I.D.#: ___

### SECTION A – BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:  ☒ Annuitant's Beneficiary   ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ | | | |
| ☐ | ☐ | | | |

### SECTION B – NAME CHANGES

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other: ___

Print new name: ___
Old signature: ___
New signature: ___

### SECTION C – ADD/CHANGE OWNER

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: ___
The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

### SECTION D – ADDRESS CHANGE

New mailing address:
Street: ___
City: ___
State, Zip: ___
Effective date of change: ___

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

### SECTION E – DUPLICATE CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: ___
Address: ___
City, State, Zip: ___

If the original contract is found, it should be returned to Lincoln National immediately.

### SECTION F – OTHER REQUESTS

EXHIBIT A

### SECTION G – SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at Wetumpka, AL on the 4 day of April, 2000.
Owner: James E. Crouch          Agent/Witness: Ronda Robinson
Joint Owner: Sue Crouch          Agent/Witness: Ronda Robinson

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095          LN-3110 (8/95)

Lincoln/Crouch 00007

**Lincoln**
**Financial Group**
Lincoln Life

MAY 16, 2000

JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092

Re: Contract 774944        Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

This letter is in response to your recent request for service on the above referenced annuity contract.

We have updated our records to reflect your new beneficiary designation(s) as shown on the enclosed copy of your request.

If you have any questions regarding this information or need additional assistance, please contact your local representative or our Annuity Client Service Department at (800) 248-6301, extension 7399. Thank you for the opportunity to be of service.

Sincerely,


General Service Representative

Enclosure

cc:  AMSOUTH INVESTMENT SERVICE                    LN437PAB7010


EXHIBIT
B

---

1801 South Meyers Road   Oakbrook Terrace, Illinois  60181   (630) 916-0095

Lincoln/Crouch 00008

## INITIAL ANNUITY CLAIM NOTIFICATION

CALL TAKEN BY: Jenni   DATE AND TIME: 2-20-01

NAME OF CALLER: Rhonda   PHONE #: _____

RELATIONSHIP OF CALLER TO DECEASED: agent   RECEIVED 2-20-01

ANNUITY CONTRACT #'S: 774944

ON SIP? YES ☐ NO ☒   FILE OUT TO: Sharon C. Law 9-29-00

### INFORMATION ON DECEASED

NAME: James Crouch   (A) ✓, (O) ✓, (JO) ____

DATE(S) OF DEATH: 2-14-01

*The Date(s) of Death is essential to meet State specific requirements.*
*If more than one death has occurred (e.g. - A & JO), both dates are needed.*

### MAILING INSTRUCTIONS

NAME: Rhonda Robinson   ADDRESS: AmSouth Bank
                                   743 S Main St
                                   Wetumpka   AL   36092

PHONE #: 334-240-8469

### SPECIAL INSTRUCTIONS

_____
_____
_____
_____
_____
_____

Claim tips:

*Exceptions to the following items should be referred to Claims for review and a return phone call by the Claims Unit*

1) A certified death certificate (not a photocopy) is required to be maintained in our records.
2) Proper claim forms need to be completed in full.
3) Claim requirements will be provided in writing within approximately three to five business days.

CLMNTFY (8/20/96)



EXHIBIT C

Lincoln/Crouch 00009



**Lincoln**
Financial Group
Lincoln Life

March 22, 2001

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

RHONDA ROBINSON
AM SOUTH BANK
743 S MAIN ST
WETUMPKA AL 36092

RE:  Annuity Contract # 774944
     Claim Request For: **James E Crouch**

Dear Ms. Robinson:

As requested, enclosed please find our company check for proceeds due under the above contract.

Please deliver the payment to the beneficiary. Be sure to have the check endorsed by the beneficiary to ensure clearance by our bank. If you have any questions or need additional information regarding this case please call me at 1-800-248-6301, extension 8370.

Sincerely,

Patricia Taylor
Annuity Claims Representative



EXHIBIT D

Lincoln/Crouch 00017

```
================================ PHONE LOG INQUIRY ================================
774944      OWNER JAMES E. CROUCH,                          FORWARD/BACKWARD [F]
            INSURED CROUCH, JAMES E.

07/09/2001 10:20:43 JASONH
            VERIFIED W/ SON THAT CLAIM HAS BEEN FULLY PAID
08/16/2001 09:55:13 JASONH
            VERIFIED CLAIM PAID STATUS
08/16/2001 10:52:19 JASONH
            VERIFIED WITH OWNR'S DAUGHTER THAT BENE CHNG WAS PROCESSED
08/16/2001 10:52:34 JASONH
            IN 5-2000
08/16/2001 13:03:08 JOANF
            TOLD CLIENT DAUGHTER WHEN CONTRACT WAS OPENED.
08/17/2001 08:53:37 MELISSAM
            RESEARCHING BENE FOR JAMES EDWARD CROUCH
08/17/2001 13:17:11 CINDYN
            TOLD JAMES EDWARD CROUCH ABOVE MESSAGE
08/17/2001 17:10:04 RONS
            ***** PLEASE TRANSFER YOUR CALLER TO RONS EXT 8371 *****


NO MORE DATA.
```



EXHIBIT E

Lincoln/Crouch 00026

Mr. Ron Sylvanden
Lincoln Financial Group
P.O. Box 4170
Schaumburg, Il. 60168-4172

RE: Contract #774944
    James Earl Crouch SSN: 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

In Approx. May of 1998 my father, James Earl Crouch, called me to let me know that he had purchased an Annunity from Lincoln Financial Group at Am South Bank in Wetumpka, Al. for the amount of $250,000.00, He told me that I, (James Edward Crouch) was the beneficiary. My father died 14 Feb. 2001 and my mother, Ina Sue Crouch told me that I was not the beneficiary, even though she was the one that called me the day my father told me that I was. I have now received a call telling me that I was the original beneficiary and it had been changed without my fathers knowledge.  It is alledged the the document for the change does not bear his signature.  My father and I were on good terms and if he had changed it for some reason he would have told me.  I would like to know the following things:
1. Was I the beneficiary of the 1998 annuity?
2. Will you please provide me copies of all the annuities?
3. What will Lincoln Financial Group do to investigate this?
4. If, after investigation you find things to be questionable what will you do to settle this?


Thank you for your prompt attention in this matter. If you would like to talk with me my number is:
601-758-4323.

James Edward Crouch
46 Bob Graham Rd.
Sumrall, MS 39482



EXHIBIT
F

Lincoln/Crouch 00018



**Lincoln Financial Group**
Lincoln Life

September 8, 2001

*Administrative Office*
Lincoln National Life Insurance Company
10 North Martingale Road
Schaumburg, IL 60173-2268
Phone 847 466-8100

JAMES EDWARD CROUCH
46 BOB GRAHAM RD
SUMRALL MS 39482

RE:   Annuity Contract # **774944**
      Claim Request For: **James E. Crouch**

Dear Mr. Crouch:

We are writing in response to your recent letter regarding the above annuity contract.

A review of our records indicates that you were in fact the initial beneficiary of record at the time the application was completed. However, as you are aware, there was a beneficiary change that was received by our office April 18, 2000. Due to privacy restrictions, we are unable to provide you with copies of any information pertaining to this contract. We are committed to keeping the personal information received from our potential, current and former customers confidential and secure.

Please note, our office has thoroughly reviewed our records and determined that the processing of the death claim proceeds was accurate.

If you have any questions, I can be reached at (800)248-6301, extension 8371.

Sincerely,

*Ronald Sylvander*

Ronald Sylvander
Annuity Claims, Supervisor

EXHIBIT
G