IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | 2:06-cv-00111-MEF |
| AMSOUTH BANK, INA SUE CROUCH ) | |
| and JOHN and JANE DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Comes now AmSouth Bank ("AmSouth") and AmSouth Investment Services, Inc. ("AIS") (collectively "Defendants"), in the above-styled cause and respectfully move the Court pursuant to Rule 56 of the *Fed. R. Civ. P.* for the entry of summary judgment in their favor on the claims asserted against them by the plaintiff James E. Crouch. As grounds for this motion Defendants AmSouth and AIS show that there is no genuine issue as to any material fact and that they are entitled to judgment in their favor as a matter of law. This motion is based upon the pleadings heretofore filed and the following Memorandum of Facts and Law filed herewith. In addition, the following attached by Lincoln National Life Insurance Company, as **Exhibits** in support of its Motion for Summary Judgment, are adopted and incorporated by reference as if contained in full herein:

1. Affidavit of Ronda T. Robinson with exhibits.

2. Deposition of Ronda T. Robinson

3. Deposition of Ina Sue Crouch

Respectfully submitted this 19th day of September, 2006.

/s/ Joseph Seawell Moore
One of the Attorneys for Defendant,
AmSouth Bank

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com


Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228)864-9900
Facsimile: (228) 864-8221
pdelcambre@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following either electronically to all participants of CM/ECF or by U.S. Postal Service for all Non-CM/ECF participants.

| | |
|---|---|
| Glenn L. White, Esquire<br>Holmes & White, PLLC<br>601 Highway 42 E<br>P.O. Box 672<br>Petal, Mississippi 39465<br><br>*Attorney for James E Crouch* | Carol Ann Estes Bustin<br>Bustin Law Firm<br>109 Fairfield Drive, Suite 109<br>Hattiesburg, Mississippi 39402<br><br>*Attorney for Ina Sue Crouch* |
| Samuel S. McHard, Esq.<br>Bryan Nelson Randolph PA<br>P.O. Box 18109<br>Hattiesburg, Mississippi 39404<br><br>*Attorney for James E. Crouch* | Glenda W. Hughes, Esq.<br>103-B Commerce Street<br>Wetumpka, Alabama 36092<br><br>*Attorney for Ina Sue Crouch* |

E. Glenn Waldrop
Mitchell D. Greggs
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

*Attorneys for Lincoln National Life Insurance Company*

Done this the 19th day of September, 2006.

/s/ Joseph Seawell Moore
Of Counsel