IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-111-MEF |
| | ) |
| AM SOUTH BANK, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #64) filed on September 19, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on October 13, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before October 6, 2006. The defendant may file a reply brief on or before October 13, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 21st day of September, 2006.

                                              /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE