IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
|    Plaintiff | ) |
| | )    CASE NO. |
| Vs. | )    2:06-cv-00111-MEF |
| | ) |
| AMSOUTH BANK, INA SUE CROUCH, | ) |
| AND JOHN AND JANE DOES 1-20, | ) |
| | ) |
|    Defendants. | ) |

### INA SUE CROUCH'S
### MOTION FOR SUMMARY JUDGMENT

**COMES NOW** Ina Sue Crouch in the above-styled cause and respectfully moves the Court pursuant to Rule 56 of the Fed. R. Civ. P. for the entry of summary judgment in her favor on the claims asserted against her by the plaintiff, James E. Crouch, and shows that there are no genuine issues of material fact and that Ina Sue Crouch is entitled to judgment as a matter of law. This motion is based upon pleadings heretofore filed in this case by AmSouth and Lincoln National Life Insurance Company, as well as the exhibits in support of their motions for summary judgment. The aforementioned are adopted and incorporated by reference as if contained in full herein. This motion is also supported by a Memorandum to be filed on or about September 25, 2006.

Respectfully submitted this 22nd date of September 2006.

                                              /s/ Glenda W. Hughes
                                              Attorney for Ina Sue Crouch

**OF COUNSEL**:

Glenda W. Hughes (HUG042)
103-B Commerce Street
Wetumpka, AL 36092
Telephone: (334) 514-3038
Facsimile: (334) 514-3039
ghughes.atty@att.net

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing or by U. S. Postal Service for all non CM/ECF participants to the following:

| | |
|---|---|
| Glenn L. White, Esq.<br>glennw@megagate.com | Charles Burton Paterson, Esq.<br>cpaterson@balch.com |
| Samuel S. McHard, Esq.<br>smchard@bnlawfirm.com | Paul J. Delcambre, Jr., Esq.<br>pdelcambre@balch.com |
| | Joseph Seawall Moore, Esq.<br>jsmoore@balch.com |
| Carol Ann Bustin<br>Bustin Law Firm<br>109 Fairfield Drive, Suite 109<br>Hattiesburg, MS 39402 | |

Done this the 22nd day of September 2006.

/s/ Glenda W. Hughes
Of Counsel