**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 27, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   James E. Crouch v. AmSouth Bank; et al**

**Case Number:   2:06cv00111-MEF**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached to include the certificate of service.**

**The correct PDF document is attached to this notice for your review.   Reference is made to docket entry  # 69   filed on   September 26, 2006.**