IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-111-MEF |
| AM SOUTH BANK, *et al.*, | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #68) filed on September 22, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on October 19, 2006.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before October 12, 2006. The plaintiff may file a reply brief on or before October 19, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 28th day of September, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE