IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-111-MEF |
| | ) |
| AM SOUTH BANK, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that this court's order dated September 28, 2006 (Doc. #71) is hereby VACATED.

DONE this 29th day of September, 2006.

                                             /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE