IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

JAMES E. CROUCH,               )
                          )
      Plaintiff,              )
v.                         )     CASE NO. 2:06-cv-111-MEF
                          )
AM SOUTH BANK, *et al.,*     )
                          )
      Defendants.       )

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #68) filed on September 22, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on October 19, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before October 122006.  The defendant may file a reply brief on or before October 19, 2006.

***The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.***

DONE this the 29th day of September, 2006.

                               /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE