IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Defendant Lincoln National Life Insurance Company gives notice of service of the following discovery documents in the above-styled case and serving copy of same upon the attorneys of record:

**No.**             **Description**

1.    Responses to Requests for Admissions.

                                                s/ E. Glenn Waldrop, Jr.
                                                One of the Attorneys for Defendant
                                                Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Glenn L. White, Esq.<br>glennw@megagate.com | Charles Burton Paterson, Esq.<br>cpaterson@balch.com |
| Samuel S. McHard, Esq.<br>smchard@bnlawfirm.com | Paul J. Delcambre, Jr., Esq.<br>pdelcambre@balch.com |
| Glenda Wingard Hughes, Esq.<br>ghughes.atty@ATT.net | Joseph Seawall Moore, Esq.<br>jsmoore@balch.com |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants (if applicable):

Carol Ann Estes Bustin, Esq.
Bustin Law Firm
109 Fairvield Drive, Suite 109
Hattiesburg, Mississippi 39402


Respectfully submitted,


s/ E. Glenn Waldrop, Jr.

2