# Lincoln
## Financial Group®

Writer's Direct Dial: 260-455-3041
Writer's Facsimile: 260-455-5135

June 13, 2006

Law Department

Lincoln National Life Insurance Co.
1300 South Clinton St.
P. O. Box 1110
Fort Wayne, IN 46802-1110
fax 260 455-5135

Samuel S. McHard, Esq.
Bryan Nelson, P.A.
P.O. Drawer 18109
6524 Highway 98
Hattiesburg, MS 39404

Re:   Subpoena – James E. Crouch

Dear Mr. McHard:

This letter is in response to the Subpoena issued to Lincoln National Life Insurance Company ("Lincoln") on May 30, 2006. Please be advised that Lincoln has searched its records and has located one annuity, Contract No. 774944 owned by James and Sue Crouch.

Enclosed are copies of the contract file and records regarding contracts or agreements between Lincoln and Ronda Robinson. Because of the aging of records, we are not sure if we could eventually be able to reconstruct the commission records paid to Ms. Robinson. Accordingly, Lincoln has not provided documents related to commissions paid to Ms. Robinson regarding this contract. If you have any questions or if the commission information is needed, please contact me further.

Because it involves a national selling agreement, contracts or agreements between Lincoln and AmSouth are highly proprietary documents. We will produce those agreements or contracts if you will agree to only use those documents for purposes of this litigation and will destroy the documents or return them to us after the litigation concludes. If you can sign and send us a brief version of a protective order-type agreement to keep the Lincoln/AmSouth proprietary documents confidential, that will suffice.

Sincerely,

*Shawn Gross*

Shawn M. Gross
Garnishment & Subpoena Specialist

SMG/403636

Enclosures

EXHIBIT B

www.LFG.com

Lincoln/Crouch 00002

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BAR-CODE PORTION OF THE LABEL CAN BE READ AND SCANNED. ***WARNING: USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSES IS FRAUDULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

From: Origin ID: FWAA (260) 455 3991
DEBBIE BAUERMEISTER
LINCOLN NATIONAL LIFE INS CO
1300 S CLINTON ST

FT WAYNE, IN 46802

**FedEx** Express

Ship Date: 13JUN06
Actual Wgt: 1 LB
System#: 403281/FXRS0723
Account#: S 046800168

REF: 233010Shawn Gross


Delivery Address Bar Code

SHIP TO: (260) 455 3991    BILL SENDER
**Bryan Nelson PA**
**Samuel S. McHard Esq.**
**6524 Highway 98**

**Hattiesburg, MS 39404**



**PRIORITY OVERNIGHT**    **WED**
Deliver By:
TRK# 7243 8876 3669    FORM 0201    14JUN06
MSY    AA

39404    -MS-US

**XH HBGA**

