# EXHIBIT "A"



**BALCH & BINGHAM** LLP

Alabama • Georgia • Mississippi • Washington, DC

Charles B. Paterson
(334) 269-3143

Attorneys and Counselors
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104-3515
(334) 834-6500
(334) 269-3115 Fax
www.balch.com

(866) 736-3857 (direct fax)
cpaterson@balch.com

September 5, 2006

Samuel McHard, Esq.
Bryan Nelson P.A.
Post Office Box 18109
Hattiesburg, Mississippi 39404-8109

  Re: *James E. Crouch v. AmSouth Bank, Ina Sue Crouch and John and Jane Does 1-10*
    Civil Action No. 2:06-cv-00111-MEF

Dear Sam:

  Your August 31, 2006 letter to me regarding discovery issues totally mischaracterizes my response to you regarding your client's discovery requests. I told you that my clients have produced all of the documents in their possession related to the annuity which is the subject of the dispute. I also told you that AmSouth Bank no longer has banking records for any of the Crouch accounts going back to 1998 when the annuity was purchased.

  We have filed specific objections to some of your client's discovery requests and as I told you when we met, I would be willing to discuss each objection with you on a line by line basis to see if there is some way we can resolve the dispute with respect to any particular item. You indicated to me that you were going to take the depositions, see what information you had, and then let me know which of our objections you would like to discuss. If you will do this, I will be happy to discuss the responses to your discovery requests.

  I look forward to hearing from you if you would like to discuss these discovery issues.

           Sincerely yours,

           Charles B. Paterson

CBP:bl
cc: Paul Delcambre, Jr., Esq.
   Joe Seawell Moore, Esq.
   Glenda W. Hughes, Esq.
   Glenn L. White, Esq.
   Carol Ann Estes Bustin, Esq.
   Mitchell D. Greggs, Esq.

171388.1