**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES E. CROUCH,** | |
|     Plaintiff, | |
| Vs. | Case No. |
| **AMSOUTH BANK, INA SUE CROUCH** | 2:06-CV-00111-MEF |
| **AND JOHN AND JANE DOES 1-10,** | |
|     Defendant. | |

### DEFENDANT CROUCH'S OPPOSITION TO MOTION TO CONTINUE

    Comes Now Ina Sue Crouch ("Defendant Crouch") in the above-styled case and states the following in opposition to the motion to continue defendants' motions for summary judgment filed by plaintiff James E. Crouch ("Plaintiff Crouch").

### *PRELIMINARY STATEMENT*

    Plaintiff Crouch states that the Court should delay ruling on the Defendants' Motions for Summary Judgment because he is not finished with discovery when in fact he has received all the relevant information requested from Ina Sue Crouch. Plaintiff Crouch's attorney sent a letter to attorney for Defendant Crouch requesting the full names of the physicians who treated James Earl Crouch. An amended answer was submitted to Plaintiff Crouch's attorney by mail and e-mail with the full names of known physicians who could be located. (Please see Exhibit A for the letter and response.)

    Additionally, Plaintiff Crouch states that several of the answers to the interrogatories were either not disclosed, or there was a failure to give complete information. Defendant Ina Sue Crouch answered the questions to the best of her knowledge, and if a question was felt to be irrelevant, she stated same.

Plaintiff Crouch requested income tax records, deeds, a copy of a certificate of deposit with Aliant Bank, all medical records for James Earl Crouch, eye prescription, bank statements and cancelled checks from 1997 until the date of death of James Earl Crouch, as well as documents produced by James Earl Crouch during that period, which are all totally irrelevant to this case. Since those items are unrelated to this case, the items have not been gathered from the banks and doctor's office.

Although discovery has a broad scope as set forth in Rule 26(B), the information must be relevant to the claim or defense of any party. Defendant Crouch contends the information mentioned above is completely irrelevant to the $250,000.00 annuity that Plaintiff Crouch claims is his.

### I.  PLAINTIFF IS NOT AUTOMATICALLY ENTITLED TO A SECOND CONTINUANCE

Plaintiff Crouch is not entitled to a second continuance under Rule 56(f) unless he can prove to the Court that the discovery he seeks is critical to the issues presented by summary judgment. Please see the following cases in which discovery must produce a genuine issue of material fact: *Ernie Haire Ford, Inc. v. Ford Motor Co.* 260 F.3d 1285, 1290 n.2 (11th Cir. 2001); *Patterson v. U.S. Postal Serv.*, 901 F.2d 927, 929 (11th Cir. 1990); *Hickman v. Wal-Mart Stores, Inc.*, 152 F.R.D.216, 224 (M.D. Fla. 1993); *School Board of Okaloosa County, Fla. V. Richardson*, 332 F. Supp. 1263, 1269 (N.D. Fla. 1971)); *Washington v. Allstate Ins. Co.*, 901 F.2d 1281, 1285 (5th Cir. 1990); *Gossett v. Du-Ra-Kel Corp.*, 569 F.2d 869, 873 (5th Cir. 1978)). All of these cases clearly reveal that Rule 56(f) cannot be abused just for the sake of conducting discovery.

### II. ADDITIONAL DISCOVERY VS. VALID/AUTHORIZED SIGNATURE

Defendant Crouch is entitled to summary judgment and additional discovery regarding income tax records, deeds, certificate of deposit with Aliant, bank statements,

medical records, bank statements and cancelled checks, names of doctors who cared for James Earl Crouch and documents prepared by James Earl Crouch from 1997 to his date of death are not relevant to this case.

The main issue in this case is regarding the signature of James Earl Crouch on the annuity and whether it is a valid/authorized signature. (Please see Attachment B for documents regarding the annuity.) The depositions reveal that there were three (3) people who were involved in the investment at AmSouth Bank for the $250,000.00 annuity. James Earl Crouch is deceased and the other two, Defendant Crouch and former Bank employee, Ronda Robinson, both state that the annuity was jointly owned by Defendant Crouch and her husband. A mistake was made regarding the designated beneficiary, and Ms. Robinson informed James Earl Crouch and his wife, Defendant Crouch of the mistake. When the couple returned to AmSouth bank to change the beneficiary as they had originally intended, James Earl Crouch realized he left his glasses at home, and he authorized his wife to sign his name on his behalf, which she did in the presence of Ronda Robinson. See depositions of Ronda Robinson, p. 118, II. 11-18 and Sue Crouch p. 152, II. 21-23 and p. 153, II. 1-7. There is no discovery that can be made that will change the facts as proven. Thus, the Court should grant summary judgment.

### III. CONCLUSION

For the above reasons, Plaintiff Crouch's motion for summary judgment is due to be denied.

**RESPECTFULLY** submitted this 12th day of October, 2006.

/s/ Glenda W. Hughes

3

                                                  Attorney for Defendant
                                                  Ina Sue Crouch

**OF COUNSEL:**
Glenda W. Hughes, HUG042
103-B Commerce Street
Wetumpka, AL 36092
Telephone: 334/514-3038
Facsimile: 334/514-3039
ghughes.atty@att.net

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following:

**Attorney for James Edward Crouch:**
Samuel S. McHard
Bryan Nelson, P.A.
Attorneys at Law
6524 U. S. Highway 98
P. O. Drawer 18109
Hattiesburg, MS  39404-810

**Attorneys for AmSouth  Bank:**
Paul J. Delcambre, Jr.
Balch & Bingham, LLP
P. O. Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
Fax: 228/864-8221

Charles B. Paterson
Joe Seawell Moore
Balch & Bingham, LLP
P. O. Box 78
Montgomery, AL 36101-0078
Fax: 334/269-3115

                                                /s/Glenda W. Hughes
                                                OF COUNSEL:

EXHIBIT A

# BRYAN NELSON P.A.

ATTORNEYS AT LAW
POST OFFICE DRAWER 18109
6524 U.S. HIGHWAY 98
HATTIESBURG, MISSISSIPPI 39404-8109

JACK W. LAND
EVE GABLE
HERMAN M. HOLLENSED, JR.
MARK A. NELSON
V. K. VICK SMITH
DAVID M. OTT
SAMUEL S. McHARD
RICHARD D. NORTON
JOSEPH A. O'CONNELL
JOE D. STEVENS
WILLIAM A. WHITEHEAD, JR.
KATHERINE L. HOWIE
STEPHEN B. JACKSON
ERICA R. McHARD
STACY L. NEAMES
DARIUS O. TAYLOR
TIMOTHY J. EVANS
KRISTOPHER A. POWELL
TRACY K. BOWLES
MARK E. NORTON

JOHN F. BRYAN III (1914-1994)
E. S. MED NELSON (1926-1985)

TELEPHONE
(601) 261-4100

FACSIMILE
(601) 261-4106

* Also Admitted in Louisiana
§ Also Admitted in Illinois And Iowa

August 29, 2006
*Via Facsimile*

Glenda W. Hughes
103-B Commerce Street
Wetumpka, AL 36092

Re: *James E. Crouch vs. Amsouth Bank, Ina Sue Crouch and John and Jane Does 1 – 10*
Civil Action No. 2:06cv111-CSC
Our File No.: 99-784

Dear Glenda:

Pursuant to our discussion at the deposition of your client on August 23, 2006, please provide me with the full names of the physicians that treated James Earl Crouch. If you have any questions or need anything further, please advise. Thank you in advance for your anticipated cooperation and prompt attention to this matter.

Very truly yours,
BRYAN NELSON P.A.

Samuel McHard
For the Firm

SMH/ral
cc: Counsel of Record

mailed 8/29/06

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH,
    Plaintiff

V.                              CASE NO: 2:06 CV 00111 MEF

AMSOUTH BANK, INA SUE CROUCH
AND JOHN DOES 1-10
    Defendants.

DEFENDANT INA SUE CROUCH'S AMENDED ANSWER
TO PLAINTIFF JAMES E. CROUCH'S
FIRST SET OF INTERROGATORIES
TO INCLUDE PHYSICIAN'S FULL NAMES AND ADDRESSES

**10. Identify all physicians who treated James Earl Crouch including but not limited to, optometrists and opthalmologists.**

A. Dr. Bipin Kumar, 73996 Tallassee Highway, Wetumpka, Alabama 36092 (334/567-4116);

B. Lens Crafters, Eastdale Mall, Montgomery, Alabama 36029 (334/244-8990);

C. Dr. Peden, address unknown as he has retired. He was located in Montgomery, Alabama; and

C. Various specialists while Mr. Crouch was in the hospital, such as Dr. Chen, possibly a Dr. Rigsby, and Dr. Hunker who Dr. Kumar requested to review Mr. Crouch's case. Their full names and addresses are unknown.

STATE OF ALABAMA
ELMORE COUNTY

Before me, the undersigned authority, personally appeared, Ina Sue Crouch, who, being by me first duly sworn, doth say on oath that the foregoing answers are true to the best of her knowledge, information, and belief.

*Ina Sue Crouch*
Ina Sue Crouch

**SWORN TO AND SUBSCRIBED** before me this 29th day of August 2006.

Notary Public
My Commission Expires: 11/30/08

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the above and foregoing upon the following by first class mail, properly addressed this 29 day of Aug. 2006.

**Attorney for James Edward Crouch:**
Samuel S. McHard, Esq.
Bryan Nelson, P.A.
Attorneys at Law
6524 U. S. Highway 98
P. O. Drawer 18109
Hattiesburg, MS 39404-810

**Attorneys for AmSouth Bank:**

Charles Paterson, Esq.
Joe Seawell Moore
Balch & Bingham, LLP
P. O. Box 78
Montgomery, AL 36101-0078
Fax: 334/269-3115

Paul O. Delcambre, Jr., Esq.
Balch & Bingham, LLP
P. O. Box 130
1310 Twenty-Fifth Avenue
Gulfport, MS 39501
Fax: 228/864-8221

OF COUNSEL:

_____

HL protect

**LINCOLN NATIONAL LIFE INSURANCE CO**
A part of LINCOLN NATIONAL CORPORATION

EXHIBIT B

Premium Deferred Fixed Annuity Application
Product Name: **Investor's Choice**

MARKET: ☒ Non-Qualified  ☐ New IRA (Year ___)  ☐ IRA Transfer  ☐ IRA Rollover  ☐ Other: ___

**ANNUITANT INFORMATION** (Please Print)
Full Name: James E. Crouch
Sex: ☒ M  ☐ F   Birthdate: 4/12/28
Soc. Sec. #: 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   Maturity: AGE 100
Primary Beneficiary: James Edward Crouch
Relationship: Son
Contingent Beneficiary: ___
Relationship: ___

**OWNER INFORMATION**
Contract Owner: ___
Birthdate: __/__/__   Tax ID #: ___
Relationship to Annuitant: ___

**JOINT OWNER INFORMATION**
Joint Owner (if any): Sue Crouch
Birthdate: 10/13/23   Tax ID #: 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
Relationship to Owner: Wife

Note: Joint Owners have equal rights under the contract. Upon a non-annuitant Owner's death, Surrender Value proceeds will be paid to any surviving Owner as beneficiary. Only spousal beneficiaries may continue the contract.

**MAILING ADDRESS** (All policy correspondence will be sent to this address).
Name: James E. or Sue Crouch
Address: 360 Old 231 N.
Wetumpka, AL 36092
Phone #: (334) 567-0183

**OWNER BENEFICIARY INFORMATION**
Owner's Beneficiary: ___
Relationship: ___
Note: Owner Beneficiary designations are applicable only when there is no Joint Owner.

Replacement: Will the proposed contract replace any existing annuity or insurance contract?
☐ Yes  ☒ No   If "Yes", give details in "Remarks" section.

Remarks:
Principal Approved
Signature ___
Date MAY 12 1998

96 MAY 12 AM 8:24 AMSOUTH INVESTMENTS

Initial Premium Deposit  $250,000.00
Optional Contribution Modes:
☐ Monthly/PAC  ☐ Annual   $___
☐ Quarterly    ☐ Semi-Annual

Signed at Wetumpka (City)  AL (State)  5/7/98 (Date)

X James E. Crouch
Signature of Owner

X Sue Crouch
Signature of Joint Owner (If applicable)

**AGENT'S REPORT**
Do you have any knowledge or reason to believe that the Proposed Contract will replace any existing annuity or insurance Contracts (including Lincoln National Life Insurance Company Contracts) which have been changed in premium amount, placed on paid-up, or surrendered?
☐ Yes  ☒ No   If "yes", list company, plan, year issued.

CHECK RECEIVED
5/12/98 m
250,000.00

x Ronda Robinson
Agent's Signature

Ronda Robinson #1069
Print Agent Name & Number

Home Office Endorsement

ASO/AIS 0001

Form LN-1799 (12/90)   Administrative Office: 1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (708) 916-0095   IIB3.0

**AmSouth Investment Services, Inc.**
Member NASD & SIPC

# FIXED ANNUITY PURCHASE AUTHORIZATION FORM

Complete this form and fax to the PRD at (800) 316-4009

## CLIENT INFORMATION

Account Title: **James E. or Sue Crouch**   Account Number: _____
Occupation(s): **Retired**   Date(s) of Birth: **4/12/28 – 10/13/23**

**Estimated Annual Household Income**
- [ ] $0-25,000
- [ ] $25,001-50,000
- [x] $50,001-100,000
- [ ] over $100,000

**Estimated Federal Tax Bracket**
- [ ] 15%
- [x] 28%
- [ ] 31%
- [ ] 36%
- [ ] 39.6%

**Estimated Net Worth** (Excluding home & personal property)
- [ ] $0-50,000
- [ ] $50,001-100,000
- [ ] $100,001-250,000
- [x] over $250,000

**Estimated Cash Equivalents** (After this purchase: Checking, Savings, Money Markets, Treasury Bills, CDs with Maturities less than one year)
- [ ] $0-5,000
- [ ] $5,001-15,000
- [ ] $15,001-25,000
- [x] over $25,000

**Investment Objective for this Purchase:**
- [x] Tax Savings
- [ ] Income
- [ ] Growth & Income
- [ ] Growth
- [ ] Aggressive Growth

**Investment Experience:**
- [x] None
- [ ] Annuities
- [ ] Mutual Funds
- [ ] Stocks
- [ ] Bonds
- [ ] Other _____

**Investment Horizon for this Purchase:**
- [ ] Less than 1 year
- [ ] 1 to 4 years
- [x] 5 to 9 years
- [ ] 10 to 14 years
- [ ] 15 years or longer

**Overall Risk Tolerance:**
- [x] Conservative
- [ ] Moderate
- [ ] Aggressive

*Stamp: AMSOUTH INVESTMENTS 98 MAY 12 AM 8:54*

## PURCHASE INFORMATION – FIXED ANNUITY

Insurance Company: **Lincoln National**   Annuity Product: **Investor's Choice**
Amount: **250,000.00**   Surrender charge of **8** % declining over **6** years.
- [x] Initial Investment
- [ ] Additional Investment
Source of Funds: **CD; MM**   [x] inside   [ ] outside

**Rate Disclosures**
1) The initial rate is **6** %, offered for one full year and includes a bonus rate of **1** %.
2) The base rate is **5** %. The minimum rate guaranteed is **3** %.
3) Renewal rates may be higher or lower and will not include the bonus rate.   [x] Contract # **256308**

## IMPORTANT CLIENT DISCLOSURES – PLEASE READ

To ensure that you understand the key elements of this investment, please review the following and sign below.

1. An IRS penalty of 10% may apply on withdrawals made prior to age 59-1/2.
2. Annuities are issued and underwritten by insurance companies that are not affiliated with AmSouth Investment Services, Inc. This product is not a deposit, is not an obligation of, or guaranteed by AmSouth Bank or any of its affiliates. This investment is not insured by the FDIC and is subject to investment risk, including possible loss of the principal amount invested.

ASO/AIS 0003

*James E. Crouch* 5/7/98   *Sue Crouch* 5/7/98
CLIENT SIGNATURE / DATE   CLIENT SIGNATURE / DATE

*Ronda Robinson* #1069 5/7/98   MAY 12 1998
AGENT SIGNATURE/AGENT NUMBER / DATE   PRINCIPAL SIGNATURE / DATE

Form #501815   ORIGINAL – ISR   YELLOW – OSI   PINK – CUSTOMER

## Contract Data

| | | |
|---|---|---|
| Contract Number | | Sent With Confirmation |
| Annuitant | James E. Crouch | |
| Age at Issue | 70 | |
| Contract Date | 5-7-98 | |
| Initial Purchase Payment | 250,000.00 | |
| Planned Periodic Purchase Payments | | $ 0.00 |
| Purchase Payment Frequency | | Unscheduled |
| Maturity | | Not later than Annuitant's 100th Birthday |

Owner:

James E. Crouch

Joint Owner:

Sue Crouch

Annuitant's Beneficiary:

As noted in application

Owner's Beneficiary:

As noted in application (if applicable)

Your initial Purchase Payment is guaranteed to be credited at an Initial Annual Effective Rate of .............................. 6.00 %

This rate is guaranteed for 1 year from the Contract Date.

Note: This Contract is valid with proof of initial deposit. Lincoln National reserves the right to amend or correct material errors made at the time of issue.

ASO/AIS 0002

Recommended Action: 1. _Lincoln National — Investors Choice_  Review: _____
2. _____
3. _____
4. _____

I wish to invest differently than indicated by my risk tolerance assessment. _____
*Customer(s) Initial*

Notes/Comments:

| Investment Products | | |
|---|---|---|
| ARE NOT FDIC INSURED | MAY LOSE VALUE | HAVE NO BANK GUARANTEE |

I/we understand that the information contained in this customer profile is used to make investment recommendations.

_James E. Crouch_      5/7/98
Customer Signature      Date

_Sue Crouch_      5/7/98
Customer Signature      Date

_Ronda Robinson_      5/7/98
ISR Signature      Date

**AmSouth®**
Investment Services, Inc.
Member NASD & SIPC

ASO/AIS 0006



MAY 16, 2000

JAMES E. CROUCH
SUE CROUCH
360 OLD 231 N
WETUMPKA AL  36092

Re: Contract 774944      Annuitant: JAMES E. CROUCH

Dear JAMES E. CROUCH:

This letter is in response to your recent request for service on the above referenced annuity contract.

We have updated our records to reflect your new beneficiary designation(s) as shown on the enclosed copy of your request.

If you have any questions regarding this information or need additional assistance, please contact your local representative or our Annuity Client Service Department at (800) 248-6301, extension 7399.  Thank you for the opportunity to be of service.

Sincerely,


General Service Representative

Enclosure

cc:  AMSOUTH INVESTMENT SERVICE                LN437PAB7010

ASO/AIS 0012

1801 South Meyers Road   Oakbrook Terrace, Illinois  60181   (630) 916-0095

+8474663111         => AMSOUTH INVESTMENTS ,TEL=205 560 7087        10/21'02 10:37

**LINCOLN NATIONAL LIFE INSURANCE CO.**
A part of LINCOLN NATIONAL CORPORATION

**ANNUITY SERVICE REQUEST**

**Contract Changes**

Annuitant's Name: James E. Crouch        Contract #: 774944

Institution/Agency: AmSouth Bank          Tax I.D.#: _____

## SECTION A - BENEFICIARY CHANGES

In accordance with the provisions of this contract, I hereby revoke all former designations and replace them as follows for:    ☒ Annuitant's Beneficiary     ☐ Owner's Beneficiary

| Primary | Contingent | Name and Address | % | Relationship |
|---|---|---|---|---|
| ☒ | ☐ | Sue Crouch | 100 | Wife |
| ☐ | ☒ | James Edward Crouch | 100 | Son |
| ☐ | ☐ |  |  |  |
| ☐ | ☐ |  |  |  |

## SECTION B - NAME CHANGES

Name change for:
☐ Annuitant
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Legally Changed (include copy)
☐ Other:

Print new name: _____
Old signature: _____
New signature: _____

## SECTION C - ADD/CHANGE OWNER

To be added/changed:
☐ Primary Owner
☐ Joint/Contingent Owner

Reason for change:
☐ Marriage
☐ Divorce
☐ Court Ordered (include copy)
☐ Change to a Trust

Name: _____
The LNL contract does not allow changes to ownership for any reason other than those listed above. Assignments are also not allowed on this annuity contract.

## SECTION D - ADDRESS CHANGE

New mailing address:
Street: _____
City: _____
State, Zip: _____
Effective date of change: _____

An acknowledgment of this change will be sent to both the old and the new address. Future correspondence will be sent to the new address as shown above.

## SECTION E - DUPLICATE CONTRACT

This is to certify that the original copy of the annuity contract has been lost. Please forward a duplicate contract for my records to the following address:

Name: _____
Address: _____
City, State, Zip: _____

If the original contract is found, it should be returned to Lincoln National immediately.

## SECTION F - OTHER REQUESTS

ASO/AIS 0013

## SECTION G - SIGNATURES

The effective date of this Contract Change Request will be the date the form is received and recorded in the Administrative Office of Lincoln National Life Insurance Company.

Dated at Wetumpka, AL on the 4 day of April, 2000.
Owner: James E. Crouch          Agent/Witness: Ronda Robinson
Joint Owner: Sue Crouch          Agent/Witness: Ronda Robinson

1801 South Meyers Road • Oakbrook Terrace, Illinois 60181-5214 • (630) 916-0095    LN-3110 (8/95)