**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

```
October 13, 2006
```

# NOTICE OF CORRECTION

**From:**   Clerk's Office

**Case Style:**   Wilbert Ellis v. City of Montgomery

**Case Number:**   2:05cv00791-MHT

**This Notice of Correction was filed in the referenced case this date to correct the signature date on the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 35   filed on    October 12, 2006.**