IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WILBERT ELLIS,** ) | |
|    **Plaintiff,** ) | |
| ) | |
|    v. ) | **CASE NO.: 2:05-cv-791-MHT** |
| ) | |
| **CITY OF MONTGOMERY,** ) | |
|    **Defendant.** ) | |

## MOTION TO CONTINUE

**COMES NOW** Plaintiff, by and through counsel, moving this Honorable Court to continue the October 19, 2006 trial date. Counsel for Plaintiff has depositions in another matter involving numerous parties and counsel who will be traveling from out of state and will be very burdensome to coordinate a new deposition date. Counsel for Plaintiff states that he has discussed the issue with opposing counsel who offers no objection. Counsel for Defendant has advised that she is unavailable the week of October 23, 2006 and a trial setting the week of November 6, 2006.

Respectfully submitted this the __12th__ day of October, 2006.

/s/ Andy Nelms
Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
andynelms@jaylewislaw.com
ASB-6972-E63K
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _12th_ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Kimberly O. Fehl
City of Montgomery
Legal Division
Post Office Box 1111
Montgomery, AL 36101

                                                    /s/ Andy Nelms
                                                   Anderson Nelms
                                                   Law Offices of Jay Lewis, L.L.C.
                                                   P.O. Box 5059
                                                   Montgomery, Alabama 36103
                                                   (334) 263-7733 (Voice)
                                                   (334) 832-4390 (Fax)
                                                   andynelms@jaylewislaw.com
                                                   ASB-6972-E63K
                                                   Counsel for Plaintiff