**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 13, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:  Crouch v. AmSouth Bank et al

Case Number:  2:06-cv-00111-MEF

**This Notice of Correction is filed in the referenced case this date to correct a clerical error. Attorneys are asked to disregard docket entry 82 Notice of Correction.  That entry has been STRICKEN in that it was docketed in the wrong case.**