**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

October 24, 2006

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Crouch v. AmSouth Bank et al

Case Number:   2:06cv00111-MEF

Referenced Pleading:   Brief/Memorandum in Support

Docket Entry Number:   87

**The referenced pleading was filed on \*\*\*October 23, 2006\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry #87 was an erroneous duplicate docket entry.   Parties are instructed to disregard #87 docketing entry and refer to docket entry # 86 for correct entry.**