IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                                PLAINTIFF

VS.                                            CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE                                          DEFENDANTS
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10

## MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, James E. Crouch, by and through his attorneys, pursuant to FRCP 55(b), and moves the Court to enter a default judgment against Defendant, Ina Sue Crouch, in that:

1. Ina Sue Crouch was duly served with a copy of the Second Amended Complaint in this action on June 23, 2006, as fully appears in the record of this Court.

2. Ina Sue Crouch has failed to plead within the time provided by law and the Federal Rules of Civil Procedure.

3. Ina Sue Crouch is not an incompetent or a minor.

Respectfully submitted,

JAMES E. CROUCH, Plaintiff

By:___s/ Samuel S. McHard_____

BRYAN NELSON P.A.                     Samuel S. McHard, MS Bar No. 100295
Attorneys at Law                       *pro hac vice*
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
T: (601) 261-4100
F: (601) 261-4106

## CERTIFICATE OF SERVICE

I do hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
ghughes.atty@ATT.net
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorney for AmSouth Bank**

**Edwin G. Waldrop, Jr**
gwaldrop@lfwlaw.com
denised@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com
**Attorney for Lincoln National Life Insurance Co.**

                                               s/Samuel S. McHard