## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

**JAMES E. CROUCH**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 2:06-CV-00111-MEF**

**AMSOUTH BANK, INA SUE**                            **DEFENDANTS**
**CROUCH, AMSOUTH INVESTMENT**
**SERVICES, INC., LINCOLN**
**NATIONAL LIFE INSURANCE**
**COMPANY, and**
**JOHN and JANE DOES 3-10**

### APPLICATION TO CLERK FOR ENTRY OF DEFAULT
### AND SUPPORT AFFIDAVIT

NOW COMES Plaintiff, James E. Crouch, by and through his attorney, and hereby requests the

Clerk to enter default against the defendant, Ina Sue Crouch, in the above entitled action for failure to

plead, answer or otherwise defend as set out in the Affidavit hereto annexed.

Respectfully submitted,

JAMES E. CROUCH, Plaintiff

By:___ s/ Samuel S. McHard _____

Samuel S. McHard, MS Bar No. 100295
*pro hac vice*

BRYAN NELSON P.A.
Attorneys at Law
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
T: (601) 261-4100
F: (601) 261-4106

## AFFIDAVIT

STATE OF MISSISSIPPI      )
                            ) ss.

COUNTY OF LAMAR        )

Samuel S. McHard, being duly sworn, deposed and says:

1.  That he is attorney of record of the Plaintiff, and has personal knowledge of the facts set forth in this Affidavit.

2.  That Ina Sue Crouch was duly served with a copy of Second Amended Complaint on June 23, 2006.

3.  That more than thirty (30) days have elapsed since the date on which the said defendant was served with the Second Amended Complaint.

4.  That Ina Sue Crouch has failed to answer as to Plaintiff's Second Amended Complaint, or serve a copy of an answer upon the undersigned attorney of record for the Plaintiff.

5.  That this Affidavit is executed by affiant herein in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default against the Defendant, for her failure to answer the Plaintiff's Second Amended Complaint.

                                       SAMUEL S. MCHARD
                                       ATTORNEY FOR PLAINTIFF

Sworn to and subscribed before me this the 24th day of October, 2006.

                                       Notary Public



<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that on October 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
ghughes.atty@ATT.net
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorney for AmSouth Bank**

**Edwin G. Waldrop, Jr**
gwaldrop@lfwlaw.com
denised@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com
**Attorney for Lincoln National Life Insurance Co.**

s/Samuel S. McHard