IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH,
    Plaintiff

Vs.                                                                               Case No.
                                                                                                           2:06-cv-00111-MEF

AMSOUTH BANK, INA SUE CROUCH,
 AMSOUTH INVESTMENT SERVICES, INC.,
LINCOLN NATIONAL LIFE INSURANCE
COMPANY, AND JOHN AND JANE
DOES 3-10, Defendants.

ANSWER TO PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT

      **COMES NOW** Ina Sue Crouch by and through counsel and responds to Plaintiff James E. Crouch's Motion for Default Judgment and would show the following:

1. Defendant Crouch filed an answer to the original complaint, the first amended complaint, responded to Interrogatories, filed Motions for Summary Judgment with Briefs concerning same, and attended the depositions. There have been adequate responses to the Plaintiff's pleadings.

2. The Plaintiff requested leave to amend his complaint to include AmSouth Investment Services, Incorporated and Lincoln National Life Insurance Company as Defendants, misrepresented facts, and claims of breach of contract all of which have been denied by Defendants, and defenses were provided.

3. **Rule 15. Amended and Supplemental Pleadings, ( c) Relation Back of Amendments**. An amendment of a pleading relates back to the date of the original pleading…(d) If the court deems it advisable that the adverse party plead to the supplemental pleading, it shall so order, specifying the time therefor."

4. Defendant Crouch feels that the Plaintiff's Motion for Default Judgment is another underhanded method to obtain money that was never his in the

beginning and was never intended to be his unless both of his parents died simultaneously. Defendant Crouch is so very thankful that she and her beloved husband did not die simultaneously.

**WHEREFORE**, Defendant Crouch requests that this Honorable Court deny the Motion filed by the Plaintiff for Default Judgment and accept her Answer in response to the Second Amended Complaint.

**RESPECTFULLY** submitted this 26th day of October 2006.


/s/ Glenda W. Hughes
Attorney for Defendant Ina Sue Crouch

OF COUNSEL:
Glenda W. Hughes, HUG042
103-B Commerce Street
Wetumpka, AL 36092
Telephone: 334/514-3038
Facsimile: 334/514-3039

.
### CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Glenn L. White, Esq.<br>glennw@megagate.com | Charles Burton Paterson, Esq.<br>cpaterson@balch.com |
| Samuel S. McHard, Esq.<br>smchard@bnlawfirm.com | Paul J. Delcambre, Jr., Esq.<br>pdelcambre@balch.com |
| | Joseph Seawall Moore, Esq.<br>jsmoore@balch.com |

Carol Ann Estes Bustin has withdrawn as counsel.

Done this the 26th day of October 2006.

/s/ Glenda W. Hughes
Of Counsel