IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE                                                      DEFENDANTS
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10


COMBINED REPLY AND MEMORANDUM TO INA SUE CROUCH'S RESPONSE TO
MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, James E. Crouch, by and through his attorneys, and files this Reply to Ina Sue Crouch's Response to his Motion for Default Judgment, and in support states:

1. Defendant Ina Sue Crouch (hereinafter "Defendant Crouch") argues erroneously that she has adequately responded to Plaintiff's Second Amended Complaint. Contrary to Defendant Crouch's argument, the requirement of F.R.C.P. 15 (a) provides:

> A party shall plead in response to an amended pleading within the time remaining for response to the original pleadings or within 10 days after service of the amended pleadings, whichever period may be the longer, unless the court otherwise orders.

2. Therefore, within 10 days of June 23, 2006, Defendant Crouch was required to plead. F.R.C.P. 7(a) defines "pleadings" as a complaint, answer and reply to counterclaim. F.R.C.P further explains the rules regarding such pleadings, including the effect of failure to deny set forth in Rule 8(d), which provides in pertinent part that "[a]verments in a pleadings to which a responsive pleading is required, other than those as to the amount of damage, are admitted when not denied in the responsive pleading." Defendant Crouch filed no pleading in response to the

Second Amended Complaint, although Defendant Crouch filed a motion as defined in Rule 7(b).

3. Rule 55 provides that:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

4. Defendant Crouch has failed to plead as provided by the F.R.C.P. Default should be entered against her and a judgment entered thereupon in accordance with Rule 55.

5. Further, Defendant Crouch failed to offer any "good cause" under F.R.C.P 55 for her failure to plead as required by the Rules set forth above. "Where a party offers no good reason for the late filing of its answer, entry of default judgment against that party is appropriate. Likewise, the setting aside of a default judgment where no good reason has been offered for the default constitutes an abuse of discretion." *McGrady v. D'Andrea Electric, Inc.*, 424 F.2d 1000,1001 (5th Cir. 1970) and *In re Knight*, 833 F.2d 1515, 1516 (11th Cir. 1987). At no time did Defendant Crouch attempt to show excusable neglect, rather she attacks Plaintiff as an underhanded liar.

WHEREFORE, Plaintiff, James E. Crouch, requests the Court for entry of default and a judgment of default against Defendant, Ina Sue Crouch should be granted.

Respectfully submitted,

JAMES E. CROUCH, Plaintiff

By: s/ Samuel S. McHard

Samuel S. McHard, MS Bar No. 100295
*pro hac vice*

BRYAN NELSON P.A.
Attorneys at Law
6524 U.S. Highway 98
P.O. Drawer 18109
Hattiesburg, MS 39404-8109
T: (601) 261-4100
F: (601) 261-4106

CERTIFICATE OF SERVICE

I do hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
ghughes.atty@ATT.net
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorney for AmSouth Bank**

**Edwin G. Waldrop, Jr**
gwaldrop@lfwlaw.com
denised@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com
**Attorney for Lincoln National Life Insurance Co.**

s/Samuel S. McHard