IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-111-MEF |
| | ) |
| AM SOUTH BANK, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This cause is before the Court on Plaintiff's Motion for Default Judgment (Doc. # 89), filed on October 24, 2006. Upon consideration, it is

ORDERED that the motion is DENIED.

DONE this the 20th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE