IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH | PLAINTIFF |
| VS. | CASE NO. 2:06-cv-111-MEF |
| AM SOUTH BANK, et al. | DEFENDANTS |

## AGREED ORDER TO WITHDRAW AS COUNSEL

CAME ON FOR HEARING on the *ore tunes* motion of CAROL ANN BUSTIN, ESQ., of Hattiesburg, Mississippi, and INA SUE CROUCH, Defendant in the above styled and numbered cause, for an order allowing Carol Ann Bustin to withdraw as one of the Attorneys of record, and the Court being fully advised in the premises and that said Defendant has already obtained Alabama Counsel of record, finds that said motion is well –taken in order as follows:

IT IS, THEREFORE, ORDERED AND ADJUDGED that CAROL ANN BUSTIN, ESQ. is hereby granted leave to withdraw as counsel of record for the defendant INA SUE CROUCH.

SO ORDERED AND ADJUDGED this the ____ day of _____, 2006.

_____
DISTRICT CIRCUIT JUDGE

Agreed:

*/s/ Carol Ann Bustin*
Carol Ann Bustin, Esq.


*/s/ Ina Sue Crouch*
Ina Sue Crouch, Defendant

*/s/ Glenda Hughes*
Glenda Hughes, Esq
Attorney for Defendant, Ina Sue Crouch