IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-111-MEF |
| | ) | |
| AM SOUTH BANK, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the Motion for Carol Ann Bustin to Withdraw as Counsel (Doc. #100) filed on January 23, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 6th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE