IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**JAMES E. CROUCH**                                                                          **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. 2:06-CV-00111-MEF**

**AMSOUTH BANK, INA SUE**                                                          **DEFENDANTS**
**CROUCH, AMSOUTH INVESTMENT**
**SERVICES, INC., LINCOLN**
**NATIONAL LIFE INSURANCE**
**COMPANY, and**
**JOHN and JANE DOES 3-10**

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW, the Plaintiff, James E. Crouch ("James"), and files this Notice Concerning Settlement Conference and Mediation. Per this Court's November 9, 2006, Amended Scheduling Order, the parties conducted a face-to-face settlement conference at 8:00 a.m. on June 5, 2007 at the offices of Balch & Bingham in Montgomery, AL. Plaintiff James E. Crouch attended the conference. Ina Sue Crouch and her counsel, Glenda Hughes, were present. AmSouth Bank and AmSouth Investment Services, Inc.'s counsel, Charles Paterson and Joe Seawell Moore were present, but representatives of the AmSouth defendants were not in attendance. Lincoln National's counsel Mitchell D. Greggs and Glenn Waldrop, Jr. attended the conference, but representatives of Lincoln National were not present. The parties were unable to reach a settlement agreement. The parties do not believe at this time that mediation will assist them in reaching a settlement.

In addition, the parties also discussed outstanding discovery disputes but were unable to resolve the discovery issues, and motions to compel will be filed shortly on unresolved issues.

Respectfully submitted by,
James E. Crouch,

BY:    s/ Samuel S. McHard
Samuel S. McHard, MB #100295
BRYAN, NELSON, P.A.
Attorneys at Law
Post Office Box 18109
Hattiesburg, MS 39404-8109
Phone: (601) 261-4100
Fax:   (601) 261-4106

Of Counsel:
Glenn L. White, PLLC
207 Old Richton Road
Post Office Box 672
Petal, MS 39465
Phone: 601-544-8855
Fax: 601-544-8889

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Paul J. Delcambre, Jr**
pdelcambre@balch.com
lhale@balch.com

**Glenda Wingard Hughes**
ghughes.atty@ATT.net

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com

**Edwin G. Waldrop, Jr**
gwaldrop@lfwlaw.com
denised@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com

    s/ Samuel S. McHard
    Samuel S. McHard