IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10                                                  DEFENDANTS

### DISCLOSURE OF EXPERTS

COMES NOW the Plaintiff, James Crouch, by and through his attorneys, and in compliance with FRCP 26(a), hereby discloses and designates his expert witnesses.

1. Experts retained to provide expert testimony as contemplated by Federal Rule of Civil Procedure 26:

    a. Al Shiyou, 301 West Pine Street, Hattiesburg, MS 39401

        i. Identity: Mr. Shiyou is an attorney and a former trust officer for Trustmark Bank. Mr. Shiyou's CV is attached hereto as Exhibit A.

        ii. Subject and Grounds: Mr. Shiyou is expected to testify as to the liability issues in this matter.

        iii. Materials Reviewed: Mr. Shiyou's opinions are based upon his education, training and experience as a bank officer and an attorney responsible for investments and compliance issues and are based upon review of the pleadings and discovery in this action, including the depositions and exhibits thereto.



EXHIBIT A

iv.     Opinions: James Edward Crouch was the son of James Earl Crouch and was the annuitant beneficiary designee as designated by the sole annuitant, James Earl Crouch, pursuant to the terms of the Application for the annuity issued by Lincoln National Life Insurance Company and sold by AmSouth Bank and its wholly owned subsidiary, AmSouth Investment Services, Inc. Pursuant to the terms of the Application, only the annuitant could properly make a change of such annuitant-designated beneficiaries. The purported change of beneficiary form to change the beneficiary of the Annuity was signed by Ina Sue Crouch in order to divert the entire value of the annuity to herself rather than to her son, James Edward Crouch. Such a signature, without a power of attorney, and express written documentation is contrary to reasonable banking and commercial practices. Ronda Robinson was improperly trained and experienced in acceptable procedure related to sale and servicing of annuities. Lincoln National and both AmSouth Companies failed to adequately education, train, and supervise Ronda Robinson and failed to publish adequate and proper rules, regulations, and policies regarding said annuity activity. Ronda Robinson admitted that even with respect to the inadequate education, training procedures and policies which she was provided, she made mistakes regarding the Crouch annuity. The aforesaid misconduct directly and proximately caused the

improper payment of the annuity benefits to Ina Sue Crouch rather than James Edward Crouch.

2. <u>Lay Opinion Testimony:</u>

   a. James and Teresa Crouch

      i. Identity: James and Teresa Crouch are identified in the pre-discovery disclosure and in the deposition of James Crouch.

      ii. Subject and Grounds: The annuity contract for the Lincoln National Life Insurance Company policy purchased by James' father has not been provided.

      iii. Material Reviewed: Their opinions are based upon review of the pleadings and discovery in this action, including the depositions and exhibits thereto.

      iv. Opinions:

         1. James Earl Crouch's signature appears on the original May application but does not appear on the purported change of beneficiary form.

         2. See all other opinions of James Crouch set forth in the Affidavit of James Edward Crouch dated March 22, 2006, and previously filed in this action.

         3. See all other opinions of Teresa Crouch set forth in her affidavit dated March 22, 2006, and previously filed in this action.

THIS the 18th day of May, 2007.

Respectfully submitted,

JAMES E. CROUCH, PLAINTIFF


By:_____s/ Samuel McHard_____
    SAMUEL S. MCHARD, MSB #100295


SAMUEL S. MCHARD MSB #100295
McHARD & ASSOCIATES
223 W. CANEBRAKE BOULEVARD
HATTIESBURG, MS 39404
601-310-7973

GLENN L. WHITE, MSB #7137
GLENN L. WHITE, PLLC
POST OFFICE BOX 672
PETAL, MS 39465
601-544-8855


## CERTIFICATE OF SERVICE

    I do hereby certify that on May 18, 2007, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Glenda Wingard Hughes**
ghughes.atty@ATT.net

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com

**Edwin G. Waldrop, Jr.**

**Edwin G. Waldrop, Jr.**
gwaldrop@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com

And I do hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing document to:

Carol Ann Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, MS 39402
Attorney for Ina Sue Crouch

                                              s/    Samuel McHard