## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## WITNESS LIST OF LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant Lincoln National Life Insurance Company ("Lincoln National")

provides the following list of witnesses pursuant to Sections 10 and 11 of the

Amended Scheduling Order (Document # 98):

1.   James Edward Crouch
     c/o Samuel S. McHard, Esquire
     223 West Canebrake Boulevard
     Hatiesburg, MS 39404
     (601) 310-7973

2.   Ina Sue Crouch
     360 Old 231 Highway
     Wetumpka, AL 36092
     (telephone number unknown)

3.   Ronda Robinson
     132 Forest Avenue
     Wetumpka, AL 36092
     (telephone number unknown)

4.    Sharon Bowman
       Lincoln National Life Insurance Company
       Fort Wayne, Indiana
       c/o E. Glenn Waldrop, Jr.
       Lightfoot, Franklin & White, LLC
       400 20th Street North
       Birmingham, AL 35203
       (205) 581-0700

5.    Lincoln National also designates the following portions of the

deposition of James Edward Crouch which it may use in accordance with Section

11 of the Amended Scheduling Order (may use transcript or videotape or both):

p. 86, ll. 19-23
p. 87, ll. 1-6

p. 94, ll. 20-23
p. 95, ll. 1-23
p. 96, ll. 1-7

p. 100, ll. 12-20

p. 104, ll. 22-23
p. 105, ll. 1-23
p.106, ll. 1-23
p. 107, ll. 3-23
p. 108, ll. 1-23
p. 109, ll. 1-3

p. 111, ll. 5-13

Lincoln National expects to call to testify or to cross-examine each of the

above named witnesses.  Lincoln National reserves the right to use any deposition

transcripts for purposes of impeachment, as allowed by the Amended Scheduling

Order.

_____
One of the Attorneys for Defendant
Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Burton Paterson, Esq.
cpaterson@balch.com

Samuel S. McHard, Esq.
smchard@mchardlaw.com

Glenda Wingard Hughes, Esq.
gwhughes@elmore.rr.com

Joseph Seawall Moore, Esq.
jsmoore@balch.com


Respectfully submitted,


Of Counsel