IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | |
| | ) | 2:06-cv-00111-MEF |
| LINCOLN NATIONAL LIFE | ) | |
| INSURANCE COMPANY *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## EXHIBIT LIST OF LINCOLN NATIONAL LIFE INSURANCE COMPANY

Defendant Lincoln National Life Insurance Company ("Lincoln National") provides the following list of exhibits pursuant to Section 12 of the Amended Scheduling Order (Document # 98):

| Number | Date | Description | Bates |
|---|---|---|---|
| 1 | 7/12/2007 | Certified Copy of Annuity Contract # 774944 | Lincoln/Crouch 00204 – Lincoln/Crouch 00220 |
| 2 | 4/4/2000 | Annuity Service Request | Lincoln/Crouch 00007 |
| 3 | 5/16/2000 | Letter to James E. Crouch and Sue Crouch | Lincoln/Crouch 00008 |
| 4 | 2/20/2001 | Initial Annuity Claim Notification | Lincoln/Crouch 00009 |

| 5 | 3/5/2001 | Letter to Ronda Robinson | Lincoln/Crouch 00010 - Lincoln/Crouch 00011 |
|---|---|---|---|
| 6 | 5/7/1998 | Annuity Application | Lincoln/Crouch 00012 |
| 7 | 2/22/2001 | Certificate of Death of James Earl Crouch | Lincoln/Crouch 00013 |
| 8 | 3/13/2001 | Annuity Claimant's Statement - Standard | Lincoln/Crouch 00014 - Lincoln/Crouch 00015 |
| 9 | 3/22/2001 | Letter to Sue Crouch | Lincoln/Crouch 00030 |
| 10 | 3/22/2001 | Letter to Ronda Robinson | Lincoln/Crouch 00017 |
| 11 | 9/4/2001 | Letter to Ron Sylvander from James Edward Crouch | Lincoln/Crouch 00018 |
| 12 | 9/8/2001 | Letter to James Edward Crouch from Ron Sylvander | Lincoln/Crouch 00019 |
| 13 | 5/17/2002 | Letter to Ron Sylvander from Brenda Mae Crouch Cobb | Lincoln/Crouch 00020 |
| 14 | 5/24/2002 | Letter to Brenda Cobb from Ron Sylvander | Lincoln/Crouch 00021 |
| 15 | Various | Phone Log Inquiry | Lincoln/Crouch 00026 |
| 16 | 3/22/2001 | Payment Worksheet for Claim # 774944 | Lincoln/Crouch 00028 |

| 17 | 5/7/1998 | Contract Data Sheet | Lincoln/Crouch 00037 |
| 18 | None | Annuity Death Claim Settlement Options & Instructions | Lincoln/Crouch 00042 - Lincoln/Crouch 00045 |
| 19 | 5/16/2000 | Letter to James E. Crouch and Sue Crouch with Enclosures | Lincoln/Crouch 00049 - Lincoln/Crouch 00051 |
| 20 | None | Policy Schedule | Lincoln/Crouch 00057 - Lincoln/Crouch 00059 |
| 21 | 5/18/1998 | Letter to Ronda Robinson | Lincoln/Crouch 00060 |
| 22 | 5/18/1998 | Letter to James E. Crouch and Sue Crouch | Lincoln/Crouch 00061 - Lincoln/Crouch 00065 |
| 23 | 7/27/2000 | Broker-Dealer Selling Agreement | Lincoln/Crouch 00067 - Lincoln/Crouch 00082 |
| 24 | Various | Ronda Robinson Licensing File | Lincoln/Crouch 00132 - Lincoln/Crouch 00154 |
| 25 | None | Forms Manual | Lincoln/Crouch 00155 - Lincoln/Crouch 00192 |
| 26 | None | Sample Investor's Choice Annuity Contract | LN028 - LN041 |

Lincoln National reserves the right to use any documents for purposes of impeachment, as allowed by the Amended Scheduling Order.

                                             /s/ Mitchell D. Greggs
                                             _____
                                             One of the Attorneys for Defendant
                                             Lincoln National Life Insurance Company

OF COUNSEL:
E. Glenn Waldrop, Jr. (WALDG7740)
Mitchell D. Greggs (GREGM5304)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
(205) 581-0700
(205) 581-0799 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that on this 1st day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Burton Paterson, Esq.
cpaterson@balch.com

Samuel S. McHard, Esq.
smchard@mchardlaw.com

Glenda Wingard Hughes, Esq.
gwhughes@elmore.rr.com

Joseph Seawall Moore, Esq.
jsmoore@balch.com


                                   Respectfully submitted,

                                   _____
                                   Of Counsel