# Curriculum Vitae

Al Shiyou
Shiyou Law Firm
301 West Pine Street
Hattiesburg, MS 39403
Phone: (601) 583-6040
Email: shiyou@aol.com

**QUALIFICATIONS**:

      A practicing attorney with emphasis on financial transactions and bankruptcy, spent years as a trust officer at Trustmark Bank, have extensive experience in facilitating banking and commercial transactions.

**EDUCATION**

      Mississippi College School of Law
      Admitted to the Mississippi Bar - April 1, 1982

**EXPERIENCE**

      Trust Officer - Trustmark Bank
      Practicing Attorney - Shiyou Law Firm