IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )    CASE NO. 2:06-cv-111-MEF |
| | ) |
| AM SOUTH BANK, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration Lincoln National Life Insurance Company's Motion to Strike Plaintiff's Expert Designation (Doc. #107) filed on August 1, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before August 14, 2007 as to why the motion should not be granted.

DONE this the 8th day of August, 2007.

                                                      /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE