# Curriculum Vitae

**NAME:**     Al Shiyou
**ADDRESS:**  301 West Pine Street
              Hattiesburg, MS 39403
**PHONE:**    (601) 583-6040
**EMAIL:**    shiyou@aol.com

**EDUCATION:**

    Panola High School - 1973
    Copiah-Lincoln Jr. College - 1975
    University of Southern Mississippi - BS degree in Criminal Justice - 1977
    Mississippi College School of Law - Juris Doctorate - 1982
    Admitted to the Mississippi Bar - April 1, 1982

**QUALIFICATIONS**:

    A practicing attorney who spent five (5) years as a Vice-President and Trust Officer at Trustmark Bank in Hattiesburg, Mississippi with extensive experience in banking and commercial transactions including trusts, life insurance, annuities and other investment vehicles, and the review, administration, interpretation and participation in connection with those vehicles by banks.

**EXPERIENCE:**

    Vice-President and Trust Officer - Trustmark Bank, Hattiesburg, MS - 1982 to 1987
    Practicing Attorney - Shiyou Law Firm - 1987 to present
    Alcoholic Beverage Control Investigator - MS State Tax Commission - 1978 to 1981
    Sales Agent - Nationwide Insurance Company - 1 year