IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES E. CROUCH** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 2:06-CV-00111-MEF |
| AMSOUTH BANK, INA SUE CROUCH, AMSOUTH INVESTMENT SERVICES, INC., LINCOLN NATIONAL LIFE INSURANCE COMPANY, and JOHN and JANE DOES 3-10 | **DEFENDANTS** |

### SUPPLEMENT TO PLAINTIFF'S DISCLOSURE OF EXPERT DESIGNGATION

NOW COMES Plaintiff, James E. Crouch, by and through his attorney, and hereby files his Supplement to Plaintiff's Disclosure of Expert Designation and attaches the updated Curriculum Vitae of his expert, Al Shiyou to this Supplement.

Respectfully submitted,

JAMES E. CROUCH, Plaintiff

By:   s/ Samuel S. McHard

Samuel S. McHard, MS Bar No. 100295
*pro hac vice*

SAMUEL S. MCHARD, MB# 100295
MCHARD & ASSOCIATES, PLLC
32 MILBRANCH ROAD, SUITE 50
HATTIESBURG, MISSISSIPPI 39402
T: 601-450-1715
F: 601-450-1719

CERTIFICATE OF SERVICE

       I do hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
ghughes.atty@ATT.net
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorney for AmSouth Bank**

**Edwin G. Waldrop, Jr**
gwaldrop@lfwlaw.com
denised@lfwlaw.com

**Mitchell D. Greggs**
mgreggs@lfwlaw.com
**Attorney for Lincoln National Life Insurance Co.**

                                                  s/Samuel S. McHard