IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>AMSOUTH BANK, et al., )<br>)<br>    Defendants. )<br>) | Case No.<br>2:06-cv-00111-MEF |

## DEFENDANTS' WITNESS AND EXHIBIT LIST

### Witness List

Defendants AmSouth Bank and AmSouth Investment Services, Inc. ("collectively, the "AmSouth") designate the following persons and/or entities who may be called as witness at the trial of this matter pursuant to Sections 10 and 11 of the Amended Scheduling Order (Document # 98):

1.  James Edward Crouch
    c/o Samuel S. McHard, Esq.
    223 West Canebrake Boulevard
    Hattiesburg, MS 39404
    (601) 310-7973

2.  Ina Sue Crouch
    360 Old 231 Highway
    Wetumpka, AL 36092
    (telephone number unknown)

3.  Ronda Robinson
    132 Forest Avenue
    Wetumpka, AL 36092
    (334) 365-8806

183572.1

      4.      Ann Robinson
Morgan Keegan
Memphis, TN
c/o Charles B. Paterson
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
(334) 834-6500

      5.      Any witness listed, subpoenaed, or otherwise available to be called by Plaintiff or one of the co-defendants.

      6.      Any witness called as a witness at the trial of this matter by Plaintiff.

      7.      Any witness necessary for rebuttal or impeachment.

      8.      Any witness necessary to authenticate any document which may be offered into evidence at the trial of this matter, or to establish the chain of custody of any document or exhibit.

AmSouth may or many not offer testimony of the persons and/or entities identified in this document, and may object to the testimony of any person and/or entity identified in this document if that testimony is offered by the Plaintiff. AmSouth, pursuant to the Amended Scheduling Order, reserves the rights to use any deposition transcript for impeachment purposes.

183572.1

## Exhibit List

| No. | Date | Description | Bates | Offered | Admit/Object |
|---|---|---|---|---|---|
| 1 | 7/12/2007 | Certified Copy of Annuity Contract # 774944 | Lincoln/Crouch 00204-220 | | |
| 2 | 4/4/2000 | Annuity Service Request | Lincoln/Crouch 00007 | | |
| 3 | 5/16/2000 | Letter to James E. Crouch and Sue Crouch | Lincoln/Crouch 00008 | | |
| 4 | 2/20/2001 | Initial Annuity Claim Notification | Lincoln/Crouch 00009 | | |
| 5 | 3/5/2001 | Letter to Ronda Robinson | Lincoln/Crouch 00010-11 | | |
| 6 | 5/7/1998 | Annuity Application | Lincoln/Crouch 00012 | | |
| 7 | 2/22/2001 | Certificate of Death of James Earl Crouch | Lincoln/Crouch 00013 | | |
| 8 | 3/13/2001 | Annuity Claimant's Statement-Standard | Lincoln/Crouch 00014 –15 | | |
| 9 | 3/22/2001 | Letter to Sue Crouch | Lincoln/Crouch 00030 | | |
| 10 | 3/22/2001 | Letter to Ronda Robinson | Lincoln/Crouch 00017 | | |
| 11 | 9/4/2001 | Letter to Ron Sylvander from James Edward Crouch | Lincoln/Crouch 00018 | | |
| 12 | 9/8/2001 | Letter to James Edward Crouch from Ron Sylvander | Lincoln/Crouch 00019 | | |
| 13 | 5/17/2002 | Letter to Ron Sylvander from Brenda Mae Crouch Cobb | Lincoln/Crouch 00020 | | |
| 14 | 5/24/2002 | Letter to Brenda Cobb from Ron Sylvander | Lincoln/Crouch 00021 | | |
| 15 | Various | Phone Log Inquiry | Lincoln/Crouch 00026 | | |
| 16 | 3/22/2001 | Payment Worksheet for Claim # 774944 | Lincoln/Crouch 00028 | | |

183572.1

| No. | Date | Description | Bates | Offered | Admit/ Object |
|---|---|---|---|---|---|
| 17 | 5/7/1998 | Contract Data Sheet | Lincoln/Crouch 00037 | | |
| 18 | None | Annuity Death Claim Settlement Options & Instructions | Lincoln/Crouch 00042 –45 | | |
| 19 | 5/16/2000 | Letter to James E. Crouch and Sue Crouch with Enclosures | Lincoln/Crouch 00049 –51 | | |
| 20 | None | Policy Schedule | Lincoln/Crouch 00057 –59 | | |
| 21 | 5/18/1998 | Letter to Ronda Robinson | Lincoln/Crouch 00060 | | |
| 22 | 5/18/1998 | Letter to James E. Crouch and Sue Crouch | Lincoln/Crouch 00061 –65 | | |
| 23 | 7/27/2000 | Broker-Dealer Selling Agreement | Lincoln/Crouch 00067 –82 | | |
| 24 | Various | Ronda Robinson Licensing File | Lincoln/Crouch 000132 –154 | | |
| 25 | None | Forms Manual | Lincoln/Crouch 00155 –192 | | |
| 26 | None | Sample Investor's Choice Annuity Contract | LN028 – LN041 | | |
| 27 | Various | Ronda Robinson Personnel File | ASO/AIS 0045-0081 | | |
| 28 | 5/7/1998 | Confidential Client Profile | ASO/AIS 0004-0006 | | |
| 29 | None | Any exhibit need for rebuttal or impeachment | | | |

AmSouth reserves the right to (a) supplement this list, (b) not to offer and/or object to the use of any of the foregoing by any other party; (c) to offer as a separate exhibit any portion of or any summary of any of the foregoing; (d) to offer an enlargement of any of the foregoing; (e) to use any document identified in subsequent discovery; (f) to use any exhibit listed by any other

183572.1

party if AmSouth's objection thereto is waived or overruled; and (g) to use other documents for rebuttal and/or impeachment.

Respectfully submitted this the 8th day of August, 2007.

                                              s/Joseph Seawell Moore
                                              One of the Attorneys for AmSouth Bank and
                                              AmSouth Investment Services

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com


Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228)864-9900
Facsimile: (228) 864-8221
pdelcambre@balch.com

183572.1

## CERTIFICATE OF SERVICE

I certify that on August 8th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

*Attorney for James E Crouch*

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

*Attorney for James E. Crouch*

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

*Attorney for Lincoln National Life Insurance Company*

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

*Attorney for Ina Sue Crouch*

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

*Attorney for Ina Sue Crouch*

s/Joseph Seawell Moore
Of Counsel

183572.1