IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 2:06-CV-00111-MEF |
| AMSOUTH BANK, ET AL | DEFENDANT |

**PLAINTIFF'S SUPPLEMENTAL WITNESS LIST**

COMES NOW Plaintiff, James E.Crouch, by and through his counsel of record, Samuel S. McHard, and files this his Plaintiff's Supplemental Witness List and would show unto this Court the following witnesses pursuant to Sections 10 and 11 of the Amended Scheduling Order (Document # 98):

1. James Edward Crouch
   74 Bob Graham Road
   Sumrall, Mississippi 39482

2. Teresa Crouch
   74 Bob Graham Road
   Sumrall, Mississippi 39482

3. Al Shiyou
   Expert Witness
   301 W. Pine Street
   Post Office Box 310
   Hattiesburg, Mississippi 39403-0310

4. Ina Sue Crouch
   c/o Glenda W. Hughes, Esq.
   103-B Commerce Street
   Wetumpka, Alabama 36092

5.     Ronda T. Robinson
       c/o Balch & Bingham or
       People's Bank & Trust
       148 East Main Street
       Prattville, Alabama 36067

6.     Brenda Cobb
       2005 Yancy Avenue
       Montgomery, Alabama 36107
       (334) 834-1627

7.     Plaintiff also designates the following portions of the deposition of Ina Sue Crouch taken on January 22, 2002:

       p. 44, ll. 11-23
       p. 45, ll. 1-5
       p. 48, ll. 10-22
       p. 50, ll. 17-22
       p. 74, l. 23
       p. 75 ll. 107
       P. 93, ll. 11-23

8.     Plaintiff also designates the following portions of the videotaped deposition of Ina Sue Crouch taken on August 23, 2006 (may use transcript or videotape or both):

       p. 6, ll. 1-17
       p. 9, ll. 15-23
       p. 10, ll. 8-22
       p. 11, ll. 1-4
       p. 12, ll. 1-15; 22-23
       p. 13, l. 1
       p. 15, ll. 13-22
       p. 20, ll. 11-22
       p. 22, ll. 16-23
       p. 23, ll. 1-10, 17-21
       p. 29, ll. 5-23
       p. 30, ll. 1-18
       p. 34, ll. 6-8, 15-21
       p. 35, ll. 19-23
       p. 36, ll. 1-5

p. 37, ll. 19-23
p. 38, ll. 1-7
p. 39, ll. 5-7
p. 46, ll. 5-13
p. 48, ll. 5-14
p. 49, ll. 9-23
p. 51, ll. 22-23
p. 52, ll. 1-6
p. 53, ll. 16-23
p. 54, ll. 1-23
p. 55, ll. 1-2
p. 58, ll. 14-23
p. 59, ll. 1-2
p. 60, ll. 17-23
p. 72, ll. 2-23
p. 73, ll. 1-18
p. 74, ll. 5-23
p. 75, ll. 1-23
p. 76, ll. 1-4 ending with "couldn't."
p. 77, ll. 10-19
p. 78, ll. 20-23
p. 79, ll. 1-17
p. 80, ll. 2-9, ll. 18-23
p. 81, ll. 1-15, 19-23
p. 82, ll. 1-19
p. 85, ll. 1-3, 14-17, 22-23
p. 86, ll. 1-11
p. 88, ll. 17-23
p. 89, ll. 1-10
p. 90, ll. 15-23
p. 91, ll. 1-16
p. 92, ll. 2-9 ending with "it", ll. 18-23
p. 93, ll. 1-23
p. 94, ll. 12-20
p. 100, ll. 15-23
p. 101, ll. 1-23
p. 104, ll. 13-23
p. 105, ll. 1-23
p. 106, ll. 1-11
p. 112, ll. 3-23
p. 113, ll. 1-10
p. 126, ll. 19-22
p. 129, ll. 21-23

       p. 130, ll. 1-9
       p. 131, ll. 7-23
       p. 148, ll. 15-23
       p. 149, ll. 1-11
       p. 152, ll. 7-14
       p. 153, ll. 10-23
       p. 155, ll. 21-23
       p. 156, ll. 1-7
       p. 163, ll. 20-23
       p. 164, ll. 1-2

9.     Plaintiff also designates the following portions of the videotaped deposition of Ronda

       Robinson taken on August 23, 2006 (may use transcript or videotape or both):

       p. 8, ll. 14-23
       p. 9, ll. 1-2, 14-23
       p. 10, ll. 1
       p. 13, ll. 6-23
       p. 15, ll. 1-23
       p. 16, ll. 1-23
       p. 17, ll. 1-23
       p. 20, ll. 2-3
       p. 22, ll. 20-23
       p. 23, ll. 1-5
       p. 26, ll. 1-4
       p. 26, ll. 20-23
       p. 29, ll. 17-23
       p. 30, ll. 1-4
       p. 32, ll. 4-17
       p. 32, ll. 4-17
       p. 33, ll. 16-23
       p. 34, ll. 1-23
       p. 35, ll. 1-23
       p. 36, ll. 1-23
       p. 37, ll. 1-23
       p. 38, ll. 1-23
       p. 40, ll. 1-23
       p. 41, ll. 1-23
       p. 42, ll. 1-23
       p. 43, ll. 1-23
       p. 44, ll. 1-23
       p. 45, ll. 1-23

p. 46, ll. 1-23
p. 47, ll. 1-6, 18-21
p. 51, ll. 14-19
p. 52, ll. 17-21
p. 55, ll. 15-21
p. 56, ll. 9-21
p. 57, ll. 2-23
p. 58, ll. 1, 5-10
p. 59, ll. 15-17
p. 60, ll. 2-8, 16-20
p. 61, ll. 1-18
p. 62, ll. 9-23
p. 63, ll. 1-17
p. 65, ll. 6-13
p. 69, ll. 17-23
p. 70, ll. 1-10, 15-17
p. 71, ll. 11-16, 21-23
p. 72, ll. 1
p. 73, ll. 11-22
p. 74, ll. 2-7, 12-21
p. 75, ll. 9-13
p. 76, ll. 17-19
p. 77, ll. 8-14
p. 78, ll. 7-22
p. 79, ll. 4-23
p. 81, ll. 3-22
p. 82, ll. 11-23
p. 83, ll. 1-22
p. 84, ll. 13-22
p. 90, ll. 7-14
p. 92, ll. 15-20
p. 93, ll. 20-23
p. 94, ll. 8-23
p. 95, ll. 1-23
p. 96, ll. 1-9, 20-23
p. 97, ll. 1-19
p. 98, ll. 20-23
p. 99, ll. 1-4, 18-23
p. 100, ll. 1-12, 20-23
p. 101, ll. 1-2, 8-10, 20-21
p. 102, ll. 8-23
p. 103, ll. 1-23
p. 104, ll. 1-16

        p. 105, ll. 3-7, 14-21
        p. 106, ll. 1-23
        p. 107, ll. 1-18
        p. 108, ll. 2-23
        p. 109, ll. 13-23
        p. 110, ll. 1-23
        p. 111, ll. 1-23
        p. 112, ll. 1-23
        p. 113, ll. 1-14
        p. 114, ll.15-23
        p. 115, ll.1-17
        p. 121, ll. 14-23
        p. 122, ll. 1-2
        p. 123, ll.  7-10
        p. 124, ll. 3-22
        p. 125, ll. 16-23
        p. 126, ll. 22-23
        p. 127, ll. 1
        p. 129, ll. 14-23
        p. 130, ll. 1-8, 15-17
        p. 131, ll. 2-22
        p. 132, ll. 2-23
        p. 133, ll. 1-15, 21-23
        p. 134, ll. 1-23
        p. 135, ll. 1, 16-22
        p. 136, ll. 1-14
        p. 138, ll. 1-23
        p. 139, ll. 1-23
        p. 140, ll. 1-140
        p. 141, ll. 1
        p. 142, ll. 15-19
        p. 143, ll. 6 - 23
        p. 144, ll. 1-13
        p. 149, ll. 14-21
        p. 150, ll. 1-23
        p. 151, ll. 1-3
        p. 164, ll. 21-23
        p. 165, ll. 1-9
        p. 166, ll. 1-5

    Plaintiff expects to call to testify or to cross-examine each of the above named witnesses.

    Plaintiff reserves the right to use any deposition transcripts for purposes of impeachment, as allowed

by the Amended Scheduling Order.

    Respectfully submitted this the 14th day of August, 2007.

                                              JAMES E. CROUCH, PLAINTIFF

                    BY:    s/ Samuel S. McHard
                              SAMUEL S. MCHARD

## CERTIFICATE OF SERVICE

I do hereby certify that on August 14th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**


                                s/Samuel S. McHard