IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

**JAMES E. CROUCH**                                                                 **PLAINTIFF**

**VS.**                                                           **CIVIL ACTION NO. 2:06-CV-00111-MEF**

**AMSOUTH BANK, INA SUE**                                                **DEFENDANTS**
**CROUCH, AMSOUTH INVESTMENT**
**SERVICES, INC., LINCOLN**
**NATIONAL LIFE INSURANCE**
**COMPANY, and**
**JOHN and JANE DOES 3-10**

**SUPPLEMENT TO PLAINTIFF'S DISCLOSURE OF EXPERT DESIGNATION**

NOW COMES Plaintiff, James E. Crouch, by and through his attorney, and hereby files his Supplement to Plaintiff's Disclosure of Expert Designation and attaches the Amended Disclosure of Expert Al Shiyou.

**DISCLOSURE OF EXPERTS**

NOW COMES Plaintiff, James E. Crouch, by and through his attorney, and in compliance with FRCP 26(a), hereby discloses and designates his expert witnesses.

1.  <u>Experts retained to provide expert testimony as contemplated by Federal Rule of Civil Procedure 26</u>:

    (a)   Al Shiyou, 301 West Pine Street, Hattiesburg, MS  39401

        (i)   Identity: Mr. Shiyou is an attorney and a former trust officer for Trustmark Bank.  Mr. Shiyou's CV is attached hereto as Exhibit A.

        (ii)  Subject and Grounds:  Mr. Shiyou is expected to testify as to banking and commercial standards with emphasis on practices related to signing and witnessing of documents.

        (iii) Materials Reviewed:  Mr. Shiyou's opinions are based upon his education, training and experience as a bank officer and an attorney

1

responsible for investments and compliance issues and are based upon review of the pleadings and discovery in this action, including the depositions and exhibits thereto. Specifically, but not exclusively, Mr. Shiyou bases his opinion on:

1. April 4, 2000, Annuity Service Request  (Lincoln/Crouch 00007);
2. Deposition of Ina Sue Crouch, pg 77 lines 2-9;
3. Deposition of Ronda Robinson pg 45 lines 1-23, pg 46 lines 1-6;

(iv) Opinions:  James Edward Crouch was the son of James Earl Crouch and was the annuitant beneficiary designee as designated by the sole annuitant, James Earl Crouch, pursuant to the terms of the Application for the annuity issued by Lincoln National Life Insurance Company and sold by AmSouth Bank and its wholly owned subsidiary, AmSouth Investment Services, Inc.  Pursuant to the terms of the Application, only the annuitant could properly make a change of such annuitant-designated beneficiaries. Ina Sue Crouch signed her husband, James Earl Crouch's, name to the April 4, 2000, Annuity Service Request. (*See* Lincoln/Crouch 00007 Deposition of Ina Sue Crouch, pg 77 lines 2-9).  Such a signature, without a power of attorney and express written documentation, is contrary to reasonable banking and commercial practices.  Ronda Robinson was improperly trained and inexperienced in acceptable procedure related to sale and servicing of annuities.  Lincoln National and both AmSouth Companies failed to adequately education, train, and supervise Ronda Robinson and failed to publish adequate and proper rules, regulations, and policies

2

        regarding said annuity activity.  (Deposition of Ronda Robinson pg 45 lines 1-23, pg 46 lines 1-6).  Ronda Robinson admitted that even with respect to the inadequate education, training procedures and policies which she was provided, she made mistakes regarding the Crouch annuity.  *Id.*  The aforesaid misconduct was directly contrary to unreasonable banking and commercial practices.

(v)    Al Shiyou has not published within the last ten years, nor has he testified as an expert in the previous four years.

(vi)    Al Shiyou is being compensated $200.00 per hour for his study, review of documents, and testimony.

                      Respectfully submitted,
                      JAMES R. CROUCH, Plaintiff

                      By:    s/ Samuel S. McHard
                      Samuel S. McHard, MS Bar No. 100295
                      *pro hac vice*

McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on August 14th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorney for AmSouth Bank**


                                        s/Samuel S. McHard