IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE                                              DEFENDANTS
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10

**PLAINTIFF'S EXHIBIT INDEX**

COMES NOW Plaintiff, James E. Crouch, by and through his counsel of record, Samuel S. McHard, and files this his Plaintiff's Exhibit Index and would show unto this Court the following Exhibits pursuant to Sections 10 and 11 of the Amended Scheduling Order (Document # 98):

1.  Certificate of Live Birth

2.  Marriage license

3.  Affidavit of Ina Sue Crouch

4.  Obituary

5.  Deposition of Ina Sue Crouch taken on January 22, 2002

6.  Personnel File for Ronda Robinson (ASO/AIS 0029-0081)

7.  8/28/97 official check payable to James Edward Crouch for $100,000.00

8.  Ronda Robinson – Licensing File

9.  Fixed Annuity Purchase Authorization Form

10. Confidential Client Profile (AmSouth Investment Services)

11. Flexible Premium Deferred Fixed Annuity Application

12. 5/7/98 Lincoln National Premium Receipt for $250,000.

13. 5/18/98 letter to James E. And Sue Crouch from Andrea Lewis,. New Business Representative, Lincoln National Life Insurance

14. 5/18/98 letter to Ronda Robinson from Andrea L. Lewis, New Business Services Lincoln National Life

15. New Business Worksheet

16. Copy of handwritten notes by Ronda Robinson

17. Memo to the file of James E. Crouch dated July 6, 2001

18. Affidavit of Ronda T. Robinson

19. Declaration of Ronda Robinson in Support of Motion to Transfer

20. Fixed Annuity Contract – Annual Statement for period 12/08/98 - 12/08/99

21. Annuity Service Request

22. Fixed Annuity Contract – Annual Statement for period 05/08/99 - 05/08/00

23. Death Certificate

24. Complaint for Discovery

25. 2 transcripts of Ina Sue Crouch
    a. *IN RE JAMES EARL CROUCH,* CASE NO. 01-272, in the Probate Court of Elmore County, Alabama dated 1/22/2002
    b. Deposition in *Crouch v. AmSouth Bank, et al* dated August 23, 2006

26. 1 transcript of Ronda Robinson dated August 23, 2006

27. Signature card of James E. Crouch and Ina Sue Crouch (bates No. ASO/AIS 184-85)

28. Copy of Contract between Lincoln and AIS in force in 1998 which allowed AmSouth to sell Annuities (Bates Nos. Lincoln/Crouch 193-203)

29. Copies of all cancelled checks and bank statements for joint checking account maintained by James or Sue Crouch (Bates Nos. ASO/AIS 1860413)

30. Subpoena to Lincoln National and Lincoln/Crouch 0001-00154 responses

32. Amendment of Application (Lincoln/Crouch 00162)

Plaintiff expects to introduce each of the above designated exhibits. Plaintiff reserves the right to use any exhibit or evidence for purposes of impeachment, as allowed by the Amended Scheduling Order.

Respectfully submitted this the 15th day of August, 2007.

JAMES E. CROUCH, PLAINTIFF


BY:  s/ Samuel S. McHard
     SAMUEL S. MCHARD



McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 15th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following. Further, the foregoing was sent via email on August 7, 2007, to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**

s/Samuel S. McHard