IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH                                                                                           PLAINTIFF

VERSUS                                                              CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, ET AL                                                                                   DEFENDANT

**PLAINTIFF'S AMENDED/CORRECTED EXHIBIT LIST**

COMES NOW Plaintiff, James E. Crouch, by and through his counsel of record, Samuel S. McHard, and files this his Plaintiff's Amended/Corrected Witness List and would show unto this Court the following Exhibits pursuant to Sections 10 and 11 of the Amended Scheduling Order (Document # 98):

| No. | Date | Description | Bates / Plaintiff's Deposition Exhibit (PDE) # | Offered | Admit/ Obj. |
|---|---|---|---|---|---|
| 1 | 3/08/1957 | James Crouch Birth Certificate | PDE 1 | | |
| 2 | 9/23/1966 | Marriage License | PDE 2 | | |
| 3 | 3/03/2006 | Affidavit of Ina Sue Crouch | PDE 3 | | |
| 4 | 2/2001 | Obituary of James Earl Crouch | PDE 4 | | |
| 5 | 1/22/2002 | 1/22/2002 Depo. of Ina Sue Crouch | PDE 5 | | |
| 6 | | Personnel File of Ronda Robinson | PDE 6 | | |
| 7 | 8/27/1997 | 8/27/97 check to JEC for $100k | PDE 7 | | |
| 8 | | Ronda Robinson - Licensing File | PDE 8 | | |
| 9 | 5/07/1998 | Fixed Annuity Purchase Authorization | PDE 10 | | |

| 10 | 5/07/1998 | Confidential Client Profile (AIS) | PDE 11 | | |
|---|---|---|---|---|---|
| 11 | 5/07/1998 | Flexible Premium Deferred Fixed Annuity Application | PDE 12 | | |
| 12 | 5/07/1998 | 5/7/1998 Lincoln National Premium Receipt for $250,000 | PDE 13 | | |
| 13 | 5/18/1998 | 5/18/98 letter to James and Sue Crouch from Andrea Lewis, New Business Representative, Lincoln National | PDE 14 | | |
| 14 | 5/18/1998 | 5/18/98 letter to Ronda Robinson from Andrea L. Lewis, New Business Services Representative, Lincoln National Life Insurance | PDE 15 | | |
| 15 | 5/18/1998 | New Business Worksheet | PDE 17 | | |
| 16 | | Copy of handwritten notes by Ronda Robinson | PDE 18 | | |
| 17 | 7/06/2001 | Memo to the file of James E. Crouch dated July 6, 2001 | PDE 18 | | |
| 18 | 3/06/2006 | Affidavit of Ronda T. Robinson | PDE 19 | | |
| 19 | | Declaration of Ronda Robinson in Support of Motion to Transfer | PDE 20 | | |
| 20 | 12/08/1999 | Fixed Annuity Contract - Annual Statement for period 12/08/98 - 12/08/99 | PDE 21 | | |
| 21 | 4/04/2000 | Annuity Service Request | PDE 22 | | |
| 22 | 5/08/2000 | Fixed Annuity Contract - Annual Statement for period 05/08/99 - 05/08/00 | PDE 23 | | |
| 23 | 2/22/2001 | Death Certificate | PDE 25 | | |
| 24 | 9/25/2002 | Complaint for Discovery | Defendants' Deposition Exhibit 4 | | |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 1/22/2002 and 8/23/2005 | 2 transcripts of Ina Sue Crouch<br>a. *In re James Crouch*, Case No. 01-272, in the Probate Court of Elmore County Alabama dated 1/22/2002<br>b. Deposition in *Crouch v. AmSouth Bank, et al* dated 8/23/2006 | | | |
| 26 | 8/23/2006 | 1 transcript of Ronda Robinson dated August 23, 2006 | | | |
| 27 | 1/04/1989 | Signature card of James E. Crouch and Ina Sue Crouch | ASO/AIS 184-85 | | |
| 28 | 7/24/1997 | Copy of Contract between Lincoln and AIS in force in 1998 | Lincoln/Crouch 193-203 | | |
| 29 | | Copies of all cancelled checks and bank statements for joint checking account maintained by James of Sue Crouch | ASO/AIS 186-413 | | |
| 30 | 5/30/2006 | Subpoena to Lincoln National and Lincoln National's Reponses | Lincoln/Crouch 00001-00154 | | |
| 31 | | OMIT | | | |
| 32 | | Amendment of Application Guide | Lincoln/Crouch 00162 | | |
| 33 | | Defendants' Initial Disclosure, Answers to Interrogatories, Requests for Production, and supplements thereto | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | | | | | |
| 47 | | | | | |
| 48 | | | | | |
| 49 | | | | | |

Plaintiff reserves the right to use any other evidence for purposes of impeachment.

    Respectfully submitted this the 15th day of August, 2007.

                                      JAMES E. CROUCH, PLAINTIFF


                        BY:    s/ Samuel S. McHard
                                SAMUEL S. MCHARD


McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on August 15th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**

s/Samuel S. McHard