IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES E. CROUCH**, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>**AMSOUTH BANK, INA SUE CROUCH** )<br>**and JOHN and JANE DOES 1-10**, )<br> )<br> Defendants. ) | Case No.<br>2:06-cv-00111-MEF |

**AMSOUTH BANK AND AMSOUTH INVESTMENT SERVICES, INC.'S**
**MOTION TO STRIKE PLAINTIFF'S AMENDED/CORRECTED EXHIBIT LIST**

Defendants AmSouth Bank and AmSouth Investment Services, Inc. (collectively "AmSouth") respectfully move this Court to enter an Order striking plaintiff's Amended/Corrected Exhibit List (Document #124) as untimely and affirmatively rule that plaintiff is precluded from introducing evidence at trial the matters contained in the amended/corrected exhibit list because he has not complied with the requirements of *Fed R. Civ. P.* 16(f) and 37(b)(2)(A)(ii),(iii). In support of this motion, AmSouth states as follows:[1]

1.  Pursuant to Sections 12 of the Court's Amended Scheduling Order (the "Order") (Document #98) entered November 9, 2006, plaintiff's exhibit list was due on August 8, 2007. Plaintiff disregarded the deadlines in the scheduling order entered by this Court, failing to even ask the Court for leave to amend, and did not serve his amended/corrected exhibit list until August 15, 2007. AmSouth adopts and incorporates by reference as if contained herein in full

---

[1] AmSouth reserves the right to further object to the admissibility of the exhibits pursuant to Section 12 of the Court's Amended Scheduling Order.

AmSouth's Motion to Strike Plaintiff's Supplemental Witness List and Deposition Designations (Document # 122).

WHEREFORE, for the foregoing reasons, AmSouth respectfully requests that this Court enter an Order ruling that plaintiff is precluded from introducing evidence at trial the matters contained in the amended/corrected exhibit list because he has not complied with the requirements of *Fed R. Civ. P.* 16(f) and 37(b)(2)(A).

Respectfully submitted this 16th day of August, 2007.

                                s/Joseph Seawell Moore
                                One of the Attorneys for Defendant,
                                AmSouth Bank and AIS, Inc.

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com


Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228)864-9900
Facsimile: (228) 864-8221
pdelcambre@balch.com

## CERTIFICATE OF SERVICE

      I certify that on August 16th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

*Attorney for James E Crouch*

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

*Attorney for James E. Crouch*

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

*Attorney for Lincoln National Life Insurance Company*

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

*Attorney for Ina Sue Crouch*

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

*Attorney for Ina Sue Crouch*

                          s/Joseph Seawell Moore
                          Of Counsel