# EXHIBIT 3

# LIGHTFOOT FRANKLIN & WHITE LLC
## TRIAL & APPELLATE COUNSEL

E. GLENN WALDROP, JR.

Writer's Direct Dial: 205-581-0713
Writer's Direct Fax: 205-380-9113
gwaldrop@lfwlaw.com

August 8, 2007

*Via Electronic Mail*
Samuel S. McHard, Esq.
McHard & Associates
223 W. Canebrake Blvd.
Hattiesburg, MS 39404

Re:   James Edward Crouch v. Amsouth Bank, et al.

Dear Sam:

I have received a copy of Plaintiff's Exhibit Index which was sent to me on August 7, 2007. I would like to request that you provide me either with copies or with the Bates numbers for the following exhibits, so that I can review them and determine whether I have any objection to their genuineness, authenticity, etc. The exhibits at issue are as follows: 1, 2, 3, 4, 16, 17, 24, and 25a. If you can provide me with the Bates numbers, or alternatively with copies of these documents, I will be most appreciative. I will be glad to pay the reasonable copying costs for this process. Thank you for your attention to this matter.

Very truly yours,

E. Glenn Waldrop, Jr.

EGWjr/tlc