# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA

**JAMES E. CROUCH**                                        **PLAINTIFF**

**VS.**                                        CIVIL ACTION NO. 2:06-CV-00111-MEF

**AMSOUTH BANK, INA SUE**                              **DEFENDANTS**
**CROUCH, AMSOUTH INVESTMENT**
**SERVICES, INC., LINCOLN**
**NATIONAL LIFE INSURANCE**
**COMPANY, and**
**JOHN and JANE DOES 3-10**

**PLAINTIFF'S COMBINED RESPONSE TO DEFENDANTS'**
**MOTIONS FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW**

## PLAINTIFF'S EXHIBIT INDEX

1.    Certificate of Live Birth

2.    Marriage license

3.    Affidavit of Ina Sue Crouch

4.    Obituary

5.    Deposition of Ina Sue Crouch taken on January 22, 2002

6.    Personnel File for Ronda Robinson (ASO/AIS 0029-0081)

7.    8/28/97 official check payable to James Edward Crouch for $100,000.00

8.    Ronda Robinson – Licensing File

9.    Fixed Annuity Purchase Authorization Form

10.   Confidential Client Profile (AmSouth Investment Services)

11.   Flexible Premium Deferred Fixed Annuity Application

12.  5/7/98 Lincoln National Premium Receipt for $250,000.

13.  5/18/98 letter to James E. And Sue Crouch from Andrea Lewis,. New Business Representative, Lincoln National Life Insurance

14.  5/18/98 letter to Ronda Robinson from Andrea L. Lewis, New Business Services Lincoln National Life

15.  New Business Worksheet

16.  Copy of handwritten notes by Ronda Robinson

17.  Memo to the file of James E. Crouch dated July 6, 2001

18.  Affidavit of Ronda T. Robinson

19.  Declaration of Ronda Robinson in Support of Motion to Transfer

20.  Fixed Annuity Contract – Annual Statement for period 12/08/98 - 12/08/99

21.  Annuity Service Request

22.  Fixed Annuity Contract – Annual Statement for period 05/08/99 - 05/08/00

23.  Death Certificate

24.  Complaint for Discovery

25.  2 transcripts of Ina Sue Crouch
     a.   *IN RE JAMES EARL CROUCH,* CASE NO. 01-272, in the Probate Court of Elmore County, Alabama dated 1/22/2002
     b.   Deposition in *Crouch v. AmSouth Bank, et al* dated August 23, 2006

26.  1 transcript of Ronda Robinson dated August 23, 2006

27.  Signature card of James E. Crouch and Ina Sue Crouch (bates No. ASO/AIS 184-85)

28.  Copy of Contract between Lincoln and AIS in force in 1998 which allowed AmSouth to sell Annuities (Bates Nos. Lincoln/Crouch 193-203)

29.  Copies of all cancelled checks and bank statements for joint checking account maintained by James or Sue Crouch (Bates Nos. ASO/AIS 1860413)

30.     Subpoena to Lincoln National and Lincoln/Crouch 0001-00154 responses

32.     Amendment of Application (Lincoln/Crouch 00162)