IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH,

    Plaintiff,

v.

AMSOUTH BANK, INSUE SUE CROUCH,
AND JOHN and JAME DOES 1-10,

    Defendants.

Case No.
2:06-cv-00111-MEF

### INA SUE CROUCH'S MOTION TO STRIKE PLAINTIFF CROUCH'S SUPPLEMENTAL WITNESS LIST AND DEPOSITION DESIGNATIONS

**COMES NOW** Defendant Ina Sue Crouch and respectfully moves this Honorable Court to enter an Order to strike Plaintiff Crouch's Supplemental Witness List and Deposition Designation (Document #s 118 & 119) as untimely and rule that Plaintiff Crouch is precluded from introducing evidence at trial on the matters as contained in the supplemental witness list and deposition designation since Plaintiff Crouch failed to comply with the requirements of Fed. R. Civ. P. 16(f) and 37(b)(2)(A)(ii)(iii), and would show unto the Court the following:

1. The witness list and deposition designations were due on August 8, 2007 pursuant to the Court Order entered on November 9, 2006. The Plaintiff served his supplemental witness list and deposition designations on August 14, 2007. The Plaintiff, furthermore, failed to even ask the Court for leave to amend. The Plaintiff's filing on

August 14, 2007is very prejudicial to Ina Sue Crouch because she only had until one day to identify responsive portions of depositions to be used.

2. Ina Sue Crouch wishes to adopt all of the Motion filed by AmSouth Bank to Strike Plaintiff's Supplemental Witness List and Deposition Designations dated August 15, 2007.

**WHEREFORE**, for the foregoing reason above and as stated in the Motion filed by AmSouth Bank, Ina Sue Crouch respectfully requests that this Court enter an Order ruling that the Plaintiff is precluded from introducing evidence at trial the matters contained in the supplemental witness list and deposition designation because he has not complied with the requirements of Fed. R. Civ. P. 16(f) and 37(b)(2)(a)(2).

**RESPECTFULLY** submitted this 16th day of August 2007.

/s/ Glenda W. Hughes  
Attorney for Ina Sue Crouch

OF COUNSEL:

Glenda W. Hughes (HUG042)  
Attorney at Law  
2305 Mt. Hebron Road  
Eclectic, AL 36024  
Telephone: (334) 541-3795  
Facsimile: (334) 567-0210

### CERTIFICATE OF SERVICE

I certify that on August 16, 2007, I electronically filed the foregoing with the Clerk of the Court using EC/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

**Attorney for James E. Crouch**

Samuel S. McHard, Esq.  
Bryan Nelson Randolph, PA

**Attorneys for AmSouth**

Charles B Paterson
Joseph Seawell Moore
BALCH & BINGHAM
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

/s/ Glenda W. Hughes
Of Counsel