IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES E. CROUCH** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO. 2:06-CV-00111-MEF** |
| **AMSOUTH BANK, INA SUE CROUCH, AMSOUTH INVESTMENT SERVICES, INC., LINCOLN NATIONAL LIFE INSURANCE COMPANY, and JOHN and JANE DOES 3-10** | **DEFENDANTS** |

## MOTIONS IN LIMINE

COMES NOW, the Plaintiff, James E. Crouch ("Plaintiff"), and files his Motions in Limine, and respectfully moves the Court to enter an order granting these Motions in Limine to require all attorneys and witnesses to refrain from making statements or comments, introducing any evidence, or giving any testimony before the jury in this cause concerning the following matter. In support thereof, Plaintiff states:

**I.      Plaintiff's First Motion in Limine**

1. The assets and/or source of income that Ina Sue Crouch intended to live off when James Earl Crouch died are irrelevant and inadmissible. Ina Sue Crouch's wealth at any period before trial, or after trial, is not relevant on the issue of liability and is merely an attempt to prejudice the jury and to influence passion prejudice and sympathy for Ina Sue Crouch. Therefore, the probative value of such evidence is substantially outweighed by the danger of unfair prejudice and is thus inadmissible under FRE 403.

**II.     Plaintiff's Second Motion in Limine**

2. Any testimony or exhibit attempting to show that Ina Sue Crouch executed the signature

of James Earl Crouch on the purported April 4, 2004, change of beneficiary form (annuity service request) is inadmissible because it relates solely to an affirmative defense which was never pled by Defendants. Federal Rule of Civil Procedure 8(c) requires that defendants must "set forth affirmatively...license...and any other matter constituting an avoidance or affirmative defense." Fed. R. Civ. P. 8(c). The license or authorization from one person to execute his signature is an affirmative defense. Because Defendants failed to plead license or authorization as an affirmative defense in their respective answers, Defendants are barred from introducing any evidence related thereto.

**III.  Plaintiff's Third Motion in Limine**

3. Any reference to a sample annuity unknown or purported "certified" annuity contract between Lincoln National Life Insurance Company and James Earl Crouch and Ina Sue Crouch is inadmissible for the following reasons:

(a) No such contract was ever produced by AmSouth Defendants or Ina Sue Crouch in response to Plaintiff's repeated discovery requests;

(b) No such contract was ever disclosed in initial disclosures by AmSouth Defendants or Ina Sue Crouch;

(c) AmSouth Defendants failed to disclose any such document despite the Court Order of Honorable Judge John Roper prior to transfer to this Court;

(d) No witness was ever disclosed to testify regarding certification or authentication of such "contract";

(e) AmSouth Defendants and Ina Sue Crouch specifically represented that the contract consisted exclusively of the application and contract data sheet.

WHEREFORE, PREMISES CONSIDERED, Plaintiff James E. Crouch respectfully requests Orders in Limine be entered by this Court concerning the evidence and materials discussed herein, as described above. The Plaintiff further prays for such relief as the Court may deem proper under the circumstances.

This the 16th day of August, 2007.

                                                 Respectfully submitted,
                                                 JAMES R. CROUCH

                                            By:   s/ Samuel S. McHard
                                                    Samuel S. McHard, MS Bar No. 100295
                                                    *pro hac vice*

McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

**CERTIFICATE OF SERVICE**

 I do hereby certify that on August 16th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**

                s/Samuel S. McHard