IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE                                        DEFENDANTS
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10

**RESPONSE TO AMSOUTH BANK AND AMSOUTH INVESTMENT SERVICES, INC.'S MOTION TO STRIKE PLAINTIFF'S AMENDED/CORRECTED EXHIBIT LIST**

COMES NOW, the Plaintiff, James E. Crouch (hereinafter "James"), and files this his Response to AmSouth and AmSouth Investment Services, Inc.'s (collectively hereinafter "AmSouth") Motion to Strike Plaintiff's Amended/Corrected Exhibit List, and says unto the Court the following, to wit:

1. AmSouth has filed a Motion to Strike based on the procedural grounds that James' Supplemental Amended/Corrected Exhibit is untimely, and thus the Court should strike it.

2. Plaintiff adopts pursuant to Federal Rule of Civil Procedure 10(c) Plaintiff's Response to AmSouth's Motion to Strike Supplemental Witness List and Deposition Designation. (ECF 126).

Wherefore, premises considered, the Plaintiff respectfully requests that the Court deny AmSouth's Motion to Strike Plaintiff's Amended/Corrected Exhibit List.

Respectfully submitted this the 16th day of August, 2007.

JAMES E. CROUCH, PLAINTIFF

          BY:    <u>s/ Samuel S. McHard</u>
                    SAMUEL S. MCHARD

## CERTIFICATE OF SERVICE

I do hereby certify that on August 16th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**


                                                          s/Samuel S. McHard