IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES E. CROUCH** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 2:06-CV-00111-MEF |
| **AMSOUTH BANK, INA SUE CROUCH, AMSOUTH INVESTMENT SERVICES, INC., LINCOLN NATIONAL LIFE INSURANCE COMPANY, and JOHN and JANE DOES 3-10** | **DEFENDANTS** |

### RESPONSE TO INA SUE CROUCH'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL WITNESS LIST AND DEPOSITION DESIGNATIONS

COMES NOW, the Plaintiff, James E. Crouch (hereinafter "Plaintiff"), and files this his Response to Ina Sue Crouch's Motion to Strike Plaintiff's Supplemental Witness List and Deposition Designations (ECF 127), and says unto the Court the following, to wit:

1. Ina Sue has filed a Motion to Strike based on the procedural grounds that Plaintiff's Supplemental Witness List and Deposition Designation is untimely, and thus the Court should strike it.

2. Plaintiff adopts pursuant to Federal Rule of Civil Procedure 10(c) Plaintiff's Response to AmSouth's Motion to Strike Supplemental Witness List and Deposition Designation. (ECF 126).

Wherefore, premises considered, the Plaintiff respectfully requests that the Court deny Ina Sue Crouch's Motion to Strike Plaintiff's Supplemental Witness List and Deposition Designations.

Respectfully submitted this the 16th day of August, 2007.

JAMES E. CROUCH, PLAINTIFF

        BY:    <u>s/ Samuel S. McHard</u>
                SAMUEL S. MCHARD

**CERTIFICATE OF SERVICE**

I do hereby certify that on August 16th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com
**Attorney for Ina Sue Crouch**

**Paul J. Delcambre, Jr.**
pdelcambre@balch.com
lhale@balch.com

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**

s/Samuel S. McHard