**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

August 17, 2007

**NOTICE OF REASSIGNMENT**

RE:    James E. Crouch v. AmSouth Bank et al

       Civil Action No. 2:06cv111-MEF

The above-styled case has been reassigned to District Judge Myron H. Thompson. Please note that the number case number will be 2:06cv111-MHT.

Sincerely,

Sheryl K. Lent
Deputy Clerk