IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv111-MHT |
| | ) | |
| AMSOUTH BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Defendant Lincoln National Life Insurance Company having been terminated as a party (Doc. No. 117), it is ORDERED that its motion to strike (Doc. No. 107) is denied as moot.

DONE, this the 23rd day of August, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE