IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH,       ) | |
| ) | |
|    Plaintiff,         ) | |
| ) | CIVIL ACTION NO. |
| v.                     ) | 2:06cv111-MHT |
| ) | |
| AMSOUTH BANK, et al., ) | |
| ) | |
|    Defendants.        ) | |

### ORDER

It is ORDERED that the motions to strike (Doc. Nos. 113, 122, 125, & 127) are set for an on-the-record oral argument on September 4, 2007, at 9:30 a.m. in Chambers 200FMJ, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 24th day of August, 2007.

                                /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE