IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv111-MHT |
| ) | |
| AMSOUTH BANK, et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that plaintiff's first, second, and third motions in limine (Doc. No. 128) are set for submission, without oral argument, on September 21, 2007, with all briefs due by said date.

DONE, this the 24th day of August, 2007.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE