IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH,

    Plaintiff,

v.

AMSOUTH BANK, INSUE SUE CROUCH,
AND JOHN and JAME DOES 1-10,

    Defendants.

Case No.
2:06-cv-00111-MEF

## NOTICE OF APPEARANCE
## OF CO-COUNSEL
## FOR INA SUE CROUCH

**COMES NOW** Jacqueline E. Austin and hereby enters her Notice of Appearance to represent Ina Sue Crouch as co-counsel in connection with the above-named proceeding.

**RESPECTFULLY** submitted this 28th day of August 2007.

    /s/ Jacqueline E. Austin
    Co-counsel for Ina Sue Crouch

**OF COUNSEL:**
Jacqueline E. Austin
Attorney at Law
108 Court Street
Wetumpka, AL 36092
Telephone: (334) 567-4874
Facsimile: (334) 567-0210

## CERTIFICATE OF SERVICE

    I certify that on August 28, 2007, I electronically filed the foregoing with the Clerk of the Court using EC/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

**Attorney for James E. Crouch**

Samuel S. McHard, Esq.
Joseph Tullos, Esq.
Bryan Nelson Randolph, PA
P. O. Box 18109
Hattiesburg, MS 39404

**Attorneys for AmSouth**

Charles B Paterson, Esq.
Joseph Seawell Moore, Esq.
BALCH & BINGHAM
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

/s/ Jacqueline E. Austin
Of Counsel