### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES E. CROUCH** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO. 2:06-CV-00111-MEF |
| **AMSOUTH BANK, INA SUE CROUCH, AMSOUTH INVESTMENT SERVICES, INC., LINCOLN NATIONAL LIFE INSURANCE COMPANY, and JOHN and JANE DOES 3-10** | **DEFENDANTS** |

### MOTION TO RESCHEDULE PRE-TRIAL HEARING

COMES NOW, the Plaintiff, James E. Crouch (hereinafter "Plaintiff"), and files this his Motion to Re-schedule Pre-trial Hearing and says unto the Court the following, to wit:

1. This Court has entered an ordered that this cause is set for a pre-trial hearing on September 4, 2007, at 9:30 a.m., in Montgomery, Alabama. (ECF 133). Further, the Defendants motions to strike are set for on-the-record oral argument at that same date and time. (ECF 134).

2. Counsel for the Plaintiff is currently scheduled for trial on September 4, 2007, in the Chancery Court of Jones County, Mississippi, at 9:00 a.m. Counsel for the Plaintiff was optimistic that the case would be resolved without trial. However, that has not come to fruition. Additionally, the Court should note that Plaintiff's counsel resides five hours away in Hattiesburg, Mississippi. Attendance of the September 4th hearing would require Counsel for the Plaintiff to drive to Montgomery on the Labor Day holiday, and spend the night in a hotel in order to attend the 9:30 a.m. hearing.

3. Further, Counsel for the Plaintiff has conferred with counsel for the Defendants. When asked, Counsel for the Defendants did not object to rescheduling the hearing.

4.  Therefore, Plaintiff humbly requests that this Court reschedule the pre-trial hearing and oral argument set in Orders 133 and 134. Counsel for the Plaintiff is available September 5th, 6th, 7th, 13th, and 14th.

WHEREFORE, PREMISES CONSIDERED, Plaintiff humbly and respectfully requests this Court reschedule the pre-trial hearing.

Respectfully submitted this the 29th day of August, 2007.

                                  JAMES E. CROUCH, PLAINTIFF

                                  BY:    s/ Samuel S. McHard
                                                SAMUEL S. MCHARD

McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

## CERTIFICATE OF SERVICE

    I do hereby certify that on August 29th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com

**Jacqueline E. Austin**
bamahoops@aol.com
**Attorneys for Ina Sue Crouch**

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com
**Attorneys for AmSouth Bank**


                                                  s/Samuel S. McHard