IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

JAMES E. CROUCH                                                                          PLAINTIFF

VS.                                                              CIVIL ACTION NO. 2:06-CV-00111-MEF

AMSOUTH BANK, INA SUE                                                       DEFENDANTS
CROUCH, AMSOUTH INVESTMENT
SERVICES, INC., LINCOLN
NATIONAL LIFE INSURANCE
COMPANY, and
JOHN and JANE DOES 3-10

### MOTION TO WITHDRAW MOTION TO RESCHEDULE PRE-TRIAL HEARING

COMES NOW, the Plaintiff, James E. Crouch (hereinafter "Plaintiff"), and files this his Motion to Withdraw Motion to Re-schedule Pre-trial Hearing and says unto the Court the following, to wit:

1. The Plaintiff filed a Motion to Re-schedule Pre-trial Hearing. That motion was based on the unavailability of counsel for the Plaintiff due to a trial in Jones County, Mississippi. Counsel for the Plaintiff, Samuel S. McHard, is now available to attend the September 4, 2007, in Montgomery, Alabama.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests Withdraws his Motion to Reschedule to reschedule the pre-trial hearing.

Respectfully submitted this the 30th day of August, 2007.

                                                              JAMES E. CROUCH, PLAINTIFF


                                                              BY:   s/ Samuel S. McHard
                                                                    SAMUEL S. MCHARD

McHard & Associates, PLLC
32 Milbranch Road, Suite 50
Hattiesburg, MS 39402
T: 601-450-1715
F: 601-450-1719
SmcHard@McHardLaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that on August 29th, 2007, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**Glenda Wingard Hughes**
gwhughes@elmore.rr.com

**Jacqueline E. Austin**
bamahoops@aol.com
**Attorneys for Ina Sue Crouch**

**Joseph Seawell Moore**
jsmoore@balch.com
dharris@balch.com

**Charles Burton Paterson**
cpaterson@balch.com
bleveille@balch.com

_____**Attorneys for AmSouth Bank**

_____

                                        s/Samuel S. McHard