IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv111-MHT |
| | ) | |
| AMSOUTH BANK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion to reschedule (Doc. No. 137) is granted.

(2) The pre-trial hearing and on-the-record oral argument are reset for September 13, 2007, at 10:30 in Chambers 200FMJ, Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 30th day of August, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE