IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, )<br>)<br>   Plaintiff, )<br>                      )<br>v.                      )<br>                      )<br>AMSOUTH BANK, et al.,  )<br>                      )<br>   Defendants.       ) | CIVIL ACTION NO.<br>2:06cv111-MHT |

**ORDER**

It is ORDERED that the motion to withdraw (Doc. No. 138) is denied.

DONE, this the 31st day of August, 2007.

                             /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE