IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH,         )<br>                          )<br>    Plaintiff,          )<br>                          )<br>    v.                    )<br>                          )<br>AMSOUTH BANK, et al.,     )<br>                          )<br>    Defendants.           ) | CIVIL ACTION NO.<br>2:06cv111-MHT |

### ORDER

Based on the representations made on the record on September 13, 2007, it is ORDERED as follows with regard to the motions to strike (Doc. Nos. 113, 122, 125, & 127):

(1) The matter of plaintiff's expert is carried with the case and will be resolved at trial.

(2) The motions are in all other respects granted and denied as set forth at the pretrial on September 13, 2007.

DONE, this the 14th day of September, 2007.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE