**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JAMES E. CROUCH,                     ) | |
|                                      ) | |
|      Plaintiff,                      ) | |
|                                      ) | |
| v.                                   ) | Case No. |
|                                      ) | 2:06-cv-00111-MEF |
| AMSOUTH BANK, INA SUE CROUCH         ) | |
| and JOHN and JANE DOES 1-10,         ) | |
|                                      ) | |
|      Defendants.                     ) | |

**DEFENDANT AMSOUTH BANK AND AMSOUTH INVESTMENT SERVICES, INC.'S
OBJECTION TO PLAINTIFF JAMES E. CROUCH'S EXHIBITS**

Defendant AmSouth Bank and AmSouth Investment Services, Inc. (collectively, "AmSouth") objects to the following exhibits contained on plaintiff James E. Crouch's amended/corrected exhibit list (Doc. # 124):

| Ex. No. | Description | Objection |
|---|---|---|
| 1 | Bates no. PDE 1, James Crouch's birth certificate | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. |
| 2 | Bates No. PDE 2, Marriage License | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. |
| 3 | Bates No. PDE 3, affidavit of Ina Sue Crouch | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 802. Further, Ina Sue Crouch will be called as a witness during the trial of the above-styled case. |
| 4 | Bates No. PDE 4, obituary of James Earl Crouch | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. |
| 5 | Bates No. PDE 5, January 22, 2002 deposition of Ina Sue Crouch | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 32. Further, Ina Sue Crouch will be called as a witness during the trial of the above-styled case. |

| | | |
|---|---|---|
| 18 | Bates No. PDE 19, March 6, 2006 affidavit of Ronda T. Robinson | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 802. Further, Ronda Robinson will be called as a witness during the trial of the above-styled case. |
| 19 | Bates No. PDE 20, Declaration of Ronda Robinson in support of motion to transfer | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 802. Further, Ronda Robinson will be called as a witness during the trial of the above-styled case. This exhibit should also be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. |
| 24 | Complaint for discovery dated September 25, 2002 | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. |
| 25 | Two transcripts of Ina Sue Crouch (a) *In re James Crouch*, Case No. 01-272, Probate Court of Elmore County, Alabama dated 1/22/02, and (b) deposition in *Crouch v. AmSouth Bank, et al.* dated 8/23/06 | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 32. Further, Ina Sue Crouch will be called as a witness during the trial of the above-styled case. Additionally, subpart (a) of this exhibit should be excluded because evidence of, and testimony in, any other lawsuits or claims is irrelevant, immaterial and unduly prejudicial to Defendants. |
| 26 | One transcript of Ronda Robinson dated 8/23/06 | This exhibit should be excluded pursuant to *Fed. R. Civ. P.* 32. Further, Ronda Robinson will be called as a witness during the trial of the above-styled case. |
| 29 | Bates No. ASO/AIS 186-413, copies of all cancelled checks and bank statements for joint checking account maintained by James __ Sue Crouch | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the documents are irrelevant and immaterial and its probative value is substantially outweighed by prejudice, confusion, and waste of time. |
| 30 | Subpoena to Lincoln National and Lincoln National's Responses dated May 30, 2006 | This exhibit should be excluded pursuant to *Fed. R. Evid.* 401, 402 and 403 because the document is irrelevant to the issues to be decided in this case. Further, Lincoln National is no longer a party to these proceedings. |
| 32 | Amendment of Application Guide | This exhibit should be excluded pursuant to *Fed. R. Evid.* 901. |

Respectfully submitted this 14th day of September, 2007.

/s/ Joseph Seawell Moore
One of the Attorneys for Defendants AmSouth Bank and AIS, Inc.

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com


Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone: (228)864-9900
Facsimile: (228) 864-8221
pdelcambre@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

*Attorney for James E Crouch*

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

*Attorney for James E. Crouch*

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

*Attorney for Lincoln National Life Insurance Company*

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

*Attorney for Ina Sue Crouch*

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

*Attorney for Ina Sue Crouch*

/s/ Joseph Seawell Moore
Of Counsel

185683.1                                4