IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )<br>AMSOUTH BANK, et al.,  )<br>  )<br>  Defendants.  ) | CIVIL ACTION NO.<br>2:06cv111-MHT |

ORDER

It is ORDERED that the motions in limine and the objections (Doc. No. 145, 148, 150, & 151) are set for submission, without oral argument, on October 27, 2007, with all briefs due by said date.

DONE, this the 21th day of September, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE