IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES E. CROUCH,              )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:06cv111-MHT
                              )
AMSOUTH BANK, et al.,         )
                              )
    Defendants.               )
```

CORRECTED ORDER

It is ORDERED that the motions in limine and the objections (Doc. No. 145, 148, 150, & 151) are set for submission, without oral argument, on September 27, 2007, with all briefs due by said date.

DONE, this the 21th day of September, 2007.

                                                 /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE