IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH,            )<br>                              )<br>    Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>AMSOUTH BANK, INA SUE CROUCH  )<br>and JOHN and JANE DOES 1-10, )<br>                              )<br>    Defendants.               ) | Case No.<br>2:06-cv-00111-MEF |

**BRIEF IN SUPPORT OF AMSOUTH BANK AND AMSOUTH
INVITATION INVESTMENT SERVICES, INC.'S OBJECTIONS TO
<u>PLAINTIFF JAMES E. CROUCH'S EXHIBITS</u>**

Defendants AmSouth Bank and AmSouth Investment Services, Inc. (collectively "AmSouth") respectfully submits this brief in support of AmSouth's Objections to Plaintiff's Exhibits (Doc. # 148) and says as follows:

**I.    Plaintiff's Exhibits 1, 2, 4, 19, 24, 29 and 30 are irrelevant and should be excluded from evidence.**

Plaintiff's exhibits 1, 2, 4, 24, 29 and 30 should be excluded pursuant to *Fed. R. Evid.* 401, 402, and 403 because the documents are irrelevant to the issues to be decided in this case. *Fed. R. Evid.* 402 states, in pertinent that "[e]vidence which is not relevant is not admissible." Exhibits 1, 2, 4, 24, 29 and 30 are not relevant and are not helpful to the determination of the issue in this case—whether the execution of the change of beneficiary form was valid and binding under Alabama law. As such, Exhibits 1, 2, 4, 24, 29 and 30 should be excluded from evidence.

186056.1

### II.     Plaintiff Exhibits 3, 18, and 19 should be excluded under *Fed. R. Evid.* 802

Plaintiff's exhibits 3, 18 and 19 are hearsay and should be excluded pursuant to *Fed. R. Evid.* 802. Further, Plaintiff's exhibits 3, 18 and 19 should be excluded Ina Sue Crouch and Ronda Robinson will be called as witnesses during the above-styled case.

### III.    Plaintiff Exhibits 5, 25 and 26 should be excluded pursuant to *Fed. R. Civ. P.* 32.

Plaintiff's exhibits 5, 25 and 26 should be excluded pursuant to *Fed R. Civ. P.* 32. Further, these exhibits should be excluded because Ina Sue Crouch and Ronda Robinson will as witnesses during the above-styled case. Additionally, with regard to subpart (a) to Exhibit 25, such should be excluded because evidence of and testimony in, any other lawsuits or claims is irrelevant, immaterial and unduly prejudicial to AmSouth. Further, *Fed. R. Civ. P.* 32 does not permit the introduction of a deposition into evidence when the witness is available to testify at trial. *See Fed. R. Civ. P.* 32.

### Conclusion

Based on the foregoing arguments and authorities, AmSouth respectfully urges the Court to exclude all evidence as objected to in AmSouth's Objections to Plaintiff's Exhibits.

Respectfully submitted this 27th day of September, 2007.

/s/ Joseph Seawell Moore
One of the Attorneys for Defendants AmSouth
Bank and AIS, Inc.

**OF COUNSEL:**

Charles B. Paterson (ASB-1542-R73C)
Joseph Seawell Moore (ASB-9146-O77M)
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
cpaterson@balch.com
jsmoore@balch.com


Paul J. Delcambre, Jr.
BALCH & BINGHAM LLP
1310 Twenty Fifth Avenue
Gulfport, MS 39501
Telephone:  (228)864-9900
Facsimile:  (228) 864-8221
pdelcambre@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

*Attorney for James E Crouch*

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

*Attorney for James E. Crouch*

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

*Attorney for Lincoln National Life Insurance Company*

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

*Attorney for Ina Sue Crouch*

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

*Attorney for Ina Sue Crouch*

/s/ Joseph Seawell Moore
Of Counsel