IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES E. CROUCH,
    Plaintiff

Vs.                                          Case No.
                                              2:06-cv-00111-MEF

AMSOUTH BANK, INA SUE CROUCH,
AND JOHN AND JANE DOES 1-10,
    Defendants.

## DEFENDANT CROUCH'S PROPOSED
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

**COMES NOW** Defendant Ina Sue Crouch and adopts and incorporates by reference Documents 160 and 163 of Defendants AmSouth Bank and AmSouth Investment Services, Inc. (AmSouth). This defendant would also like to reiterate Paragraph 5 Conclusion of AmSouth in Document 163 (the Proposed Findings of Fact and Conclusion of Law) and states that she truly requests this Honorable Court to deny all of the Plaintiff's claims and that the Plaintiff recover nothing.

**RESPECTFULLY** submitted this 28th day of September 2007.

                                              /s/ Glenda W. Hughes
                                              Of Counsel

OF COUNSEL:

Glenda W. Hughes (HUG042)
Attorney at Law
2305 Mt. Hebron Road
Eclectic, AL 36024
Telephone: (334) 541-3795

Facsimile: (334) 567-0210

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of September 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

**Attorney for James E. Crouch**

Samuel S. McHard, Esq.
Bryan Nelson Randolph, PA
P.O. Box 18109
Hattiesburg, MS 39404

**Attorneys for AmSouth**

Charles B. Paterson
Joseph Seawell Moore
BALCH & BINGHAM
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

                                    /s/ Glenda W. Hughes
                                    Of Counsel