# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.    MYRON H. THOMPSON,    JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED  October 4, 2007             AT  10:00   A.M./P.M.

DATE COMPLETED  October 5, 2007             AT  11:12   A.M./P.M.

JAMES E. CROUCH                             Civil Action
                                            2:06-CV-111-MHT
        VS.

AMSOUTH BANK et al

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Samuel S. McHard | X | Atty Charles B. Paterson |
| | X | Atty Joseph S. Moore |
| | X | Atty Glenda W. Hughes |
| | X | Atty Jacqueline Austin |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Fred Smith, | Mitchell Reisner, Tricia Starkie |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporters |

PROCEEDINGS:

(X)  NONJURY TRIAL
( )  OTHER PROCEEDING:

| | |
|---|---|
| 10:00 a.m. | Court convened; trial commences. Witnesses sworn; Witness Rule invoked. Plaintiff's Exhibits 6-17, 20-23, and 27 admitted by the Court. Defendant Exhibits 2, 6,7,17,21,22,23,24,27 and 28 admitted by the Court. |
| 10:10 a.m. | Plaintiff's evidence commenced. |
| 11:37 a.m. | Recess. |
| 11:47 a.m. | Plaintiff's evidence continues. |
| 12:20 p.m. | Recess until 1:30 a.m. |
| 1:32 p.m. | Plaintiff's evidence continues. |
| 3:05 p.m. | Recess. |
| 3:32 p.m. | Plaintiff's evidence continues. Claims stated on the record. Plaintiff rests. No evidence from defendants. Court directs that all oral motions for judgment as a matter of law will be denied. |
| 5:10 p.m. | Recess until 9:00 a.m. on 10/5. |

page 2

Non-Jury Trial before Judge Myron H. Thompson
2:06cv111-MHT
James E. Crouch v AmSouth Bank et al.

**10/5/2007**

| Time | Event |
|---|---|
| 9:05 a.m. | Court reconvenes. Plaintiff's proposed settlement offer stated on the record. Defendants' response to plaintiff's settlement statements. Court's finding of facts. Judgment to issue. Plaintiff's **ORAL MOTION** to Enforce Settlement. Attorneys sworn. Parties evidence regarding settlement. (Plaintiff's Exhibits 1-4 and Defendants' Exhibit 1) |
| 9:55 a.m. | Recess. |
| 11:00 a.m. | Court reconvenes. Parties statements regarding Oral Motion to Enforce Settlement. **ORAL ORDER** denying plaintiff's Oral Motion to Enforce Settlement. Final Judgement to issue. |
| 11:13 a.m. | Trial concluded. |

2