IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv111-MHT |
| | ) | |
| AMSOUTH BANK, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED that all pending motions in limine are granted in part and denied in part and all objections to evidence are sustained in part and overruled in part to the extent that the evidence in question was admitted and not admitted at trial.

DONE, this the 10th day of October, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE