IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:06cv111-MHT |
| | ) | (WO) |
| AMSOUTH BANK, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### JUDGMENT

In accordance with the findings of fact and conclusions of law made in open court on October 5, 2007, it is the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendants AmSouth Bank, AmSouth Investment Services, Inc., and Ina Sue Crouch and against plaintiff James E. Crouch, with plaintiff Crouch taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Crouch, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 10th day of October, 2007.**

                    /s/ Myron H. Thompson
                **UNITED STATES DISTRICT JUDGE**