≜AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

| JAMES E. CROUCH | BILL OF COSTS |
|---|---|
| V. | |
| AMSOUTH BANK, et al. | Case Number: 2:06-cv-00111-MEF |

Judgment having been entered in the above entitled action on __10/10/2007__ against __James E. Crouch__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ _____ |
| Fees for service of summons and subpoena ........................................... | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,811.95 |
| Fees and disbursements for printing .................................................. | 32.55 |
| Fees for witnesses (itemize on page two) ............................................. | 60.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | _____ |
| Docket fees under 28 U.S.C. 1923 ................................................... | _____ |
| Costs as shown on Mandate of Court of Appeals ....................................... | _____ |
| Compensation of court-appointed experts ............................................. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs (please itemize) ........................................................ | _____ |
| TOTAL | $ 1,904.50 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑    Electronic service by e-mail as set forth below and/or.

☐    Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: __s/Joseph Seawell Moore__

Name of Attorney: __Joseph Seawell Moore__

For: __AmSouth Bank, AmSouth Bank Investment Services, Inc.__    Date: __10/24/2007__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court    Deputy Clerk    Date

AO 133     (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||| 
|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Ronda Robinson, 132 Forest Avenue, Wetumpka, AL | 1 | 40.00 | | | 41 | 20.00 | $60.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $60.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
      "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
      "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
      "Entry of the judgment shall not be delayed for the taxing of costs."

## **CERTIFICATE OF SERVICE**

I certify that on October 24th, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
P.O. Box 672
Petal, Mississippi 39465

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi 39402

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P.O. Box 18109
Hattiesburg, Mississippi 39404

Glenda W. Hughes, Esq.
103-B Commerce Street
Wetumpka, Alabama 36092

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200

/s/ Joseph Seawell Moore
Of Counsel

# ATTACHMENT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. CROUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:06-CV-00111-MEF |
| ) | |
| ) | |
| AMSOUTH BANK, et al., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF JOSEPH SEAWELL MOORE
IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Joseph Seawell Moore, who, having been sworn, states, pursuant to 28 U.S.C. § 1924, as follows:

1.  I am an attorney with the law firm of Balch & Bingham LLP, counsel for defendants AmSouth Bank and AmSouth Bank Investment Services, Inc. (collectively "AmSouth") in the above-styled matter. I have personal knowledge of the facts stated in this Affidavit, and I am of legal age and under no legal disability. I am filing this Affidavit with the Court in support of AmSouth's Bill of Costs, which is filed simultaneously herewith.

2.  On October 10, 2007, the United States District Court for the Middle District of Alabama entered judgment in favor of AmSouth on all claims in the above-referenced case and ordered that AmSouth be awarded costs.

3.  Pursuant to an Order of this Court, *Federal Rule of Civil Procedure* 54(d), and 28 U.S.C. § 1920, AmSouth, as a prevailing party, is now entitled to recover its costs incurred in this litigation.

186679.1

4.  AmSouth has on this day filed a proper Bill of Costs, duly verified by me as counsel for AmSouth, requesting $1,904.50 in total costs incurred by them in this litigation. *See* Exhibit A, attached hereto. These requested costs are detailed as follows:

A.  AmSouth seeks $1,811.95 in court reporter fees for transcribing and producing copies of transcripts of the necessary depositions conducted in this case. *See* Exhibit A.

B.  AmSouth seeks $32.55 (Summary Judgment, Supplement to Summary Judgment, Reply Brief, and Exhibits and Witness List for Trial – 217 x $.15 per page) in costs and fees and disbursements for printing. *See* Exhibit A.

5.  Under my direction, Balch & Bingham's Accounting Department and my legal assistant, Debbie Harris, assembled the documents and information underlying AmSouth's Bill of Costs. I have reviewed this information, and I have personal knowledge of the items claimed therein. The attachments hereto are true and correct itemizations of the costs claimed in AmSouth's Bill of Costs.

6.  To the best of my knowledge, each item contained and claimed in AmSouth's Bill of Costs and described herein is correct and is an actual amount incurred or expended by AmSouth in defending this case. Each of these costs was absolutely and necessarily required and was reasonably incurred in the representation of AmSouth and, as such, these costs should be awarded to AmSouth.

7.  Pursuant to *Federal Rule of Civil Procedure* 54(d), AmSouth should be granted its costs as described above and as sought by its contemporaneously filed Bill of Costs in the full amount of $1,904.50.

Further Affiant saith not.

Respectfully submitted this the __23rd__ day of October, 2007.

_____
Joseph Seawell Moore
One of the Attorneys for Defendant AmSouth Bank
and AmSouth Investment Services, Inc.

SWORN TO and SUBSCRIBED before me this the __23rd__ day of October, 2007.

_____
Notary Public
My commission expires __6/7/2010__

186679.1

3

# EXHIBIT A

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.
Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

September 12, 2006

Mr. Charles B. Paterson
BALCH & BINGHAM
Suite 200
105 Tallapoosa Street
Montgomery, AL 36104

| | Invoice Number |
| --- | --- |
| | **LN 68650** |

**Description of services**   Re: JAMES CROUCH vs. AMSOUTH BANK

| Reference | | | | Extension |
| --- | --- | --- | --- | --- |
| Appearance-Half day | 8/23/06 | 1.00 | 50.000 | 50.00 |
| Original & 1 | James Crouch | 113.00 | 2.950 | 333.35 |
| Copy | Ina Sue Crouch | 214.00 | 1.950 | 417.30 |
| Copy | Rhonda Robinson | 174.00 | 1.950 | 339.30 |
| ASCII | -- | 1.00 | 10.000 | 10.00 |
| Exhibits | -- | 300.00 | 0.250 | 75.00 |
| Notebooks | -- | 1.00 | 12.000 | 12.00 |
| | | | **Invoice total:** | **$1,236.95** |

Thank you -- Lisa

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.  Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

007001-403

# Advanced Video Services

Advancing Digital Legal Videography
Depositions, Trial Presentation, Mock Trials
334.270.5587 - Jeff Baker, CLVS

Post Office Box 241361
Montgomery, Alabama 36124-1361

# INVOICE

| BILL TO |
|---|
| Charles B. Paterson, Esquire |
| Balch & Bingham |
| Suite 200 |
| 105 Tallapoosa Street |
| Montgomery, AL 36104 |

| DATE | INVOICE # |
|---|---|
| 09/07/2006 | 06-1285 |

| TERMS |
|---|
| Due on receipt |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Re: James E. Crouch v. Amsouth Bank, et al. | | | |
| Civil Action No. 2:06-CV-00111-MEF | | | |
| | | | |
| Videotaped Depositions of James Crouch, Ina Sue Crouch & Ronda Robinson, 8/23/2006 | | | |
| $250 flat rate, includes first 2 hours, set-up, breakdown, and travel: | 1 | 125.00 | 125.00 |
| ***Please Note*** -- Appearance Fee split - 1/2 to Mr. Paterson & 1/2 to Mr. McHard | | | |
| | | | |
| 1 Copy of each Deposition: | 9 | 50.00 | 450.00 |
| | | | |
| MPEG Conversion to DVD: | 9 | 0.00 | 0.00 |
| | | | |
| Thanks, Mr. Paterson...I appreciate your business! | | | |

007001-403

Thank you for your business!
Tax ID# 01-0664038

**TOTAL** $575.00

AVS is a subsidiary of Baker & Baker Reporting and Video Services, Incorporated