₳AO 133   (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JAMES E. CROUCH

V.

AMSOUTH BANK, et al.

**BILL OF COSTS**

Case Number: 2:06-CV-00111-MEF (T)

RECEIVED 2007 OCT 26 A 9: 53
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Judgment having been entered in the above entitled action on __10/10/2007__ against __JAMES E. CROUCH__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ................................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,078.85 |
| Fees and disbursements for printing .......................................................... | |
| Fees for witnesses (itemize on page two) .................................................... | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 .......................................................... | |
| Costs as shown on Mandate of Court of Appeals ............................................. | |
| Compensation of court-appointed experts .................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ................................................................ | |
| TOTAL  $ | 1,078.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: __/s Glenda W. Hughes__

Name of Attorney: __Glenda W. Hughes__

For: __INA SUE CROUCH__   Date: __10/24/2007__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                       Deputy Clerk                       Date

## CERTIFICATE OF SERVICE

I certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi  39465


Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P. O. Box 18109
Hattiesburg, Mississippi  39404


Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi  39402

/s/ Glenda W. Hughes
Of Counsel

# ATTACHMENT

# HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C.

Post Office Box 62
Montgomery, AL 36101-0062
(334) 263-4455 Voice   (334) 263-9167 Fax
Tax ID: 63-0980443

September 12, 2006

Ms. Glenda Hughes
103-B Commerce Street

Wetumpka, AL 36092

**Invoice Number**
**LN 68653**

**Description of services**   Re: JAMES CROUCH vs. AMSOUTH BANK

| Reference | | | | Extension |
|---|---|---|---|---|
| Copy | James Crouch | 113.00 | 1.950 | 220.35 |
| Copy | Rhonda Robinson | 174.00 | 1.950 | 339.30 |
| Copy | Ina Sue Crouch | 214.00 | 1.950 | 417.30 |
| Notebooks | | 1.00 | 12.000 | 12.00 |
| Exhibits | | 300.00 | 0.250 | 75.00 |
| Postage | | 1.00 | 14.900 | 14.90 |
| | | | **Invoice total:** | **$1,078.85** |

Thank you -- Lisa

Thank you for using HAISLIP, RAGAN, GREEN, STARKIE & WATSON, P.C. Please include copy of invoice with remittance.

Payable upon receipt. Thank you for your continued patronage.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. CROUCH, | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | CASE NO. 2:06-cv-00111-MEF (T) |
| | ) | |
| AMSOUTH BANK, et al., | ) | |
| Defendants. | ) | |

AFFIDAVIT OF GLENDA W. HUGHES
IN SUPPORT OF DEFENDANTS' BILL OF COSTS

1. Personally appeared before me the undersigned officer, duly authorized by law to administer oaths, Glenda W. Hughes, who, having been sworn, states, pursuant to 28 U.S.C. §1924, as follows:

2. I am an attorney practicing law in Alabama, and I am co-counsel for defendant Ina Sue Crouch in the above-styled matter. I have personal knowledge of the facts stated in this Affidavit, and I am of legal age and under no legal disabilities.

3. This Affidavit is being filed for the purpose of supporting the Bill of Costs attached.

4. Honorable Myron H. Thompson, United States District Judge for the United States District Court for the Middle District of Alabama, entered judgment on October 10, 2007 in favor of defendants on all claims for this case and ordered that costs be taxed against plaintiff Crouch. See Exhibit A, attached hereto for detailed costs as follows:

A. Ina Sue Crouch seeks $1,078.85 for court reporter fees for depositions in this case.

5. The attachments are true and correct costs claimed in the Bill of Costs, and the amount expended by Ina Sue Crouch was a necessary expense and was required in the defense of this matter.

6. Pursuant to Federal Rule of Civil Procedure 54 (d), Ina Sue Crouch should be granted her expenses as described above and as sought by the Bill of Costs in the amount of $1,078.85.

Further Affiant saith not.

**RESPECTFULLY SUBMITTED** this the 24th day of October 2007.

*[signature]*
Glenda W. Hughes
Co-counsel for Ina Sue Crouch

**SWORN TO and SUBSCRIBED** before me this the 24th day of October 2007.

*[signature]*
Notary Public
My Commission Expires: 7-1-2011