AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, NORTHERN DIVISION

JAMES E. CROUCH

V.                                     **BILL OF COSTS**

AMSOUTH BANK, et al.          Case Number: 2:06-CV-00111-MEF (T)

Received stamp: DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA, 2007 OCT 26 A 9:53

Judgment having been entered in the above entitled action on __10/10/2007__ against __JAMES E. CROUCH__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ............................................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,078.85 |
| Fees and disbursements for printing .................................................. | |
| Fees for witnesses (itemize on page two) ............................................. | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts .............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ....................................................... | |
| TOTAL $ | 1,078.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:    /s Glenda W. Hughes

Name of Attorney:    Glenda W. Hughes

For:    INA SUE CROUCH
Name of Claiming Party                                  Date:   10/24/2007

Costs are taxed in the amount of  $1,078.85   and included in the judgment.

Clerk of Court: Debra P. Hackett    By: [signature] Deputy Clerk    10-29-07  Date

**SCANNED**

## CERTIFICATE OF SERVICE

I certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Mail, properly addressed and postage prepaid to the following:

Glenn L. White, Esquire
Holmes & White, PLLC
601 Highway 42 E
Petal, Mississippi  39465

Samuel S. McHard, Esq.
Bryan Nelson Randolph PA
P. O. Box 18109
Hattiesburg, Mississippi  39404

Mitchell D. Greggs, Esq.
Lightfoot, Franklin & White, LLC
The Clark Building
400 North 20th Street
Birmingham, AL 35203-3200

Carol Ann Estes Bustin
Bustin Law Firm
109 Fairfield Drive, Suite 109
Hattiesburg, Mississippi  39402

/s/ Glenda W. Hughes
Of Counsel